UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Campbell,

              Plaintiff(s),

        v.

National Railroad Passenger Corporation dba
Amtrak, Joe Deely, and Does 1 through 15
inclusive

              Defendant(s).
_____/

CASE NO. C05-5434 MJJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ✓    have not yet reached an agreement to an ADR process
         request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 4, 2006

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Pamela Y. Price, Esq. | John Campbell, Plaintiff | (510) 452-0292 | pypesq@aol.com |
| Scott Oborne, Esq. | Amtrak, Defendant | (415) 394-9400 | |
| | | | |
| | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Mar. 14, 2006

                                                        Pamela Y. Price
                                                        Attorney for Plaintiff

Dated: Mar. 14, 2006

                                                         Scott Oborne
                                                        Attorney for Defendant

Rev 12.05