MICHAEL J. CHRISTIAN (SBN 173727)
SCOTT OBORNE (SBN 191257)
ERIKA M. BARBARA (SBN 215702)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
P. BOBBY SHUKLA (SBN 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION TO RESPOND TO PLAINTIFF JOHN EARL CAMPBELL'S COMPLAINT** |

Plaintiff John Earl Campbell and Defendant National Railroad Passenger Corporation ("Amtrak") (collectively referred to herein as "the Parties") hereby stipulate to the following extension of time for Amtrak to respond to Plaintiff's Complaint for Employment Discrimination and Retaliation ("Complaint"):

1. Plaintiff filed this action in the United States District Court, Northern District of California on December 30, 2005. Plaintiff served Amtrak with his Complaint on February 27, 2006. The last day for Amtrak to respond to Plaintiff's Complaint is March 20, 2006.

2. Pursuant to Local Rule 6-1(a), the Parties hereby stipulate that Amtrak will have an extension of time to respond to Plaintiff's Complaint until March 30, 2006. Local Rule 6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint ... provided the change will not alter the date of any event or any deadline already fixed by Court order." Civ. L. R. 6-1(a). This stipulation will not affect any of the dates already set by the Court in this matter. The Parties will adhere to the currently scheduled deadlines for completing initial disclosures and filing the Joint Case Management Statement (March 28, 2006), as well as appearing for the Case Management Conference scheduled for April 4, 2006.

IT IS SO STIPULATED.

Dated: March 20, 2006                    PRICE AND ASSOCIATES

                                         By: /s/_____
                                             PAMELA Y. PRICE

                                         Attorneys for Plaintiff
                                         JOHN EARL CAMPBELL


Date: March 20, 2006                     JACKSON LEWIS LLP


                                         By: /s/_____
                                             MICHAEL J. CHRISTIAN
                                             SCOTT OBORNE
                                             ERIKA M. BARBARA

                                         Attorneys for Defendants
                                         NATIONAL RAILROAD PASSENGER
                                         CORPORATION dba AMTRAK and JOE
                                         DEELY