Case 3:05-cv-05434-MJJ   Document 5   Filed 03/23/2006   Page 1 of 2

1  MICHAEL J. CHRISTIAN (SBN 173727)
   SCOTT OBORNE (SBN 191257)
2  ERIKA M. BARBARA (SBN 215702)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California  94105
4  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
5
   Attorneys for Defendants
6  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK and JOE DEELY
7
8  PAMELA Y. PRICE (SBN 107713)
   P. BOBBY SHUKLA (SBN 229736)
9  PRICE AND ASSOCIATES
   The Latham Square Building
10 1611 Telegraph Avenue, Ste 1450
   Oakland, CA 94612
11 Telephone: (510) 452-0292
12 Facsimile: (510) 452-5625
13 Attorneys for Plaintiff
   JOHN EARL CAMPBELL
14

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  JOHN EARL CAMPBELL, | Case No. C05-05434 MJJ |
| 19           Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION TO RESPOND TO PLAINTIFF JOHN EARL CAMPBELL'S COMPLAINT** |
| 20       v. | |
| 21  NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY | |
| 22  and DOES 1 through 15 inclusive, | |
| 23           Defendants. | |
| 24 | |

25       Plaintiff John Earl Campbell and Defendant National Railroad Passenger Corporation
26 ("Amtrak") (collectively referred to herein as "the Parties") hereby stipulate to the following
27 extension of time for Amtrak to respond to Plaintiff's Complaint for Employment
28 Discrimination and Retaliation ("Complaint"):

Case 3:05-cv-05434-MJJ   Document 5   Filed 03/23/2006   Page 2 of 2

1    1.    Plaintiff filed this action in the United States District Court, Northern District of

2    California on December 30, 2005.  Plaintiff served Amtrak with his Complaint on February 27,

3    2006.  The last day for Amtrak to respond to Plaintiff's Complaint is March 20, 2006.

4    2.    Pursuant to Local Rule 6-1(a), the Parties hereby stipulate that Amtrak will have

5    an extension of time to respond to Plaintiff's Complaint until March 30, 2006.  Local Rule 6-

6    1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time

7    within which to answer or otherwise respond to the complaint ... provided the change will not

8    alter the date of any event or any deadline already fixed by Court order."  Civ. L. R. 6-1(a).  This

9    stipulation will not affect any of the dates already set by the Court in this matter.  The Parties

10   will adhere to the currently scheduled deadlines for completing initial disclosures and filing the

11   Joint Case Management Statement (March 28, 2006), as well as appearing for the Case

12   Management Conference scheduled for April 4, 2006.

13        IT IS SO STIPULATED.

14   Dated:  March 20, 2006              PRICE AND ASSOCIATES

15

16                                      By: /s/ _____
                                           PAMELA Y. PRICE

17                                         Attorneys for Plaintiff
18                                         JOHN EARL CAMPBELL

19
     Date:  March 20, 2006              JACKSON LEWIS LLP
20

21

22                                      By: /s/ _____
                                           MICHAEL J. CHRISTIAN
23        IT IS SO ORDERED                 SCOTT OBORNE
                                           ERIKA M. BARBARA
24
25                                         Attorneys for Defendants
          RTIN J. JENKINS                  NATIONAL RAILROAD PASSENGER
26   U.......ATES DISTRICT JUDGE           CORPORATION dba AMTRAK and JOE
                                           DEELY
27        3/23/06
          DATE
28

                                         2                    Case No. C05-05434 MJJ
─────────────────────────────────────────────────────────────────
     STIPULATION TO EXTEND TIME FOR DEFENDANT NATIONAL RAILROAD PASSENGER
     CORPORATION TO RESPOND TO PLAINTIFF JOHN EARL CAMPBELL'S COMPLAINT