1  MICHAEL J. CHRISTIAN (SBN 173727)
   SCOTT OBORNE (SBN 191257)
2  ERIKA M. BARBARA (SBN 215702)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California  94105
4  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
5
   Attorneys for Defendants
6  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK and JOE DEELY
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | JOHN EARL CAMPBELL, | Case No. C05-05434 MJJ |
12 | Plaintiff, | **DEFENDANTS' ADR CERTIFICATION** |
13 | v. | |
14 | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive, | |
15 | | |
16 | Defendants. | |

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has: (1) Read the handbook entitled "*Dispute Resolution Procedures in the*
3  *Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov*;*
4  (2) Discussed the available dispute resolution options provided by the Court and private entities;
5  and (3) Considered whether this case might benefit from any of the available dispute resolution
6  options.

7  Dated: March 24, 2006         _____/S/_____
8                                Defendant NATIONAL RAILROAD PASSENGER
                                  CORPORATION dba AMTRAK

9  Dated: March 24, 2006         _____/S/_____
10                                Defendant JOE DEELY

12 Dated: March 24, 2006         _____/S/_____
                                  Michael J. Christian
13                                Scott Oborne
                                  Erika M. Barbara
14                                Attorneys for Defendants
                                  NATIONAL RAILROAD PASSENGER
15                                CORPORATION dba AMTRAK and JOE DEELY

2                                    Case No. C05-05434 MJJ
DEFENDANTS' ADR CERTIFICATION

**CERTIFICATE OF SERVICE**

**CASE:** *John Earl Campbell v. National Railroad Passenger Corporation*
**CASE NO.:** USDC-NDCA   C 05-05434 MJJ
**CLIENT:** 89560

I, Shawna A. Fields, declare that I am employed with the law firm of Jackson, Lewis, Schnitzler & Krupman, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On March 24, 2006, I served the attached **DEFENDANTS' ADR CERTIFICATION** in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Pamela Y. Price
Ok-Hee Shim
Price and Associates
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612

[ X ]   BY MAIL:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY:  I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 24, 2006, at San Francisco, California.

_____
Shawna A. Fields

H:\N\National Railroad Passenger Corp\Campbell\POS\Federal POS