IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CAMPBELL,**

        Plaintiff(s),

v.

**NATIONAL PASSENGER RAILROAD CORPORATION ET AL**,

        Defendant(s),

No. **C05-05434 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Telephone Case Management Conference** for **Tuesday, April 11, 2006 at 1:50 p.m.** before the Honorable Martin J. Jenkins. The plaintiff is instructed to initiate the conference call. Plaintiff must contact the undersigned at (415) 522-2123 for further instructions at least one day prior to the conference call.

Dated: April 6, 2006

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Monica Tutson_ (signature)
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.