IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Monica Tutson**

DATE: **April 18, 2006**         Court reporter: **Not reported**

Case Number:   **C05-05434MJJ**

Case Name:    **CAMPBELL**   v.   **NATIONAL PASSENGER RAILROAD CORPORATION, et al.**

COUNSEL FOR PLAINTIFF(S):          COUNSEL FOR DEFENDANT(S):
**Pamela Price**                                **Scott Oborne**

PROCEEDINGS:                                     RULING:

( ) Status Conference      ( )P/T Conference      (**X**)Case Management Conference

ORDERED AFTER HEARING:
**Parties can stipulate to length of plaintiff's deposition.  Matter referred for Early Neutral Evaluation (ENE).**

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge **James**    For:   **Settlement in June 2007.**
*(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.*

CASE CONTINUED TO:    for

Discovery Cut-Off:         **2/16/2007**          Expert Discovery Cut-Off: **3/30/2007**

Parties to Name Experts by:        **2/25/2007**    Expert Reports to be Tendered by: **3/2/2007**

Designation of Supplemental/Rebuttal Experts: **3/16/2007**    Reports: **3/16/2007**

Dispositive Motion shall be heard by:    **5/8/2007**

Pre-Trial Conference Date :    **July 10, 2007**    at 3:30 p.m.

Trial Date:    **July 23, 2007** at 8:30 a.m.        Set for **10-25** days
              Type of Trial:   (**X**)Jury     ( )Court

cc:    Brenda, Wings, Kurt, Debbie