# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Campbell, | 05-05434 MJJ ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| National Passenger Railroad Corporation, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Nordin F. Blacker**
Law Offices of Nordin Blacker
535 Pacific Avenue
San Francisco, CA 94133
415-397-3222
nordin@nordinblacker.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
05-05434 MJJ ENE                           - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: May 15, 2006

```
                                RICHARD W. WIEKING
                                Clerk
                                by:     Alice M. Fiel


                                _____
                                ADR Case Administrator
                                415-522-3148
                                Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Evaluator**
05-05434 MJJ ENE                              - 2 -