**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| Campbell,<br><br>         Plaintiff(s),<br><br>    v.<br><br>National Passenger Railroad Corporation,<br><br>         Defendant(s). | No. C 05-05434 MJJ ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) **7-13-06**

2. Did the case settle?  ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: **7-13-06**

Evaluator, Nordin F. Blacker
Law Offices of Nordin Blacker
535 Pacific Avenue
San Francisco, CA 94133

**Certification of ADR Session**
05-05434 MJJ ENE                       - 1 -