1  KATHLEEN MAYLIN (SBN (SBN 155371)
   CARA CHING-SENAHA (SBN 298467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
6  CORPORATION dba AMTRAK and JOE DEELY

7
   PAMELA Y. PRICE (SBN 107713)
8  RENEE SANCHEZ (SBN 242122)
   PRICE AND ASSOCIATES
9  The Latham Square Building
   1611 Telegraph Avenue, Ste 1450
10 Oakland, CA 94612
   Telephone: (510) 452-0292
11 Facsimile: (510) 452-5625

12
   Attorneys for Plaintiff
13 JOHN EARL CAMPBELL

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
   JOHN EARL CAMPBELL,            | Case No. C05-05434 MJJ
18                                 |
              Plaintiff,           |
19                                 | STIPULATION TO EXTEND
         v.                        | DISCOVERY CUTOFF, FOR
20                                 | DEFENDANT NATIONAL RAILROAD
   NATIONAL RAILROAD PASSENGER    | PASSENGER CORPORATION TO
21 CORPORATION dba AMTRAK, JOE DEELY| RESPOND TO PLAINTIFF JOHN
   and DOES 1 through 15 inclusive,| EARL CAMPBELL'S WRITTEN
22                                 | DISCOVERY, AND FOR PLAINTIFF
              Defendants.          | TO BRING MOTION TO COMPEL
23                                 | BASED ON WRITTEN RESPONSES
                                   | TO SAME
24

25     Plaintiff John Earl Campbell and Defendants National Railroad Passenger Corporation

26 (aka "Amtrak") and Joe Deely (collectively referred to herein as "the Parties") hereby stipulate

27 to the following extension of time for the parties to complete all discovery, for Defendant

28

                                          1                          Case No. C05-05434 MJJ
   STIPULATION TO EXTEND DISCOVERY CUTOFF, AND FOR PLAINTIFF TO BRING MOTION TO
   COMPEL

Amtrak to respond to Plaintiff's written discovery, and for Plaintiff to bring a motion to compel, based upon Amtrak's responses to written discovery, as follows:

1. The Parties have ongoing discovery disputes.

2. On January 30, 2007, Plaintiff's lead counsel canceled several scheduled depositions until further notice because she was in trial.

3. Defendants' counsel has requested, and Plaintiff's counsel has agreed, to extend until March 7, 2007 the date by which Defendant Amtrak shall serve responses and objections to the following written discovery to which no responses have yet been served:

   a. Plaintiff's First Set of Interrogatories, served on December 21, 2006 and originally due on January 21, 2007;

   b. Plaintiff's First Requests For Admissions to Defendant Amtrak, served on December 22, 2006 and originally due on January 25, 2007;

   c. Plaintiff's Second Request for Production of Documents, served on December 22, 2006 and originally due on January 25, 2007;

   d. Plaintiff's Second Requests for Admissions, served on January 9, 2007 and originally due on February 12, 2007.

4. Plaintiff's counsel anticipates filing at least one Motion to Compel based on Defendants' previous responses to discovery.

5. Plaintiff's counsel has requested, and defense counsel has agreed, to the following:

   a. To reschedule all depositions on mutually agreeable dates as soon as Plaintiff's counsel's trial ends, with Plaintiff's deposition to be taken and completed first. All depositions, except those previously noticed, shall be noticed in accordance with the Federal Rules of Civil Procedure and scheduled to take place no later than March 23, 2007;

   b. To extend for five weeks, or until March 23, 2007, the cutoff for all fact (nonexpert) discovery to be taken. This applies to all written and

deposition discovery (except for experts);

    c. To extend until March 21, 2007 the date by which Plaintiff must file a motion to compel based on Defendant's responses to discovery due March 7th, assuming a motion is warranted and also assuming reasonable meet and confer discussions have taken place;

    d. Extend the date for the parties to designate experts to March 30, 2007, seven (7) days after which the parties shall exchange reports for experts disclosed March 30, 2007;

    e. To extend the date for disclosure of supplemental/rebuttal experts to April 20th, with reports of supplemental or rebuttal experts to be served on the same date (April 20, 2007); and

    f. To extend until May 8, 2007 the date by which all expert discovery must be taken and completed.

6. The Parties further agree that this stipulation shall not affect any other dates already set by the Court in this matter, including but not limited to the trial date already set.

**IT IS SO STIPULATED.**

Dated: February 9, 2007

PRICE AND ASSOCIATES

By: _____
PAMELA Y. PRICE
RENEE SANCHEZ
Attorneys for Plaintiff
JOHN EARL CAMPBELL

Date: February 9, 2007

JACKSON LEWIS LLP

By: _____
KATHLEEN MAYLIN
CARA CHING-SENAHA

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER

CORPORATION dba AMTRAK and JOE DEELY

**IT IS SO ORDERED.**

DATED: February _____, 2007

_____
HONORABLE MARTIN JENKINS
United States District Judge

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\CMC 020507 stip to extend fact (nonexpert) discovery - revsed 020707.doc