KATHLEEN MAYLIN (SBN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
RENEE SANCHEZ (SBN 242122)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF, FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION TO RESPOND TO PLAINTIFF JOHN EARL CAMPBELL'S WRITTEN DISCOVERY, AND FOR PLAINTIFF TO BRING MOTION TO COMPEL BASED ON WRITTEN RESPONSES TO SAME** |

Plaintiff John Earl Campbell and Defendants National Railroad Passenger Corporation (aka "Amtrak") and Joe Deely (collectively referred to herein as "the Parties") hereby stipulate to the following extension of time for the parties to complete all discovery, for Defendant

1                                                                  Case No. C05-05434 MJJ
STIPULATION TO EXTEND DISCOVERY CUTOFF, AND FOR PLAINTIFF TO BRING MOTION TO COMPEL

Amtrak to respond to Plaintiff's written discovery, and for Plaintiff to bring a motion to compel, based upon Amtrak's responses to written discovery, as follows:

1. The Parties have ongoing discovery disputes.

2. On January 30, 2007, Plaintiff's lead counsel canceled several scheduled depositions until further notice because she was in trial.

3. Defendants' counsel has requested, and Plaintiff's counsel has agreed, to extend until March 7, 2007 the date by which Defendant Amtrak shall serve responses and objections to the following written discovery to which no responses have yet been served:

    a. Plaintiff's First Set of Interrogatories, served on December 21, 2006 and originally due on January 21, 2007;

    b. Plaintiff's First Requests For Admissions to Defendant Amtrak, served on December 22, 2006 and originally due on January 25, 2007;

    c. Plaintiff's Second Request for Production of Documents, served on December 22, 2006 and originally due on January 25, 2007;

    d. Plaintiff's Second Requests for Admissions, served on January 9, 2007 and originally due on February 12, 2007.

4. Plaintiff's counsel anticipates filing at least one Motion to Compel based on Defendants' previous responses to discovery.

5. Plaintiff's counsel has requested, and defense counsel has agreed, to the following:

    a. To reschedule all depositions on mutually agreeable dates as soon as Plaintiff's counsel's trial ends, with Plaintiff's deposition to be taken and completed first. All depositions, except those previously noticed, shall be noticed in accordance with the Federal Rules of Civil Procedure and scheduled to take place no later than March 23, 2007;

    b. To extend for five weeks, or until March 23, 2007, the cutoff for all fact (nonexpert) discovery to be taken. This applies to all written and

deposition discovery (except for experts);

c. To extend until March 21, 2007 the date by which Plaintiff must file a motion to compel based on Defendant's responses to discovery due March 7th, assuming a motion is warranted and also assuming reasonable meet and confer discussions have taken place;

d. Extend the date for the parties to designate experts to March 30, 2007, seven (7) days after which the parties shall exchange reports for experts disclosed March 30, 2007;

e. To extend the date for disclosure of supplemental/rebuttal experts to April 20th, with reports of supplemental or rebuttal experts to be served on the same date (April 20, 2007); and

f. To extend until May 8, 2007 the date by which all expert discovery must be taken and completed.

6. The Parties further agree that this stipulation shall not affect any other dates already set by the Court in this matter, including but not limited to the trial date already set.

**IT IS SO STIPULATED.**

Dated: February 9, 2007        PRICE AND ASSOCIATES

By: *[signature]* for:
PAMELA Y. PRICE
RENEE SANCHEZ
Attorneys for Plaintiff
JOHN EARL CAMPBELL

Date: February 9, 2007         JACKSON LEWIS LLP

By: *[signature]* for Kathleen Maylin
KATHLEEN MAYLIN
CARA CHING-SENAHA

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER

| | |
|---|---|
| 1 | CORPORATION dba AMTRAK and JOE DEELY |
| 2 | |

**IT IS SO ORDERED.**

DATED: February __14__, 2007

HON_____
United St_____

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Martin J. Jenkins / signature]*

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings_____ _____ discovery - revsed 020707.doc