KATHLEEN MAYLIN (SBN (SBN 155371)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S COUNSEL OF RECORD HEREIN:

    PLEASE TAKE NOTICE that effective March 13, 2007, Scott W. Oborne (SBN 191257) and Erika M. Barbara (SBN 215702) will no longer be associated with the above-entitled case. Erika M. Barbara is no longer employed by the firm of Jackson Lewis LLP, counsel of record for Defendants National Railroad Passenger Corporation dba Amtrak and Joe Deely. Scott W. Oborne has relocated to a Jackson Lewis LLP office outside the State of California.

///

///

///

1   PLEASE TAKE FURTHER NOTICE that Cara Ching-Senaha (SBN 209467) is to be
2   substituted in as the second chair replacing Scott W. Oborne and Erika M. Barbara. Kathleen G.
3   Maylin (SBN 155371) will remain as lead counsel.

4   Date: March 13, 2007                               JACKSON LEWIS LLP

                                                       By: /s/ Cara Ching-Senaha
                                                       KATHLEEN MAYLIN
                                                       CARA CHING-SENAHA

                                                       Attorneys for Defendants
                                                       NATIONAL RAILROAD PASSENGER
                                                       CORPORATION dba AMTRAK and JOE
                                                       DEELY

## CERTIFICATE OF SERVICE

CASE:      *John Earl Campbell v. National Railroad Passenger Corporation*
CASE NO.:  USDC-NDCA  C 05-05434 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson, Lewis, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On March 13, 2007, I served the attached Notice of Substitution of Counsel in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Renee Sanchez                              Telephone: (510) 452-0292
Price and Associates                       Fax:  (510) 452-5625
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612

[X]  BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]  BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2007, at San Francisco, California.

_____
Cheryl K. Baltru