1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   JOHN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN EARL CAMPBELL, | ) NO. C05-5434 MJJ (MEJ) |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S RE-NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ENLARGE TIME FOR NON EXPERT WITNESS DISCOVERY** |
| v. | |
| NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive, | ) DATE: April 19, 2007<br>) TIME: 10:00 a.m.<br>) DEPT.: Courtroom B, 15th Floor |
| Defendants. | ) HON. JUDGE MARIA ELENA-JAMES |
| | DISCOVERY CUT-OFF: March 23, 2007 |
| | TRIAL DATE: July 23, 2007 |

**DISCOVERY MATTER**

1143P200PYP

RE-NOTICE OF MOTION AND MOTION (C05-5434 MJJ (MEJ))

1  **TO:    DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that April 19, 2007 at 10:00, Plaintiff JOHN EARL CAMPBELL (hereinafter "MR. CAMPBELL") will move the Court for an order compelling Defendant NATIONAL PASSENGER RAILROAD CORPORATION ("AMTRAK") to provide further discovery responses to Plaintiff's Request for Production of Documents, Set One, forthwith pursuant to the Federal Rules of Civil Procedure, Rules 26, 34 and 37 on the grounds that Defendant AMTRAK's failure to serve a timely and complete response to MR. CAMPBELL's written discovery was unreasonable within the meaning and spirit of the Federal Rules and good cause exists for requiring further responses to this discovery because the information is relevant to the subject matter of this dispute and reasonably calculated to lead to the discovery of admissible evidence and to enlarge the time for thirty-five (35) days after the Defendants' further production date for MR. CAMPBELL to complete his discovery.

This Motion shall be based upon this Notice, the Memorandum of Points and Authorities and the Declaration of Pamela Y. Price, all filed concurrently herewith, the pleadings, records and files herein, and upon such other and further matters as may be presented at the time of the hearing.

Dated: March 13, 2007                                    PRICE AND ASSOCIATES


                                                  /s/  *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
JOHN EARL CAMPBELL