IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | No. C05-5434 MJJ |
| Plaintiff(s), | **ORDER OF REFERENCE** |
| v. | |
| NATIONAL PASSENGER RAILROAD CORPORATION, et al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that Plaintiff's Motion to Compel Production of Documents and Enlargement of Time for Non-Expert Witness Discovery in the above captioned case is hereby referred to a Magistrate Judge, appointed at random.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR _____ @ **9:30 a.m.**. IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated: 3/13/2007

MARTIN J. JENKINS
United States District Judge