**United States District Court**

For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7
   JOHN EARL CAMPBELL,
8
              Plaintiff,                          No. C 05-05434 MJJ (EDL)
9
      v.                                          CLERK'S NOTICE
10
   NATIONAL PASSENGER RAILROAD
11 CORPORATION, et al.,
12
              Defendants.
                                        /
13
14          TO ALL PARTIES AND COUNSEL OF RECORD:

15 YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion to Compel Further Answers to

16 Interrogatories, document 28, noticed for May 1, 2007 at 9:00 a.m. has been **reset to 2:00 p.m.** before

17 Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

18

19 Dated:  March 27, 2007

20                                     FOR THE COURT,
                                       Richard W. Wieking, Clerk
21
22                            by:  _____
                                       Lili M. Harrell
23                                     Courtroom Deputy
24
25
26
27
28