PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>    Defendants. | NO. C05-5434 MJJ (EDL)<br><br>**[PROPOSED] ORDER COMPELLING FURTHER ANSWERS TO INTERROGATORIES**<br><br>DATE:   MAY 1, 2007 |

    This matter came on regularly for hearing on May 1, 2007, before the Honorable Magistrate Judge Elizabeth D. LaPorte, pursuant to Plaintiff JOHN EARL CAMPBELL's Motion To Compel Further Answers to Interrogatories. Pamela Y. Price of Price And Associates appeared on behalf of Plaintiff JOHN EARL CAMPBELL; Attorney Kathleen Maylin appeared on behalf of Defendants NATIONAL PASSENGER RAILROAD CORPORATION ("AMTRAK") and JOE DEELY.

    The Court having read and considered Plaintiff's Motion and the opposition thereto, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Plaintiff's motion is granted. The Court finds that Defendant AMTRAK's failure to serve a complete response to MR. CAMPBELL's Interrogatories was unreasonable within the meaning and spirit of the Federal Rules and the information sought is relevant to the subject matter of this dispute and reasonably calculated to lead to the discovery of admissible evidence. (*Heyne v. Caruso*, 69 F.3d 1475, 1469-1481 (9th Cir. 1994); *Morgan v. National Passenger Railroad Corporation*, 232 F.3d 1008, 1018 (9th Cir. 2000), *affirmed in part and reversed in part on other grounds* in *National Railroad Passenger Corporation v. Morgan*, 536 U.S. 101, 122 S.Ct. 2061, 2074 (2002); *Stender v. Lucky's Stores*, 803 F.Supp. 259, 331-332 (N.D.Cal. 1992); *Estes v. Dick Smith Ford, Inc.*, 856 F.2d 1097 (8th Cir. 1988).)

**IT IS FURTHER ORDERED THAT** Defendant AMTRAK shall serve Supplemental Answers to Interrogatory Nos. 1, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19 within seven (7) days from the date of this Order.

Dated: _____         _____
                             HON. ELIZABETH D. LAPORTE
                             UNITED STATES MAGISTRATE JUDGE