PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>    Defendants. | NO. C05-5434 MJJ (EDL)<br><br>**[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS AND ENLARGING TIME FOR NON-EXPERT WITNESS DISCOVERY** |

This matter came on regularly for hearing on April 17, 2007, before the Honorable Magistrate Judge Elizabeth D. LaPorte, pursuant to Plaintiff JOHN EARL CAMPBELL's Motion To Compel Production of Documents and Enlarge Time for Non-Expert Witness Discovery. Attorney Pamela Y. Price of Price And Associates appeared on behalf of Plaintiff JOHN EARL CAMPBELL; Attorney Kathleen Maylin appeared on behalf of Defendants NATIONAL PASSENGER RAILROAD CORPORATION ("AMTRAK") and JOE DEELY.

The Court having read and considered Plaintiff's Motion and the opposition thereto, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Plaintiff's motion is granted. The Court finds that Defendant AMTRAK's failure to serve a timely and complete response to MR. CAMPBELL's written discovery was unreasonable within the meaning and spirit of the Federal Rules and the information sought is relevant to the subject matter of this dispute and reasonably calculated to lead to the discovery of admissible evidence. (*Ceramic Corp. of America v. Inka Maritime Corp.,* 163 F.R.D. 584, 589 (C.D.Cal. 1995); *Garrett v. City and County of San Francisco*, 818 F.2d 515, 1519 n. 6 (9th Cir. 1987); *Heyne v. Caruso*, 69 F.3d 1475, 1469-1481 (9th Cir. 1994); *Morgan v. National Passenger Railroad Corporation*, 232 F.3d 1008, 1018 (9th Cir. 2000), *affirmed in part and reversed in part on other grounds* in *National Railroad Passenger Corporation v. Morgan*, 536 U.S. 101, 122 S.Ct. 2061, 2074 (2002).

The Court finds that Defendant AMTRAK waived its objections to Plaintiff's discovery requests by its failure to serve a timely response and its failure to comply with Rules 26(b)(5) and Rule 34 of the Federal Rules of Civil Procedure. The Court further finds that there is good cause to enlarge the time for thirty-five (35) days after the Defendants' further production date for MR. CAMPBELL to complete his discovery. Defendant shall produce the documents and serve a complete Supplemental Response to MR. CAMPBELL's First Request for Production of Documents within ten (10) days from the date of this Order.

**IT IS SO ORDERED**.

Dated: _____        _____
                          HON. ELIZABETH D. LAPORTE
                          UNITED STATES MAGISTRATE JUDGE