PAMELA Y. PRICE, ESQ. (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN CAMPBELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSITIONS** |

    The parties, by and through their respective counsel, hereby stipulate to enlarge the time beyond the current non-expert discovery cut-off deadline of March 23, 2007, for Plaintiff to take the following depositions, already noticed by Plaintiff's counsel on February 23, 2007, due to the witnesses or counsel's unavailability prior to the non-expert discovery cut-off. Good cause exists for this Stipulation in that although four of the noticed depositions occurred during or before the week of March 5th, the remaining six depositions noticed by Plaintiff did not go forward as scheduled.

    Therefore, defense counsel has proposed to extend the non-expert discovery cutoff as to those witnesses whose depositions were noticed by Plaintiff on February 23rd and have not yet been taken to mutually agreeable dates. Defense counsel continues to work diligently to produce the witnesses for their depositions. In lieu of Plaintiff filing a motion to compel the depositions to

preserve his right to take the depositions, counsel have agreed that Defendants will produce these witnesses on the following schedule. As to the depositions of Clark, Sheridan, and Folliss, Defendants only stipulate to the depositions being taken no later than April 27, 2007, with the proviso that if the depositions are not able to be taken prior that time due to defense counsel's unavailability, additional time will be provided. The parties request the entry of a Court order confirming these dates:

| | | |
|---|---|---|
| 1) | Susan Venturelli | March 23, 2007 at 10:00 a.m. |
| 2) | Richard Gaylin Barrows | March 26, 2007 at 10:00 a.m. |
| 3) | Steve Shelton | April 4, 2007 at 10:00 a.m. |
| 4) | Ray Clark | TBD (to be taken in Modesto, California prior to April 27, 2007) |
| 5) | Thomas Sheridan | TBD (to be taken in Portland, Oregon prior to April 27, 2007) |
| 6) | Larry Folliss | TBD (to be taken in Bakersfield, California prior to April 27, 2007) |

The parties further stipulate and agree that Plaintiff's written discovery responses due on March 23, 2007 may be served no later than April 6, 2007, and that Defendants time to file a motion to compel further responses may be considered timely filed within two weeks after that date; i.e., no later than April 20, 2007.

Respectfully submitted,

Dated: March ____, 2006        PRICE AND ASSOCIATES


By:_____
PAMELA Y. PRICE
Attorneys for Plaintiff
JOHN EARL CAMPBELL

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: March 20, 2006 | PRICE AND ASSOCIATES |
| 3 | | |
| 4 | | By: /s/ Pamela Y. Price |
| 5 | | PAMELA Y. PRICE |
| | | Attorneys for Plaintiff |
| 6 | | JOHN EARL CAMPBELL |
| 7 | Date: March 20, 2006 | JACKSON LEWIS LLP |
| 8 | | |
| 9 | | |
| | | By: /s/ Kathleen Maylin |
| 10 | | KATHLEEN MAYLIN, |
| | | Attorneys for Defendants |
| 11 | | NATIONAL RAILROAD PASSENGER |
| | | CORPORATION dba AMTRAK and JOE |
| 12 | | DEELY |

### ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated: _____

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT

---

3
STIPULATION AND [PROPOSED] ORDER RE DEPOSITIONS          Case No. C05-05434 MJJ