KATHLEEN MAYLIN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive,<br><br>    Defendants. | Case No. C05-05434 MJJ<br><br>**DECLARATION OF JOE DEELY IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S AND JOE DEELY'S MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 8, 2007<br>Time: 9:30 a.m.<br>Ctrm.: 11<br>Judge: The Hon. Martin K. Jenkins<br><br>Complaint Filed: 12/30/05<br>FAC Filed: 2/23/06<br>Trial: 7/23/2007 |

I, Joe Deely, hereby declare:

    1.    I am an employee of NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK (hereafter "Amtrak"). I have been employed as General Superintendent for Amtrak with responsibility for the Company's Pacific Division since November 2002. If called to testify, I could and would competently testify to the matters set forth below, which are within my personal knowledge.

2. As General Superintendent of the Pacific Division, I am ultimately responsible for supervising all of the departments in the Division, including transportation, mechanical, on-board service, and station, which includes approximately 1,250 employees. I have five direct reports including three District Superintendents, a Manager of Business Operations, and an Administrator.

3. In the normal course of my job duties as General Superintendent, I routinely review and approve the written recommendations of my District Superintendents (Discipline Assessment Worksheets) with respect to their evaluations and assessments of employee discipline. I also routinely review and approve any such Discipline Assessment Worksheet by one of my Superintendents that recommends an employee for termination for violating Amtrak rules and policies.

4. Steve Shelton was the Bay District Superintendent at the time of John Campbell's termination of employment on September 17, 2004. I do not recall receiving a Discipline Assessment Worksheet from Mr. Shelton recommending Mr. Campbell's termination of employment, nor do I recall speaking with Mr. Shelton regarding Mr. Campbell's termination in September 2004. Nevertheless, based on my normal and routine practice, and based on my review of the business reasons for Mr. Campbell's termination, I believe that I would have approved Mr. Shelton's recommendation to terminate Mr. Campbell's employment.

5. At the time Mr. Campbell was separated, I had no information that he had filed an EEOC charge some eight months before (on January 28, 2004), charging that he was passed by for a promotion to Engineer because of his race. Indeed, I did not learn of that or any EEOC or DFEH charge until after Mr. Campbell filed this lawsuit on December 30, 2005.

6. I do not recall ever speaking to or having any interaction with Mr. Campbell during his employment with Amtrak. Indeed, I did not know who Mr. Campbell was and thus also had no awareness of his race during his employment with Amtrak. Therefore, assuming I approved Mr. Campbell's termination of employment in September 2004 — as I believe I did — Mr. Campbell's race did not and could not have played any part in my approval of Mr. Shelton's decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of March 2007 in <u>Oakland</u>, California.

_____
JOSEPH DEELY