KATHLEEN MAYLIN (SBN: 155371)
CARA CHING-SENAHA (SBN: 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1-10 inclusive,<br>Defendants. | Case No. C05-05434 MJJ<br><br>**DECLARATION OF LARRY FOLLIS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:   May 8, 2007<br>TIME:   9:30 a.m.<br>DEPT:   11 |

I, Larry Follis, declare:

1.   I am currently employed by NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK as Road Foreman in Bakersfield.

2.   In about May of 2004, I served on an interview panel with Susan Venturelli and Chad Skinner in order to interview applicants for Passenger Engineer Trainee, located in Oakland.

3.   The panel interviewed John Campbell, among others. During the interview, Mr. Campbell said that he operated certain railroad equipment when he worked at Southern Pacific Railroad as a Track Laborer. When I heard this, I grew concerned because I, too, had worked at Southern Pacific during the same period and I knew that Southern Pacific did not permit Track

1

Decl. of Larry Follis in Support of Defendant's Mot. Sum. Judg. (Case No. C05-05434 MJJ)

Laborers to operate the sort of equipment Mr. Campbell said he had. While I do not recall the specific sort of equipment Mr. Campbell said he operated at Southern Pacific, I recall very clearly my concern that if Mr. Campbell operated the equipment he said he had at Southern Pacific, he would have done so without official training or authority. I voiced my concern to the panel after Mr. Campbell's interview ended.

4. I did not recommend Mr. Campbell for consideration for the Engineer position, in part because of the statement he made at the interview that he had operated equipment at Southern Pacific that he was not authorized to operate under Southern Pacific's rules. I was particularly concerned that Mr. Campbell would not follow Amtrak's safety rules and procedures, if he was selected to serve as Engineer. In addition, I was concerned about Mr. Campbell's past safety record, which the panel was apprised of after Mr. Campbell's interview but before the panel made its recommendation to the Department. Notably, the panel recommended other applicants, none of whom had a record of any safety or rules violation.

5. The final hiring decision for Engineer is usually made by the Assistant Superintendent for the location in question. I know this because I have participated in other hires for Engineer. I have served on other interview panels and I have had discussions with the Assistant Superintendent about my recommendation, and the process has been the same. Although I do not specifically recall who was the Assistant Superintendent for the Pacific Division (Oakland) in mid-2004, I believe it was Patrick Presseur. In any event, the Assistant Superintendent made the hiring decision – not the Superintendent – to my knowledge.

Executed this 3rd day of April, 2007 in Merced, California. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

_____
LARRY FOLLIS

2

Decl. of Larry Follis in Support of Defendant's Mot. Sum. Judg. (Case No. C05-05434 MJJ)