KATHLEEN MAYLIN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1-15, inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**DECLARATION OF PAUL HO IN SUPPORT OF DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION AND JOE DEELY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:      May 8, 2007<br>Time:     9:30 a.m.<br>Ctrm.:    11<br>Judge:    The Hon. Martin K. Jenkins<br><br>Complaint Filed:    12/30/05<br>FAC Filed:            02/23/06<br>Trial:                    07/23/07 |

I, Paul Ho, hereby declare:

    1.    I am an employee of NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK. I am employed as a Human Resources Officer in Amtrak's Southwest Division, and have held that position since May 2000 (with a six-month break in 2004). My office is located in Los Angeles, California. If called to testify, I could and would competently testify to the matters set forth below, which are within my personal knowledge.

1    2.    As Human Resources Officer for Amtrak, my job duties include recruitment for

2    Amtrak job vacancies, both for internal and external applicants.  My recruitment duties include

3    screening applications and resumes, interviewing applicants, contributing to the selection process,

4    and issuing offer letters.  It is typical in any given year that I post vacancies for hundreds of

5    positions.  It also is typical that I receive thousands of applications each year in response to those

6    postings, and I personally interview hundreds of applicants every year.

7    3.    The Locomotive Engineer position is the most safety-sensitive position for which I

8    recruit.  As the Locomotive Engineer requisition profile states: Engineers are responsible for the

9    safe operation of diesel electric locomotives, complying with train orders, bulletin orders,

10   wayside signals, railroad regulations, railroad operating rules, special instructions, and federal,

11   state, and local regulations to transport passengers and equipment safely and efficiently.  It is their

12   responsibility to safeguard life and property under stressful situations.  As a result, an applicant's

13   prior safety record is closely considered and it is our practice not to interview applicants for an

14   Engineer Trainee position who have a history of discipline for rules violations.

15   4.    On November 14, 2003, Amtrak posted a notice for Engineer Trainee positions

16   with a closing date of November 21, 2003, Job Reference # 50173583.  The notice specified that

17   only internal applicants would be considered.  Attached hereto as Exhibit A is a true and correct

18   copy of the position posting.

19   5.    On November 19, 2003, Mr. Campbell submitted a faxed two-page submission

20   that consisted of a fax cover page that listed the Job Reference number and a one-page resume

21   that did not indicate he was an Amtrak employee.  Instead, the resume states that Mr. Campbell

22   was employed by the County of Alameda as an In-Home Caregiver, and had been so employed

23   since April 1997.  Attached hereto as Exhibit B is a true and correct copy of the November 19,

24   2003 submission.

25   6.    Given that the job announcement made it clear that only internal candidates would

26   be considered, and I had no recollection or other information that Mr. Campbell was instead a

27   current employee, I considered Mr. Campbell ineligible for the position.  It is not my practice to

28   check whether external job applicants are instead current employees, and I did not do so on that

2

1    occasion.

2        7.      In August 2001, I posted a Job Requisition for internal candidates for Locomotive

3    Engineer Trainee for the San Jose crew base.    The work experience required included "must

4    have satisfactory prior work record."  A true and correct copy of the posting, Requisition No.

5    50131788, is attached hereto as Exhibit C.

6        8.      I received a resume and application from Mr. Campbell on August 14, 2001.  The

7    application stated that he had 17 years of railroad experience, which was not supported by his

8    resume, that showed he had overstated his experience by six years.  A true and correct copy of the

9    application and resume are attached hereto as Exhibit D.

10       9.      I sent out routine Background Check for Internal Candidate forms for the

11   applicants' supervisors on September 17, 2001.  I received Mr. Campbell's back from his

12   supervisor, Rick Peseau, which noted a below-average rating for Mr. Campbell's stress

13   management and also noted that he did not have prior safety violations or discipline in the last 24

14   months.  A true and correct copy of the September 17, 2001 form is attached hereto as Exhibit E.

15   Mr. Peseau also emailed me on October 9, 2001 and noted that Mr. Campbell had a "hard time

16   passing his Conductors Promotion Class.  We went a little out of the way to get him to pass."  A

17   true and correct copy of the October 9, 2001 email is attached hereto as Exhibit F.  I considered

18   this type of communication very important because the Conductors Promotion Class is relatively

19   easy in comparison to the Locomotive Engineer Trainee class, and we do not want to select an

20   applicant whom we do not have confidence in to complete the training.  Of note, the other

21   employee (who is Caucasian) who Mr. Peseau referenced as having a poor attendance record also

22   was not promoted.

23       10.     My notes reflect that I interviewed Mr. Campbell for the position, along with Mark

24   Collins and Tom Goosetree, but I have no recollection of the interview or who Mr. Campbell is.

25   My notes reflect that Mr. Campbell stated his safety record was "good" and he had no prior

26   discipline.  A true and correct copy of my interview notes are attached hereto as Exhibit G.  It

27   later came to the panel's attention that Mr. Peseau's background check and Mr. Campbell's

28   statements during the interview that he did not have prior safety violations or discipline were not

3

DECLARATION OF PAUL HO IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT
MOTION, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT    CASE NO. C05-05434 MJJ

1  correct, and that instead he did have prior rules violation as noted on the applicant summary form,

2  where it is noted Mr. Campbell scored a "4" or "candidate partially meets the job requirement"

3  rating on job skills for prior violation of rules.  A true and correct copy of the summary form

4  which I filled out is attached as Exhibit H.

5      11.    Due to Mr. Campbell's prior rules violation, he was not offered the Locomotive

6  Engineer Trainee position.  A true and correct copy of my January 25, 2002 rejection letter to Mr.

7  Campbell is attached as Exhibit I.

8      12.    There were 26 applicants for the August 2001 Engineer posting.  Seventeen of the

9  applicants were Caucasian, six were Hispanic, two were African-American, and one was Asian.

10 The positions were filled by five other applicants.  Of the five selected, four were Caucasian, and

11 one was Hispanic.  Three of the four Caucasian applicants had higher scores than Plaintiff on the

12 initial evaluation.  The other Caucasian applicant and the Hispanic applicant had the same

13 evaluation scores as Plaintiff, but neither of them—and none of the other selected applicants for

14 that matter—had any safety or operating rules violations in their employment history.

15     13.    The interview panel piece of the recruitment for any Engineer position is just one

16 piece of a larger decision-making process.  Because the interview panel is limited to a set series

17 of questions, often the information gleaned from an interview fails to provide the decision-maker

18 with a complete account of a candidate's qualifications.  Because safety is critical when

19 considering candidates for an Engineer position, Amtrak focuses heavily on prior discipline and

20 the demonstrated ability to follow operating and safety guidelines.

21     14.    On November 1, 2002, Amtrak posted an opening for Locomotive Engineer

22 Trainee, Requisition No. 50156192, located in San Jose.  Amtrak kept a record of all applications

23 it received for the November 1st posting.  I have reviewed Amtrak's records of applications, none

24 of which was for Mr. Campbell.

25     I declare under penalty of perjury under the laws of California and the United States of

26 America that the foregoing is true and correct.  Executed this 3rd day of April 2007 in Los

27 Angeles, California.

28

1
2

PAUL HO

3    H \N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\MSJ\Ho dec.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF PAUL HO IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT
MOTION, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT    CASE NO. C05-05434 MJJ

# EXHIBIT A



Job Reference # 50173583

**Amtrak - California-Oakland/East Bay - Passenger Enigneer (2) eff 11/14/2003**

The closing date for this position is November 21, 2003. The salary for this position is $16.11 per hour.

Internal applicants only.

Summary of Duties:
Consistently and safely operates locomotives and trains in compliance with federal regulations and corporate policies. Operates equipment during varying work hours within a 24/7 transportation environment maintaining alertness, situational awareness and vigilance. Thinks and functions independently and utilizes clear and effective verbal communication skills in interaction with fellow crew members and other personnel responsible for safe and efficient train movement.

Education:
High School diploma or GED required. Some college or vocational training preferred.

Work Experience:
Some work experience demonstrating the ability to maintain alertness, awareness and vigilance, as well as clear, effective verbal communication skills in the performance of work. Satisfactory attendance and safe work record. Prior railroad operating experience and work history that demonstrates ability to adapt to variable and often changing work hours preferred. Preference given to individuals who were trained by a Class 1 carrier or equivalent passenger railroad and are currently certified as Class 1 Train Service Engineers.

Other Requirements:
1. Must provide a certified copy of motor vehicle driving record from the chief of the state driver's licensing agency in which the applicant was last issued a license and any license(s) issued or reissued from other state(s) within the preceding 60 months. Motor vehicle records must be void of any drug and alcohol violations within the previous 36 months.
2. Must have a motor vehicle driving record void of any convictions or state action canceling, revoking, suspending or denying a driver's license for operating a motor vehicle while under the influence of or impaired by alcohol or a controlled substance within the last 36 months or a record of refusal to undergo such testing as required by state law within the last 36 months.
3. Must sign a release of records authorizing all previous railroad employers to provide Amtrak with background information, if applicable. In accordance with FRA regulations, previous



railroad service records must be void of any drug and alcohol violations within the previous 60 months.

Other:
If selected, incumbent will be required to successfully complete Engineer Training as follows:
Individuals not previously certified as Class 1 Train Service Engineers:
7-10 weeks classroom and field work while headquartered at Amtrak's Training Center in Wilmington, DE; followed by extensive qualifying and on-the-job training associated with the Crew Base for which hired; paid at the student training rate until incumbent achieves certification as a Class 1 Train Service Engineer (currently $16.11/hour straight time).

Individuals currently certified as Class 1 Train Service Engineers:
2-4 weeks classroom and field work while headquartered at Amtrak's Training Center in Wilmington, DE, followed by additional qualifying associated with the Crew Base for which hired; paid at the rate determined by the agreement schedule.

Incumbents are subject to periodic medical examinations including random drug and alcohol screenings.

Travel:
100 percent
Job Notes

**Last Day to Apply:** 11/21/2003
**Job Category:** Transportation
**Years of Experience:** 1- 5
**Travel Requirements:** High
**Relocation Benefits may Apply:** No
**Referral Bonus:** 0 points

AMTRAK is an equal opportunity employer committed to employing a diverse workforce. Internal AMTRAK employees must complete a job opportunities application to apply for positions.
© Copyright 2001 TeamRewards.com. All Rights Reserved.

http://www.teamrewards.net/task/job_posting.jsp?ts_am3q25ml2k13=2704          11/14/2003

# EXHIBIT B

HMTRAK JOHN

SO 1735 83

Engine SERVICE

C/O

EXTERNAL PAUL HO

FAXED
Per Ben
to Paul

11-19-03

D09960

JOHN CAMPBELL
2210 109th. AVE.
(510) 632-5081
OAKLAND, CALIFORNIA
94603-4032

## JOB HISTORY

5-84/2-92    SOUTHERN PACIFIC TRANS.
             MACHINE OPERATOR
             REPAIR RAILROAD RIGHT-OF-WAY; OPERATED SEVERAL TRACK MACHINES
             TAMPERS,BALLAST REGULATOR,HI-RAILER,ETC

2-92/4-97    VIA MESSENGER SERVICE
             COURIER
             DELIVERED INTER-OFFICE IN DOWNTOWN SAN FRANCISCO.

4-97/PRESENT  COUNTY OF ALAMEDA
              IN-HOME CARE GIVER
              PROVIDE IN-HOME SERVICE TO THE AGING & DISABLE.

EDUCATION

9-80/6-81
             MERRITT COLLEGE  1 SEMESTER-LITERATURE          OAKLAND.CA

10-77/6-80
             OAKLAND HIGH SCHOOL    CLASS OF 80         3.26  G.P.A.

ACTIVITIES   FISHING,HIKING,FOOTBALL,BASEBALL & BOWLING.
AWARDS       PERFECT ATTENDENCE SR.YEAR OF HIGH SCHOOL.
             SAFETY AWARD 1987 SOUTHERN PACIFIC.

REFERENCES       AVAILABLE UPON REQUEST

D09961

# EXHIBIT C

S0131788

## AMTRAK JOB REQUISITION AND QUALIFICATION PROFILE

POSTING NO._____                                                    DATE:_____

| DEPARTMENT: CUSTOMER SERVICE | REPORTS TO: M. COLLINS |
|---|---|
| JOB TITLE: LOCOMOTIVE ENGINEER (12) | CONTACT: C. T. Miller |
| TRAINEE BU | PHONE #: ATS: 767-4993 |

| JOB CODE: | GRADE: | | DATE REQUIRED: 11/1/01 | MINIMUM SALARY: BLE Agmt. |
|---|---|---|---|---|
| RES CEN: 7270 | FIS LOC: 6184 | FUNC: 1642 | MSA LOC: SJC01 | |

PARTIALLY EXCEPTED:                                        NON-AGREEMENT:
FULLY EXCEPTED:                                              AGREEMENT:        X
DEPARTMENT UNDERUTILIZED:
FEMALE:          MINORITY:            NONE:        NEW POSITION: YES
                                                                    REPLACEMENT FOR: RETIREES & TRANSFERS

| OUTSIDE CANDIDATES CONSIDERED: | NO | RELOCATION BENEFITS APPLY: | NO |
|---|---|---|---|
| POSITION SUBJECT TO REASSIGNMENT: | NO | | |

### SUMMARY OF DUTIES:
Locomotive engineers are responsible for the safe operation of diesel electric locomotive, complying with train orders, bulletin orders, wayside signals, railroad regulations, railroad operating rules, special instructions and federal, state, and local regulations to transport passengers and equipment safely and efficiently. Locomotive engineers perform required tests and make inspections of equipment and air brakes, as required. The position involves working alone and apart in physical isolation while integrating activities with others. Locomotive engineers must have the ability to multitask and retain large amounts of material to memory and must make timely and critical decisions under stressful situations to safeguard lives and property.

### EDUCATION:
MUST HAVE. High school diploma or equivalent.
PREFERRED:

### WORK EXPERIENCE:        (include specific areas, length time, type of work, etc.)
MUST HAVE: Valid drivers license and meet FRA regulation requirements for drivers license check.
PREFERRED: GCOR qualifications. Must have satisfactory prior work record. Preference may be given to locally
        qualified candidates.

### COMMUNICATION AND INTERPERSONAL SKILLS:
Strong written and verbal communication skills are needed. Must be able to read and write English.

### OTHER REQUIREMENTS:
Must be able to accept work assigned, willing to work and travel away from home. Work rotating shifts and holidays, weekends and irregular hours. Must be able to report to work within two hours from time of call.

### SUPERVISORY RESPONSIBILITIES:        (number of people, scope, etc.)
                NONE

| TRAVEL: | Yes | PERCENTAGE: | 100% |
|---|---|---|---|

### COMMENTS:
REPLACEMENTS FOR RETIREES AND TRANSFERS - 100% COMMUTER

|  | (print name below) | | | DATED: |
|---|---|---|---|---|
| DEPARTMENTAL APPROVAL: David Nogar | SIGNATURE: | | _W.B. Duggan_ | 7/23/01 |
| PERSONNEL APPROVAL: | SIGNATURE: | | | |

PERSONNEL OFFICE USE ONLY:
DATE FILLED:_____  PERSON HIRED:_____  CONTROL NUMBER:_____
                                                                            SOURCE OF HIRE:_____
DATE OFFER LETTER SENT:_____  DATE ACCEPTANCE RECEIVED:_____  REPORTING DATE:_____
PERSONNEL
REPRESENTATIVE: _Paul Ho_        TOTAL DAYS REQUIRED TO FILL POSITION:_____
COMMENTS:
IRPC 2002        adapted by rls/engineering/lax = 1/99        date filled out:        typist:

_Post for 2weeks_

D01794

# EXHIBIT D

# Job Opportunity Application

**(For Use By Current Amtrak Employees Only)**

B 3000 2660

**TITLE OF POSITION DESIRED** _Engineer_

**POSTING NOTICE NUMBER** _8279081_

**LOCATION** _San Francisco / San Jose_

RECEIVED BY PERSONNEL
**RECEIVED**
AUG 14 2001
AMTRAK HUMAN RESOURCES
San Jose, CA

APPLICANTS POSSESSING THE BEST COMBINATION OF CURRENT SKILLS AND PAST JOB PERFORMANCE WILL BE INVITED TO INTERVIEW FOR AVAILABLE POSITIONS.   ONLY CANDIDATES WITH AT LEAST ONE YEAR IN THEIR CURRENT POSITION WILL BE CONSIDERED FOR OTHER POSITIONS.

PLEASE PRINT OR TYPE ALL INFORMATION AND SUBMIT THIS FORM TO ARRIVE AT YOUR NEAREST PERSONNEL OFFICE ON OR BEFORE THE POSTING'S EXPIRATION DATE.

## PERSONAL INFORMATION

**NAME** _John E. Campbell_

**SOCIAL SECURITY NO.** _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_

**STREET ADDRESS** _2210 109th Ave._

**HOME TELEPHONE NO.** _510-632-4360_

**CITY** _Oakland_   **STATE** _CA_   **ZIP CODE** _94603-4031_   **WORK PHONE NO.** _510-433-5629_

**WORK LOCATION** _Oakland_   **ASSIGNED WORK DAYS** _Sunday - Thursday_   **ASSIGNED WORK HOURS/SHIFT** _10 p.m. - 8 a.m._

## EDUCATION

| LEVEL | DID YOU GRADUATE? | DEGREE/MAJOR | SCHOOL NAME | LOCATION (CITY/STATE) |
|---|---|---|---|---|
| HIGH SCHOOL | ☑ YES ☐ NO | Gov't | Oakland High | Oakland, California |
| COLLEGE | ☐ YES ☐ NO | | | |
| GRADUATE SCHOOL | ☐ YES ☐ NO | | | |
| VOCATIONAL SCHOOL | ☐ YES ☐ NO | | | |
| OTHER | ☐ YES ☐ NO | | | |

## PRESENT JOB STATUS

| PRESENT JOB TITLE _Conductor_ | BAND | LAST PERFORMANCE RATING _Good_ | DATE OF LAST RATING _May-01_ |
|---|---|---|---|

**SUPERVISOR'S NAME** _Mark Schulthies_ PRESENT   **SUPERVISOR'S TITLE** _Road Foreman of Engines_

MAY A PERSONNEL DEPARTMENT REPRESENTATIVE CONTACT YOUR SUPERVISOR REGARDING YOUR INTEREST IN THIS POSITION?
☑ YES   NO   **SUPERVISOR'S TELEPHONE NO.** _510-433-5629_

## FOR PERSONNEL USE ONLY (DO NOT MARK)

| ENTERED | FORWARDED |
|---|---|
| DATE: _____ | BY: _____ DATE: _____  D01797 |
| BY: _____ | TO: _____ |

NOTE: IT IS THE POLICY OF THE NATIONAL RAILROAD PASSENGER CORPORATION TO OFFER ALL EMPLOYMENT OPPORTUNITIES WITHOUT REGARD TO RACE, COLOR, RELIGION, GENDER, AGE, NATIONAL ORIGIN, DISABILITY, OR VETERAN STATUS

NRPC 1764 (7/97)

NOTE: ATTACH ADDITIONAL SHEETS IF NECESSARY

### AMTRAK EMPLOYMENT HISTORY (LIST CURRENT POSITION FIRST)

| DATES FROM - TO | POSITION TITLE | SUPERVISOR & DEPARTMENT | MAJOR DUTIES |
|---|---|---|---|
| 9-28-98 PRESENT | Conductor | MARK Schulthes Train + Engine Service | Yard Conductor - supervise make up & Break up of inbound/outbound Trains |
| | | | |
| | | | |

### OTHER EMPLOYMENT HISTORY

| DATES FROM - TO | POSITION TITLE | COMPANY | MAJOR DUTIES |
|---|---|---|---|
| 5-84 2-92 | Machine Operator | Southern Pacific | Repair + maintain Railroad Track |
| | | | |
| | | | |

### RELATIVES AT AMTRAK

Do you or your spouse have any relatives currently employed by Amtrak?  ☐ YES  ☒ NO
If yes, you must complete the following information about these relatives.

| NAME | RELATIONSHIP | POSITION/DEPARTMENT | LOCATION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### APPLICANT'S QUALIFICATIONS

Please explain how you fulfill the posted skills and experience requirements for this position?

17 years of Railroad experience starting in the S.p. Track dept. coupled with 3 years of T&E experience with Amtrak West.

### SIGNATURE

PLEASE READ THIS CAREFULLY: I certify that all information on this Job Opportunity Application is true.  I understand and agree that if employed in a nonagreement position my employment and compensation can be terminated with or without cause, and/or without notice, at any time, at the option of either the company or myself.  I have voluntarily submitted this form and consent to its processing according to Personnel Department procedures.

Applicant's Signature _John G. Campbell_          Date _8-6-01_

D01798

# JOHN CAMPBELL

## OBJECTIVE

Locomotive Engineer Trainee - San Jose, California

## EXPERIENCE

1998–Present    National Railroad Passenger Corp.    Oakland, CA.
*Passenger Trainman*
- Road, yard assignments in capacity of Conductor or Asst. Conductor.
- Apply rules GCOR, BNSF, AMTK & UP in performance of job duties.
- Handle manifests, ticketing, delay reports and public interaction

1997–1998    County of Alameda    Oakland, CA.
*In-Home Care Giver*
- Provide in-home service to the aging and disabled.

1992–1997    Via Messenger Service    San Francisco, CA.
*Courier*
- Delivery of inter-office documents and packages.

1984–1992    Southern Pacific Transportation Co.    Oakland, CA.
*Machine Operator*
- Responsible for repair of railroad right of way, safety and rules.
- Operation of track machines, tampers, ballast regulators, hi-railer, etc.
- Safety award in 1987.

## EDUCATION

1977-1980    Oakland High School    Oakland, CA.
- Perfect Attendance Senior Year.
- 3.26 G.P.A.

## INTERESTS

Fishing, hiking, football, baseball & bowling.

## REFERENCES

Available upon request

2210 109TH AVENUE • OAKLAND, CA. 94603-4032 • PHONE (510) 632-4260

D01799

# EXHIBIT E

10- 8-01;11:04  ;AMTRAK OAK THE DEPT                    ;510 432 5636     # 1/

SEP. -24' 01 (MON) 10:20      AMTRAK-C. S. S.              TEL:408 271 3588      P. 001

NATIONAL RAILROAD PASSENGER CORPORATION
510 West San Fernando, San Jose, CA 95110



## BACKGROUND CHECK FOR INTERNAL CANDIDATES

To. Mr. RICK PESEAU                     Date: September 17, 2001
From: Paul Ho, HRD                       Subject: **John Campbell**
                                         SSN: 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

The aforementioned employee from your department is being considered for the
position of **Locomotive Engineer Trainee** in San Jose, CA. We would
appreciate your evaluation of this employee.

   1.  How much time has employee taken in last 12 months.
       Absences ____ Tardies ____ Early Departures ____
       Has employee been counseled in these areas? Yes ____ No ____
       Form of counseling: _____

   2.  Has employee had any safety violations in the past 24 months?
       Yes ____ No ____. If yes, please indicate number and reasons.

   3.  Has employee ever been in any disciplinary proceedings?
       Yes ____ No ____. If yes, please explain.

   4  Performance factors: Please evaluate employee in the following areas.

      GRADE FOR SKILL LEVEL AND PERFORMANCE FACTORS:
      1=Poor  2=Below Average  3=Average  4=Above Average  5=Superior

        _4_ Work Performance        _3_ Interpersonal Skills
        _3_ Communication Skills    _3_ Motivation
        _3_ Customer Service        _2_ Stress Management
        _3_ Maturity & Judgment

Signed _____    Title _____    Date 10/1/01

Please email or fax this form to 408/998-1841 ASAP. Thank you for your
cooperation.

D01809

# EXHIBIT F

**Ho, Paul**

| | |
|---|---|
| From: | Peseau, Rick |
| Sent: | Tuesday, October 09, 2001 6:18 AM |
| To: | Ho, Paul |

Paul,
I looked a little further into Mr. John Campbell's file and found that Mr. Campbell had a hard time passing his Conductors Promotion Class. We went a little out of the way to get him to pass.

Also, I understand that Mr. Frank Caron has also applied for Loco. Eng.  Mr. Carons attendance record has alot to be desired.
Hope this helps you.
Thanks! Rick Peseau

1

D01808

# EXHIBIT G

D01802

Paul Ho's



| Interview Rating Notes |  |
|---|---|
| Applicant: John Campbell | Interviewer: M. Collins, T. Goosetree, Paul Ho |
| | Date: 10/12   Time: 11:00AM   2001 |

| Questions | Position/Location: Locomotive Engineer Trainee |
|---|---|
| | Answers/Notes |
| 1. Why do you want this position? | WITH H.S. EDUCATION, BLUE COLLAR GUY WANT ENGINEER PAID EVERYDAY, NO RELEVANT. ONLY ITS PM TO RAILROAD WILL THERE. NEED COLLEGE FOR OTHER THINGS. |
| 2. Please tell us about your training and education as they relate to the requirements of this position. | WORK WITH YARD, MOVE POWER WITH S.P. WATCH ENGINE, QUIET, BEING AROUND EQUIPMENT. W. ORACLING SERVES. |
| 3. Please tell us about your qualifications and experience as they relate to the requirements of this position. | KNO BURNSHAM, KNOW SIGNATES, DIESEL SHOP. MINOR ENGINE. |
| 4. Communication – Tell us about the last time you misunderstood instructions or information. *What was the situation? How did you resolve it? | ON ROAD, TESTED BY BNSF. – CAN'T THINK OF ANY EXAMPLES. |
| 5. Performance – Tell us about a time where you had to act quickly and decisively or others may have been injured. *What was the situation? What did you do? | HIT MANUAL, BROUGHT TRAIN FRO. TRAIN ROLLING, THROW TIE ON AROUND ACCESS. |

⇒ GO TO LAST CAR → SPOT MAN.

D01803

| Question | Answer |
|---|---|
| 6. Leadership – Describe the most frustrating time you ever had when trying to influence a team member. *What was the situation? What did you do? How was the situation resolved? | COACH WITH FOREMAN DISAGREEMENT, DID IT HIS WAY SHOW HIM IT DIDN'T WORK, THE TALKING WORK LATE. FOREMAN AGREED APPROACHED. |
| 7. Adaptability – Please tell us about a time when you had to independently solve a problem in the absence of your supervisor. *What was the situation? What did you do? | BEEN IN YARD FOR 2YRS. EVERY NIGHT IS A VARIATION ACT. UP FRESHMAN CLOSING, VERY HELPED THEM, WORK TOGETHER, WE CAN GET IT DONE. |
| 8. Customer Service – Please tell us about a time when you provided excellent customer service with regard to operational or mechanical issues. | GLOAL CROY → GOT FOOD FOR THEM, THEN EVERYONE WANTED DELIVERY, GOT IN TROUBLE W/ COMPUTROL BECAUSE HE WAS NOT A WAITER. |
| 9. If we were to contact your supervisor, what would he or she tell us about your attendance, safety, and discipline records? | ATTENDANCE - PERFECT<br><br>SAFETY - GOOD<br><br>DISCIPLINE - NONE |
| 10. We will be interviewing many highly qualified candidates for this position, what makes you uniquely qualified? --- why should we select you over the other candidates? | DEDICATED, ADVANCE CAREER, BLUE COLLAR VALUES, MONEY IS BETTER. |

2

# EXHIBIT H



Applicant Name: **JOHN CAMPBELL**    Date: **10/12/01**

Position Applied for: **ENGINEER TRAINEE**    Interviewed By: **Collins/Goosetree/Ho**

Consider the applicant in each of the following categories. Using the rating scale below, place the number on the blank line that best fits the applicant. Be sure to write in brief, specific comments to support your rating. Attach completed form to the candidate's application.

RATING SCALE:    1 = Candidate significantly exceeds the job requirements
                 2 = Candidate exceeds the job requirements
                 3 = Candidate meets the job requirements
                 4 = Candidate partially meets the job requirements
                 5 = Candidate does not meet job requirements

| EDUCATION:   Rating: **3** | How closely does the applicant meet education or training requirements?  **H.S. DIPLOMA** |
|---|---|
| WORK EXPERIENCE:   Rating: **3** | Review past and current positions:  1)  How relevant are they to this position?  2)  How have they prepared the applicant for this position?  3)  What indications are there that the applicant performed well in previous or current positions?  **— CONDUCTOR / AMTRAK  9/98 to Present**  (See reverse) |

D01811

Side 2 of 2

| | |
|---|---|
| **JOB SKILLS:**<br><br>Rating: 4 | To what extent does the applicant possess technical skills or knowledge necessary to perform the job? *VIOLATION OF RULES FRA + GENERAL CODES BY TOUCHING THROTTLE. APPLICATION OF RULES/SKILL* |
| **INTERPERSONAL SKILLS:**<br><br>Rating: 3 | How does the applicant demonstrate a customer service attitude? What indication is there that the applicant gets along well with others?<br><br>*ADEQUATE FOR THE POSITION* |
| **COMMUNICATIONS:**<br><br>Rating: 3 | What indication is there that oral and written communication skills are appropriate for this position? How clearly are thoughts and ideas communicated?<br><br>*ADEQUATE FOR POSITION* |
| **MOTIVATION:**<br><br>Rating: 3 | Why does applicant want this job?<br><br>*CAREER ADVANCEMENT, DEDICATED, MONEY.* |
| **Circle Overall Rating:**<br><br>1   2  (3)  4   5<br><br>Recommended: ✓<br><br>Not Recommended: | Summary comments in support of overall rating/recommendation:<br><br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

D01812

# EXHIBIT I

NATIONAL RAILROAD PASSENGER CORPORATION
510 West San Fernando. San Jose. CA 95110



January 25, 2002


Mr. John E. Campbell
2210 109th Avenue
Oakland, CA  94603-4032


Dear Mr. Campbell:

Thank you for interviewing for the position of Locomotive Engineer Trainee.  Vacancy
No. 50131788.

On behalf of the department, it was a pleasure discussing your qualifications and interest
in the position.  We found your training and experience interesting; however, we have
selected another candidate for the position.

We appreciate your willingness to be considered for this position and your interest in
furthering your career with Amtrak.  We encourage you to apply for other opportunities
in the future.  Thank you for the time you spent interviewing with us.

Sincerely

Paul Ho
Human Resources Consultant


D01796