**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 4, 2007

Case No: **C-05-05434 MJJ  (EDL)**

Case Name: **CAMPBELL v. NATIONAL PASSENGER RAILROAD CORPORATION ET AL**

    Attorneys:    Pltf: Pamela Price    Deft: Kathleen Maylin

    Deputy Clerk:  Lili M. Harrell    FTR Digital Recorder: 2:19pm - 2:33pm

**PROCEEDINGS:**
    Conference call re discovery dispute - Held

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: