UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL

    Plaintiff,

    v.

NATIONAL PASSENGER RAILROAD CORPORATION, et al.,

    Defendants.
_____/

No. C 05-05434 MJJ (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT pursuant to the stipulation of the parties, the hearing on Plaintiff's Motion to Compel Discovery, document 58, is advanced to **May 1, 2007 at 2:00 p.m.**, the date for Plaintiff's Motion to Compel Further Interrogatories, document 28, before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Defendant's opposition shall be filed no later than April 17, 2007 and plaintiff's reply, if any, shall be filed no later than April 19, 2007. Plaintiff shall notify the Court promptly if no reply will be filed.

Dated: April 12, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy