# EXHIBIT A

1         IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4

   JOHN EARL CAMPBELL,

5

                Plaintiff,

6

   vs.                    No. C05-05434 MJJ

7

   NATIONAL RAILROAD PASSENGER

8   CORPORATION, dba AMTRAK;

   JOE DEELY,

9

                Defendants.

10  ————————————————————————/

11

12             **CERTIFIED**

13              **COPY**

14

15

16

17            Deposition of

         MARK CARL SCHULTHIES

18

           March 22, 2007

19

20

21

22

23

   Reported by:

24   MERRY C. GESNER

   CSR No. 8819, RMR

25   Job No. 56091

1    BE IT REMEMBERED That on Thursday, March 22,

2    2007, commencing at the hour of 10:48 a.m., at 801 K

3    Street, Suite 2300, Sacramento, California, before me,

4    Merry C. Gesner, a Certified Shorthand Reporter in the

5    State of California, personally appeared

6                        MARK CARL SCHULTHIES,

7    a witness called by the Defendants National Railroad

8    Passenger Corporation in the above-entitled action,

9    who, having been duly sworn by the Certified Shorthand

10   Reporter to tell the truth, the whole truth, and

11   nothing but the truth, testified under oath as follows:

12                          --o0o--

13                  EXAMINATION BY MR. JONES

14

15       Q    Good morning, Mr. Schulthies.  Even though

16   we've been chatting this morning, I just want to for

17   the record introduce myself.

18            My name is James Jones, and I'm the attorney

19   representing Amtrak in this case.  It's the case of

20   John Earl Campbell vs. National Railroad Passenger

21   Corporation, doing business as Amtrak.

22            Could you please for the record state your

23   full name and spell your last?

24       A    Mark Carl Schulthies, S-C-H-U-L-T-H-I-E-S.

25       Q    Okay.  What I'd like to do to begin is to run

1 fifty-pound man.

2     Q    That probably narrows it down a little.

3     A    You know, I can't remember his last name. I

4 don't know why it escapes me.

5     Q    Any particular position he held?

6     A    Yeah.  He was the general foreman.

7     Q    Okay.

8     A    All those guys were general foreman.

9     Q    All right.  Anyone else besides Mike Fabian

10 and, I think --

11     A    Mike Bordenay.  I don't know how to spell his

12 name.

13     Q    Okay.  Anyone else?

14     A    That's the principals.

15     Q    Okay.  Now, I know -- I know I'm trying to

16 get you to dredge up memories from a while ago, but can

17 you remember ever getting any complaint from Lou

18 Bellotti himself, where it became evident to you that

19 Lou's complaint was based somehow on Mr. Campbell's

20 race?

21     A    Yes.

22     Q    What do you recall?

23     A    Well, I had lots of trouble with Lou.  As --

24 he was mechanical, and I was transportation, and he had

25 a different set of priorities than the transportation

1   people did, and we had to work together to get the

2   trains out on time.   That was our common mission.

3            And he liked to point to areas of blame.

4   He'd blame it on -- he would like to assign blame,

5   which would absolve him from trouble.   I think that's

6   common with human beings.   He would try to blame others

7   for different things.

8            And he liked to kind of, like -- well, in --

9   and it's -- it was the plantation mentality.   He -- you

10  know, he kind of acted like he was the lord and master,

11  and everybody beneath him wasn't as competent, and

12  wasn't as good as him and his managers.

13           And then this was prevalent with the

14  mechanical department, and that the people -- and they

15  were generally African Americans -- weren't somehow as

16  intelligent, or -- and they had to be -- they -- when

17  they were left to themselves, they couldn't make their

18  own decisions.   They made poor decisions in these white

19  foremen's absence.

20           And I found that offensive, because I didn't

21  have that problem.   For example --

22           And then the conflict between Lou and John

23  was, is, at night, John Campbell was the foreman.   John

24  Campbell was my representative.   You know.   He was in

25  charge as far as the transportation department was, and

1  he called the shots.  I trusted John, you know, after a

2  period of time.

3          John is physically big, and he is an African

4  American.  Didn't make any difference to me.  He was

5  good.

6          And Lou's attitude towards his own employees

7  would transfer into my -- the people that worked with

8  me in my department, and he just had real trouble --

9  Lou always had trouble with John making decisions.

10          And that's what we paid him for, is, John was

11  very competent.  He could make the decisions.

12          And then the trouble between Lou and I was, I

13  would always support John's positions, and he would try

14  to get me to undermine John.  That was the dynamic that

15  I recall.

16      Q   Okay.  I want to try to zero in on a couple

17  of comments you made, and then -- and then look back to

18  Mr. Bellotti.

19          You made a comment that this attitude that

20  existed in the mechanical department, that -- that

21  others didn't do their jobs as well, was prevalent, and

22  what I'm wondering is, aside from Mr. Campbell, was

23  there anyone else who you thought had become sort of a

24  focus of this blame that was coming from the mechanical

25  department?

1    A    Sure.

2    Q    Who else were they targeting, do you think?

3    A    They targeted the African American

4  electricians.

5    Q    Can you give me any particular names?

6    A    No.  See, they worked for a different

7  department, but -- and then the coach cleaners were

8  predominantly African American, and, you know, they

9  were always faulting the coach cleaners for not doing a

10  good enough job.  Mechanical.  And -- You know.

11        And that's the -- that's the -- the

12  population down in Oakland, it's mostly African

13  American, that's the people that live there, and so

14  most of the people that work there, you know, I'd say

15  about sixty percent, maybe seventy percent, were black,

16        And so the predominant work force in Oakland

17  is black, but they don't hold any positions of

18  authority.  They were never allowed to hold any

19  positions of authority.

20        And John, the problem I had with John is that

21  John was in a position where he really had some, you

22  know, authority at night, and I would support him,

23  because -- you know, and it didn't have anything to do

24  with his race.  He was just good, just like anybody.

25  You know, he was good.

```
 1          And so they didn't -- that -- that was not --
 2   and it came down from the top -- came down from our
 3   division superintendent.  He had the same attitudes
 4   towards, you know, women and black people and Mexican
 5   people, and -- you know, that somehow that there was
 6   in -- you know, they were all right as workers, but as
 7   bosses, they weren't good bosses.
 8          Q    Now, you mentioned that was the division
 9   superintendent?
10          A    Yeah.
11          Q    And who was that?
12          A    Joe Deely.
13          Q    Okay.  All right.  I don't want to cut you
14   off.  I do want to know what -- you know, what you
15   know, so from what I'm understanding, the mechanical
16   department focused its -- its blaming on electricians,
17   coach cleaners, John Campbell.  Any -- anyone else that
18   you can recall?
19          A    Well, you know, that -- or any Union Pacific
20   Railroad, because they were the contractors for the
21   locomotives, and that was the easy one to blame,
22   because they didn't work for Amtrak.  They were a
23   contractor --
24          Q    Okay.
25          A    -- and, you know, they were generally used as
```

1  Q    Okay.   Then, when you mentioned that you

2  would commonly hear complaints from the mechanical

3  department about Mr. Campbell, would the complaints

4  come from others who included those of African American

5  race?

6  A    No.

7  Q    Okay.  So the complaints came from the people

8  that you're referring to as the bosses?

9  A    That's right.

10  Q    Okay.  So now if -- if I focus my attention

11  on the people who were making complaints that you

12  believe are in part related to Mr. Campbell's race,

13  would the list be Mr. Chappel, who we've already talked

14  about, Mr. Bellotti, Mr. Fabian, Mr. Bordenay, and this

15  gentleman by the name of Jerry?

16  · A    Yes.

17  Q    Okay.  And what about Joe Deely?  Did you

18  ever hear Joe Deely ever make any comments at all about

19  Mr. Campbell that you felt were --

20  A    Yes.

21  Q    -- they were race related?

22  A    Yes.

23  MR. JONES:  Let me -- I'm not -- I -- caution

24  may be the wrong word, but let's be mindful of the fact

25  that you're talking about something that I completely

1  understand is an emotional subject, and I think you've

2  got information that you feel like you need to share

3  with us, but what's happening is, you're predicting

4  where my questions are going, and you're answering

5  before I even finish.

6          MR. MOORE:  I don't think so.  I object to

7  that comment.  The witness is doing quite well in his

8  answers.

9          MR. JONES:  Well, I'm not objecting to his

10  answers.

11          I'm just saying, if you could do your best to

12  let me finish my questions before you begin to answer,

13  and if you do jump the gun, we'll just -- you know,

14  it's no big deal, we'll just restate the question.  I

15  just don't want you to have to cover ground twice.  All

16  right?

17          THE WITNESS:  Okay.

18      Q   (By Mr. Jones)  So, Mr. Deely, let's go

19  back to Mr. Deely.  You made a comment that you heard

20  Mr. Deely make statements that in some way related to

21  race when he was talking about Mr. Campbell; is that

22  right?

23      A   Yes.

24      Q   Can you tell me what you remember?

25      A   I remember a conference call, it was via the

1    phone, where Mr. Bellotti was complaining about things

2    that happened at night.    Specifically -- and I can't

3    remember you know, the detail -- but the person he was

4    complaining about was John Campbell.

5                Mr. Deely wanted to hear my side of it,

6    because I was responsible for John Campbell.  I forget

7    what I said specific with -- you know, whatever --

8    whatever Lou said, but I remember the one thing that

9    Joe said that I got upset with, is, Joe said, after I

10    had finished talking, "Mark, you understand that it's

11    your responsibility to keep him, John Campbell, in his

12    place."

13                To which I kind of jumped and said, "What

14    place is that, Joe?"

15                And he says, "You know."

16                And I said, "No.  I would like you to tell

17    me.  What place?  Because obviously, we don't

18    understand one another."

19                And he says, "I'm not going to spell it out.

20    Everybody down there understands what I'm saying."

21                And I said, "I'm sorry, but I don't

22    understand."

23                But he never did answer me directly.

24                But you understand -- the feeling was, is

25    that I was supposed to squash him or something.  I

1    don't know.

2        Q    Okay.  Are there any other comments you

3    recall from Mr. Deely that were, you know, in your mind

4    similar to that?

5        A    Yes.

6        Q    Can you tell me what they were?

7        A    People not knowing their place was a common

8    theme.  He said that many times.  And predominantly

9    when it involved African American or female employees.

10   That people didn't know their place, and it was my job

11   to put them in their place.  I think that's about as

12   explicit as he got.

13       Q    Okay.  And -- and these other comments about

14   people not knowing their place were directed at

15   employees other than Mr. Campbell?

16       A    Yes.

17       Q    Okay.  Do you remember anyone in

18   particular --

19       A    Yes.

20       Q    -- who it may have been directed at?

21       A    Yes.

22       Q    Who was it?

23       A    Cynthia Hubbard.

24       Q    Okay.  Is Ms. Hubbard African American?

25       A    She's part.  I think.  I think she's Puerto

1  to badger you, that's not what I'm trying to do; just,

2  when I leave the deposition today, I want to know that

3  I've gotten what you know out of it.

4       Any other incidents or statements that you

5  can recall in the workplace that you thought -- that

6  you observed someone doing something that was racially

7  biased?

8       A    In terms of what?

9       Q    Anything.  I mean, you've talked today about

10  how the mechanical department would make racially

11  biased statements about the car men, about the coach

12  cleaners, the electricians, Mr. Campbell, people that

13  work in the commissary.

14       You've talked about Jerry and his attitudes,

15  Mike Bordenay, Mike Fabian, Lou Bellotti, Joe Deely,

16  and all of those, I think, were connected by a common

17  theme; that there was something racially motivated in

18  the statements or the events.

19       Can you think of anything else that

20  demonstrated in your mind any kind of racial bias?

21       A    Yes, something just popped into my mind.

22       Q    Okay.

23       A    I was in the office, and I -- I shared the

24  office with a guy by the name of Tom Oughton.

25  O-U-G-H-T-O-N.  He was also a service manager.

1          And John had made application for engine

2   service, to become an engineer, and we were holding

3   interviews, and it was our job to get these interviews

4   lined up, and to prescreen applicants for engine

5   service.

6          And I distinctly remember Tom telling me that

7   he did not want John Campbell to be an engineer, and I

8   queried him why, because I felt that he was -- you

9   know.

10         And he said he wasn't intelligent enough,

11  and he said that he didn't know his place, and he was

12  not going to reward an uppity nigger with a better job.

13  Period.

14         And me and him had a big fight over that.  A

15  big fight.

16      Q    Okay.  Now, those are -- those are some

17  pretty bad words.

18      A    Yes.

19      Q    That's something you have a real specific

20  recollection of?

21      A    Yeah.  Because it was so outrageous.

22      Q    Okay.  Now, tell me a little bit about

23  Mr. Oughton.  What was his position?

24      A    He was a service manager at Oakland.

25      Q    Okay.

1                    REPORTER'S CERTIFICATE

2          I certify that the witness in the foregoing

3   deposition,

4               MARK CARL SCHULTHIES,

5   was by me duly sworn to tell the truth, the whole truth

6   and nothing but the truth in the within-entitled case;

7   that said deposition was taken at the time and place

8   named herein; that the testimony of said witness was

9   reported by me, a duly certified shorthand reporter and

10  a disinterested person, and was thereafter transcribed

11  under my direction into typewriting.

12          I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the case named in said caption.

16          Dated March 27, 2007.

17

18

19

20          _____
            MERRY C. GESNER
            Certified Shorthand Reporter
            State of California
            Certificate No. 8819

21

22

23

24

25

# EXHIBIT A

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4

     JOHN EARL CAMPBELL,

5

                        Plaintiff,

6

     vs.                                   No. C05-05434 MJJ

7

     NATIONAL RAILROAD PASSENGER

8    CORPORATION, dba AMTRAK;

     JOE DEELY,

9

                        Defendants.

10   _____/

11                    **CERTIFIED**

12                    **COPY**

13

14

15

16                   Deposition of

17              MARK CARL SCHULTHIES

                 _____

18

                   March 22, 2007

19

20

21

22

23

     Reported by:

24   MERRY C. GESNER

     CSR No. 8819, RMR

25   Job No. 56091

1    BE IT REMEMBERED That on Thursday, March 22,

2    2007, commencing at the hour of 10:48 a.m., at 801 K

3    Street, Suite 2300, Sacramento, California, before me,

4    Merry C. Gesner, a Certified Shorthand Reporter in the

5    State of California, personally appeared

6              MARK CARL SCHULTHIES,

7    a witness called by the Defendants National Railroad

8    Passenger Corporation in the above-entitled action,

9    who, having been duly sworn by the Certified Shorthand

10   Reporter to tell the truth, the whole truth, and

11   nothing but the truth, testified under oath as follows:

12              --oOo--

13         EXAMINATION BY MR. JONES

14

15       Q    Good morning, Mr. Schulthies.  Even though

16   we've been chatting this morning, I just want to for

17   the record introduce myself.

18            My name is James Jones, and I'm the attorney

19   representing Amtrak in this case.  It's the case of

20   John Earl Campbell vs. National Railroad Passenger

21   Corporation, doing business as Amtrak.

22            Could you please for the record state your

23   full name and spell your last?

24       A    Mark Carl Schulthies, S-C-H-U-L-T-H-I-E-S.

25       Q    Okay.  What I'd like to do to begin is to run

1    fifty-pound man.

2          Q    That probably narrows it down a little.

3          A    You know, I can't remember his last name.  I

4    don't know why it escapes me.

5          Q    Any particular position he held?

6          A    Yeah.  He was the general foreman.

7          Q    Okay.

8          A    All those guys were general foreman.

9          Q    All right.  Anyone else besides Mike Fabian

10   and, I think --

11         A    Mike Bordenay.  I don't know how to spell his

12   name.

13         Q    Okay.  Anyone else?

14         A    That's the principals.

15         Q    Okay.  Now, I know -- I know I'm trying to

16   get you to dredge up memories from a while ago, but can

17   you remember ever getting any complaint from Lou

18   Bellotti himself, where it became evident to you that

19   Lou's complaint was based somehow on Mr. Campbell's

20   race?

21         A    Yes.

22         Q    What do you recall?

23         A    Well, I had lots of trouble with Lou.  As --

24   he was mechanical, and I was transportation, and he had

25   a different set of priorities than the transportation

1  people did, and we had to work together to get the

2  trains out on time.  That was our common mission.

3          And he liked to point to areas of blame.

4  He'd blame it on -- he would like to assign blame,

5  which would absolve him from trouble.  I think that's

6  common with human beings.  He would try to blame others

7  for different things.

8          And he liked to kind of, like -- well, in --

9  and it's -- it was the plantation mentality.  He -- you

10 know, he kind of acted like he was the lord and master,

11 and everybody beneath him wasn't as competent, and

12 wasn't as good as him and his managers.

13         And then this was prevalent with the

14 mechanical department, and that the people -- and they

15 were generally African Americans -- weren't somehow as

16 intelligent, or -- and they had to be -- they -- when

17 they were left to themselves, they couldn't make their

18 own decisions.  They made poor decisions in these white

19 foremen's absence.

20         And I found that offensive, because I didn't

21 have that problem.  For example --

22         And then the conflict between Lou and John

23 was, is, at night, John Campbell was the foreman.  John

24 Campbell was my representative.  You know.  He was in

25 charge as far as the transportation department was, and

1  he called the shots.  I trusted John, you know, after a

2  period of time.

3          John is physically big, and he is an African

4  American.  Didn't make any difference to me.  He was

5  good.

6          And Lou's attitude towards his own employees

7  would transfer into my -- the people that worked with

8  me in my department, and he just had real trouble --

9  Lou always had trouble with John making decisions.

10         And that's what we paid him for, is, John was

11  very competent.  He could make the decisions.

12         And then the trouble between Lou and I was, I

13  would always support John's positions, and he would try

14  to get me to undermine John.  That was the dynamic that

15  I recall.

16      Q    Okay.  I want to try to zero in on a couple

17  of comments you made, and then -- and then look back to

18  Mr. Bellotti.

19         You made a comment that this attitude that

20  existed in the mechanical department, that -- that

21  others didn't do their jobs as well, was prevalent, and

22  what I'm wondering is, aside from Mr. Campbell, was

23  there anyone else who you thought had become sort of a

24  focus of this blame that was coming from the mechanical

25  department?

1    A   Sure.

2    Q   Who else were they targeting, do you think?

3    A   They targeted the African American

4 electricians.

5    Q   Can you give me any particular names?

6    A   No.  See, they worked for a different

7 department, but -- and then the coach cleaners were

8 predominantly African American, and, you know, they

9 were always faulting the coach cleaners for not doing a

10 good enough job.  Mechanical.  And -- You know.

11    And that's the -- that's the -- the

12 population down in Oakland, it's mostly African

13 American, that's the people that live there, and so

14 most of the people that work there, you know, I'd say

15 about sixty percent, maybe seventy percent, were black,

16    And so the predominant work force in Oakland

17 is black, but they don't hold any positions of

18 authority.  They were never allowed to hold any

19 positions of authority.

20    And John, the problem I had with John is that

21 John was in a position where he really had some, you

22 know, authority at night, and I would support him,

23 because -- you know, and it didn't have anything to do

24 with his race.  He was just good, just like anybody.

25 You know, he was good.

1      And so they didn't -- that -- that was not --

2  and it came down from the top -- came down from our

3  division superintendent.  He had the same attitudes

4  towards, you know, women and black people and Mexican

5  people, and -- you know, that somehow that there was

6  in -- you know, they were all right as workers, but as

7  bosses, they weren't good bosses.

8      Q    Now, you mentioned that was the division

9  superintendent?

10     A    Yeah.

11     Q    And who was that?

12     A    Joe Deely.

13     Q    Okay.  All right.  I don't want to cut you

14  off.  I do want to know what -- you know, what you

15  know, so from what I'm understanding, the mechanical

16  department focused its -- its blaming on electricians,

17  coach cleaners, John Campbell.  Any -- anyone else that

18  you can recall?

19     A    Well, you know, that -- or any Union Pacific

20  Railroad, because they were the contractors for the

21  locomotives, and that was the easy one to blame,

22  because they didn't work for Amtrak.  They were a

23  contractor --

24     Q    Okay.

25     A    -- and, you know, they were generally used as

1    Q    Okay.  Then, when you mentioned that you

2  would commonly hear complaints from the mechanical

3  department about Mr. Campbell, would the complaints

4  come from others who included those of African American

5  race?

6    A    No.

7    Q    Okay.  So the complaints came from the people

8  that you're referring to as the bosses?

9    A    That's right.

10   Q    Okay.  So now if -- if I focus my attention

11  on the people who were making complaints that you

12  believe are in part related to Mr. Campbell's race,

13  would the list be Mr. Chappel, who we've already talked

14  about, Mr. Bellotti, Mr. Fabian, Mr. Bordenay, and this

15  gentleman by the name of Jerry?

16   · A    Yes.

17   Q    Okay.  And what about Joe Deely?  Did you

18  ever hear Joe Deely ever make any comments at all about

19  Mr. Campbell that you felt were --

20   A    Yes.

21   Q    -- they were race related?

22   A    Yes.

23        MR. JONES:  Let me -- I'm not -- I -- caution

24  may be the wrong word, but let's be mindful of the fact

25  that you're talking about something that I completely

1   understand is an emotional subject, and I think you've

2   got information that you feel like you need to share

3   with us, but what's happening is, you're predicting

4   where my questions are going, and you're answering

5   before I even finish.

6          MR. MOORE:  I don't think so.  I object to

7   that comment.  The witness is doing quite well in his

8   answers.

9          MR. JONES:  Well, I'm not objecting to his

10  answers.

11         I'm just saying, if you could do your best to

12  let me finish my questions before you begin to answer,

13  and if you do jump the gun, we'll just -- you know,

14  it's no big deal, we'll just restate the question.  I

15  just don't want you to have to cover ground twice.  All

16  right?

17         THE WITNESS:  Okay.

18    Q    (By Mr. Jones)  So, Mr. Deely, let's go

19  back to Mr. Deely.  You made a comment that you heard

20  Mr. Deely make statements that in some way related to

21  race when he was talking about Mr. Campbell; is that

22  right?

23    A    Yes.

24    Q    Can you tell me what you remember?

25    A    I remember a conference call, it was via the

1    phone, where Mr. Bellotti was complaining about things

2    that happened at night.   Specifically -- and I can't

3    remember you know, the detail -- but the person he was

4    complaining about was John Campbell.

5            Mr. Deely wanted to hear my side of it,

6    because I was responsible for John Campbell.  I forget

7    what I said specific with -- you know, whatever --

8    whatever Lou said, but I remember the one thing that

9    Joe said that I got upset with, is, Joe said, after I

10   had finished talking, "Mark, you understand that it's

11   your responsibility to keep him, John Campbell, in his

12   place."

13           To which I kind of jumped and said, "What

14   place is that, Joe?"

15           And he says, "You know."

16           And I said, "No.  I would like you to tell

17   me.  What place?  Because obviously, we don't

18   understand one another."

19           And he says, "I'm not going to spell it out.

20   Everybody down there understands what I'm saying."

21           And I said, "I'm sorry, but I don't

22   understand."

23           But he never did answer me directly.

24           But you understand -- the feeling was, is

25   that I was supposed to squash him or something.  I

1  don't know.

2       Q    Okay.  Are there any other comments you

3  recall from Mr. Deely that were, you know, in your mind

4  similar to that?

5       A    Yes.

6       Q    Can you tell me what they were?

7       A    People not knowing their place was a common

8  theme.  He said that many times.  And predominantly

9  when it involved African American or female employees.

10  That people didn't know their place, and it was my job

11  to put them in their place.  I think that's about as

12  explicit as he got.

13       Q    Okay.  And -- and these other comments about

14  people not knowing their place were directed at

15  employees other than Mr. Campbell?

16       A    Yes.

17       Q    Okay.  Do you remember anyone in

18  particular --

19       A    Yes.

20       Q    -- who it may have been directed at?

21       A    Yes.

22       Q    Who was it?

23       A    Cynthia Hubbard.

24       Q    Okay.  Is Ms. Hubbard African American?

25       A    She's part.  I think.  I think she's Puerto

1  to badger you, that's not what I'm trying to do; just,

2  when I leave the deposition today, I want to know that

3  I've gotten what you know out of it.

4       Any other incidents or statements that you

5  can recall in the workplace that you thought -- that

6  you observed someone doing something that was racially

7  biased?

8       A    In terms of what?

9       Q    Anything.  I mean, you've talked today about

10  how the mechanical department would make racially

11  biased statements about the car men, about the coach

12  cleaners, the electricians, Mr. Campbell, people that

13  work in the commissary.

14       You've talked about Jerry and his attitudes,

15  Mike Bordenay, Mike Fabian, Lou Bellotti, Joe Deely,

16  and all of those, I think, were connected by a common

17  theme; that there was something racially motivated in

18  the statements or the events.

19       Can you think of anything else that

20  demonstrated in your mind any kind of racial bias?

21       A    Yes, something just popped into my mind.

22       Q    Okay.

23       A    I was in the office, and I -- I shared the

24  office with a guy by the name of Tom Oughton.

25  O-U-G-H-T-O-N.  He was also a service manager.

```
 1            And John had made application for engine
 2   service, to become an engineer, and we were holding
 3   interviews, and it was our job to get these interviews
 4   lined up, and to prescreen applicants for engine
 5   service.
 6            And I distinctly remember Tom telling me that
 7   he did not want John Campbell to be an engineer, and I
 8   queried him why, because I felt that he was -- you
 9   know.
10            And he said he wasn't intelligent enough,
11   and he said that he didn't know his place, and he was
12   not going to reward an uppity nigger with a better job.
13   Period.
14            And me and him had a big fight over that.  A
15   big fight.
16        Q    Okay.  Now, those are -- those are some
17   pretty bad words.
18        A    Yes.
19        Q    That's something you have a real specific
20   recollection of?
21        A    Yeah.  Because it was so outrageous.
22        Q    Okay.  Now, tell me a little bit about
23   Mr. Oughton.  What was his position?
24        A    He was a service manager at Oakland.
25        Q    Okay.
```

1                    REPORTER'S CERTIFICATE

2              I certify that the witness in the foregoing

3     deposition,

4                    MARK CARL SCHULTHIES,

5     was by me duly sworn to tell the truth, the whole truth

6     and nothing but the truth in the within-entitled case;

7     that said deposition was taken at the time and place

8     named herein; that the testimony of said witness was

9     reported by me, a duly certified shorthand reporter and

10    a disinterested person, and was thereafter transcribed

11    under my direction into typewriting.

12              I further certify that I am not of counsel or

13    attorney for either or any of the parties to said

14    deposition, nor in any way interested in the outcome of

15    the case named in said caption.

16              Dated March 27, 2007.

17

18

19

20    MERRY C. GESNER
      Certified Shorthand Reporter
      State of California
      Certificate No. 8819

21

22

23

24

25