UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**　　　　　　　　　　　　　　　　Date:  April 17, 2007
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　C-05-05434 MJJ (EDL)

**Title:**　　CAMPBELL v. NATIONAL PASSENGER RAILROAD CORPORATION ET AL

**Attorneys:**　　Plaintiff: Pamela Price (phone)　　　Defendant: Cara Ching-Senaha

**Deputy Clerk:**　　Lili M. Harrell　　　**Court Reporter:** Connie Kuhl


**PROCEEDINGS:**

**RULINGS:**

Plaintiff's Motion to Compel Production of Documents and Enlarge Time for Non-Expert Witness Discovery

Granted in part/Denied in part


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [X] Defendant  [ ] Court

**Case Continued to:**

Notes: Plaintiff shall review proposed order prior to defense counsel submitting to the Court by 4/20/07.


cc: