IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

DATE: **April 17, 2007**                  Court reporter: **Not Reported**

Case Number:   **C 05-5434 MJJ**          Time in Court: 11:16 -11:18 a.m.

Case Name:   **John Earl Campbell v. National Passenger Railroad Corp.**

COUNSEL FOR PLAINTIFF(S):                 COUNSEL FOR DEFENDANT(S):
**Pamela Price (appearing by phone)**     **Kathleen Maylin (appearing by Phone)**

PROCEEDINGS:
1. Plaintiff's Ex Parte Application to Continue Due Date of Opposition and Hearing Motion for Summary Judgment

RULING:
As the defense does not oppose the continuance, the Court adopts the proposed dates in plaintiff's application.

(X) Telephonic Status Conference          ( )P/T Conference          ( ) Case Management Conference

ORDERED AFTER HEARING:

ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge _____ For: (Settlement Conference) in

CASE CONTINUED TO:   **May 22, 2007 at 9:30 a.m.**   for **Hearing on Defendant's Summary Judgment Motion**

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date : _____ at 3:30 p.m.

Trial Date:   _____ at 8:30 a.m.  Set for   days
              Type of Trial:  ( )Jury     ( )Court

Notes:
cc: