

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 199 Fremont Street | BOSTON, | MIAMI, FL | SACRAMENTO, CA |
| 10th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| San Francisco, California 94105 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 415 394-9400 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 415 394-9401 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

April 23, 2007

**VIA HAND-DELIVERY**

Honorable Magistrate Judge Elizabeth Laporte
U.S. District Court
450 Golden Gate
San Francisco, CA 94102

    Re:    *John Earl Campbell v. Amtrak, et al.*
            U.S. District Court, No. District of California
            Case No. C05-05434 MJJ

Dear Magistrate Judge Laporte:

    Last week, the parties appeared before you on Plaintiff's motion to compel. As you instructed, we prepared the proposed order and exchanged it with Ms. Pamela Price, counsel for Plaintiff.

    We recall that your honor limited the scope of Plaintiff's Document Request No. 3 to race discrimination complaints made within the past seven (7) years by African-American employees who worked in those same Bay Area locations as Plaintiff. Ms. Price recalls that your honor ruled Request No. 3 encompasses the entire Pacific Division (which includes San Jose, Sacramento, and numerous other locations through the Pacific Northwest, extending as far South as San Luis Obispo, as far West as Grand Junction, Colorado and as far Northeast as Minot, North Dakota) -- locations at which Plaintiff testified he never worked and never wanted to work.

    Because even the best memories are fallible, we enclose an order with a blank for the geographic limitation, for your honor to fill in, as your honor ordered at the hearing on April 17th. We apologize in advance if our recollection was mistaken.



Thank you for your kind consideration of the foregoing.

Very truly yours,

JACKSON LEWIS LLP

Cara Ching-Senaha

Enclosure

cc (w/ enclo., via fax): Pamela Price, Esq.