1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   JOHN CAMPBELL
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JOHN EARL CAMPBELL,                  ) NO. C05-5434 MJJ (EDL)
                                          )
13 |        Plaintiff,                    ) **REQUEST FOR TELEPHONIC**
                                          ) **APPEARANCE**
14 | v.                                   )
                                          ) DATE:   May 1, 2007
15 | NATIONAL PASSENGER RAILROAD          ) TIME:   9:00 a.m.
   | CORPORATION dba AMTRAK, JOE          ) DEPT.:  Courtroom E, 15th Floor
16 | DEELY, and DOES 1-15, inclusive,     )
                                          )
17 |        Defendants.                   ) DISCOVERY CUT-OFF:   March 23, 2007
                                          )
18 |_____      ) TRIAL DATE:          July 23, 2007

19

20         I, PAMELA Y. PRICE, hereby make this request on behalf of Plaintiff JOHN

21 EARL CAMPBELL, for permission to appear at the hearing of Plaintiff's Motions to Compel

22 Further Answers to Interrogatories and Production of Documents by telephone.

23 Dated: April 25, 2007                                PRICE AND ASSOCIATES

24

25

26                                          /s/   *Pamela Y. Price*
                                          PAMELA Y. PRICE, Attorney for Plaintiff
27                                        JOHN EARL CAMPBELL

28

1143P223PYP

REQUEST FOR TELEPHONIC APPEARANCE (C05-5434 MJJ (EDL))