1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   The Latham Square Building
3  1611 Telegraph Avenue, Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5
   Attorneys for Plaintiff
6  JOHN E. CAMPBELL

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | JOHN E. CAMPBELL,              )   NO. C05-5434 MJJ (EDL)
                                    )
13 |        Plaintiff,               )   **DOCUMENTS FILED UNDER SEAL**
                                    )   **IN OPPOSITION TO DEFENDANTS'**
14 | v.                              )   **JOSEPH DEELY AND NATIONAL**
                                    )   **RAILROAD PASSENGER**
15 | NATIONAL PASSENGER RAILROAD    )   **CORPORATION'S MOTIONS FOR**
   | CORPORATION dba AMTRAK, JOE    )   **SUMMARY JUDGMENT OR IN THE**
16 | DEELY, and DOES 1-15, inclusive )   **ALTERNATIVE, PARTIAL**
                                    )   **SUMMARY JUDGMENT**
17 |        Defendants.              )
                                    )
18                                      DATE:      May 22, 2007
                                        TIME:      9:00 a.m.
19                                      DEPT:      11, 19th Floor

20                                      HONORABLE MARTIN J. JENKINS

21              **DOCUMENTS SUBMITTED UNDER SEAL**

22     Name of Submitting Party:              Plaintiff John E. Campbell

23     Telephone Number of Submitting Party:  1-510-452-0292

24     Address of Submitting Party:                Price And Associates
                                                1611 Telegraph Avenue, Suite 1450
25                                                  Oakland, CA 94612

26  The documents contained herein are submitted under seal pursuant to Local Rule 79-5(b) and 7-11.

27  Dated: May 1, 2007                    PRICE AND ASSOCIATES

                                          /s/ Pamela Y. Price
28                                        PAMELA Y. PRICE, Attorneys for
                                          Plaintiff JOHN E. CAMPBELL