

1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    PRICE AND ASSOCIATES
2   The Latham Square Building
    1611 Telegraph Avenue, Suite 1450
3   Oakland, CA 94612
    Telephone: (510) 452-0292
4   Facsimile: (510) 452-5625

5   Attorneys for Plaintiff
    JOHN EARL CAMPBELL
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  JOHN EARL CAMPBELL,              )    NO. C05-5434 MJJ (EDL)
                                     )
11          Plaintiff,              )    **NOTICE OF MANUAL FILING OF**
                                     )    **EXHIBIT C TO DECLARATION OF**
12  v.                               )    **PAMELA Y. PRICE IN OPPOSITION TO**
                                     )    **DEFENDANTS NATIONAL RAILROAD**
13  NATIONAL PASSENGER RAILROAD      )    **PASSENGER CORPORATION, ET AL'S**
    CORPORATION dba AMTRAK, JOE      )    **MOTION FOR SUMMARY JUDGMENT,**
14  DEELY, and DOES 1-15, inclusive, )    **OR IN THE ALTERNATIVE, PARTIAL**
                                     )    **SUMMARY JUDGMENT**
15          Defendants.             )
                                     )
16  _____      )

17

18

19

20

21

22

23

24

25

26

27

28

1143P212PYP

**MANUAL FILING NOTIFICATION**

Regarding:    1.    Exhibits C to Declaration of Pamela Y. Price in Opposition to Defendant's Motion for Summary Judgment.

This filing is in paper or physical form only, is being maintained in the case file in the clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court's main web site at

http:/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons(s):

 x  Voluminous Document (PDF file size large than the e-filing system allows)

__Unable to Scan Documents

__Physical Object (description): _____

_____

__Non Graphical Textual Computer File (audio, video, etc.) on CD or other media

__ Item Under Seal

__ Conformance with the Judicial Conference Privacy Policy (General Order 53).

__ Other (description) _____

_____

Dated:  May 1, 2007                                PRICE AND ASSOCIATES

                                    ____/s/  *Pamela Y. Price*_____
                                    PAMELA Y. PRICE, Attorneys for Plaintiff
                                    JOHN EARL CAMPBELL