| | |
|---|---|
| 1 | PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713) |
|   | PRICE AND ASSOCIATES |
| 2 | The Latham Square Building |
|   | 1611 Telegraph Avenue, Suite 1450 |
| 3 | Oakland, CA 94612 |
|   | Telephone: (510) 452-0292 |
| 4 | Facsimile: (510) 452-5625 |

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | NO. C05-5434 MJJ (EDL) |
| Plaintiff, | **PLAINTIFF JOHN EARL CAMPBELL'S TABLE OF AUTHORITIES FOR MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive, | |
| Defendants. | |
| | DATE: May 22, 2007 |
| | TIME: 9:00 A.M. |
| | CTRM.: 11, 19TH FLOOR |
| | TRIAL DATE: JULY 23, 2007 |
| | HON. MARTIN J. JENKINS |

1143P201PYP

PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT (C05-5434 MJJ (EDL))

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Abdul-Jabbar v. General Motors*, 85 F.3d 407 (9th Cir. 1996) .................... 20

*Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 90 S. Ct. 1598, 26 L.Ed.2d 142 (1970) .................................................................. 20

*Andrews v. Lakeshore Rehabilitation Hospital*, 140 F.3d 1405 (11th Cir. 1998) .................................................................. 19

*Atonio v. Wards Cove Packing Company, Inc.*, 810 F.2d 1477 (9th Cir. 1987) .................................................................. 17

*Bergene v. Salt River Project Agriculture Improvement & Power District*, 272 F.3d 1136 (9th Cir. 2001) .................................................... 19

*Burlington Northern and Santa Fe Railway Co. v. White*, 548 U.S. ___, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006) ............................................... 19

*Burns v. McGregor Electronic Industries, Inc.*, 955 F.2d 559 (8th Cir. 1992) ....... 12

*Coghlan v. America Seafoods Co.*, 413 F.3d 1090 (9th Cir. 2005) ............. 10, 11

*Costa*, 539 U.S. 90, 123 S.Ct. 2148, 156 L.Ed.2d 84 (2003) .................... 10

*Costa v. Desert Palace, Inc.*, 299 F.3d 838 (9th Cir. 2002) ....................... 10

*Desert Palace, Inc., v. Costa*, 539 U.S. 90, 123 S.Ct. 2148, 156 L.Ed.2d 84 (2003) .. 10

*Detroit Police Officers Association v. Young* 608 F.2d 671 (6th Cir. 1979) ......... 12

*Dominguez-Curry v. Nevada Transportation Department*, 424 F.3d 1027 (9th Cir. 2005) .................................................................. 10, 12

*Equal Employment Opportunity Commission v. Crown Zellerbach Corp.*, 720 F.2d 1008 (9th Cir. 1983) .................................................................. 19

*Equal Employment Opportunity Commission v. Wal Mart Stores*, 156 F.3d 989 (9th Cir. 1998) .................................................................. 21

*Emmel v. Coca-Cola Bottling Co. of Chicago*, 95 F.3d 627 (7th Cir. 1996) ......... 21

*Equal Employment Opportunity Commission v. Farmers Brother Company*, 31 F.2d 891 (9th Cir. 1994) .................................................... 12

*Estes v. Dick Smith Ford, Inc.*, 856 F.2d 1097 (8th Cir. 1988) .................... 12

*Federal Deposit Insurance Corp. v. N.H. Insurance Co.*, 953 F.2d 478 (9th Cir. 1991)) .................................................................. 9

*Foley v. University of Houston System*, 324 F.3d 310 (5th Cir. 2003) ............. 19

*Fraser v. Goodale*, 342 F.3d 1032 (9th Cir. 2003) .............................. 9

*Furnco Construction Corp. v. Waters*, 438 U.S. 567, 57 L.Ed.2d 957,
   98 S.Ct. 2943 (1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Garrett v. City & County of San Francisco*, 818 F.2d 1515 (9th Cir. 1987) . . . . . . . . . 14

*Gay v. Waiters' & Dairy Lunchmen's Union*, 694 F.2d 531 (9th Cir. 1982) . . . . . . . . . . 9

*Godwin v. Hunt Wesson Inc.*, 150 F.3d 1217 (9th Cir. 1998) . . . . . . . . . . . . . . . . . . 9, 11

*Gonzales v. Police Department, City of San Jose*, 901 F.2d 758
   (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Green v. Armstrong Rubber*, 612 F.2d 967 (5th Cir. 1980) . . . . . . . . . . . . . . . . . . . . . 13

*Harvey v. Armour Co.*, 743 F.2d 199 (4th Cir. 1984),
*cert. den* 470 U.S. 1395, 105 S. Ct. 1395, 84 L.Ed.2d 784 (1985) . . . . . . . . . . . . . . . . 12

*Hawkins v. 1115 Legal Serv. Care*, 163 F.3d 684 (2d Cir. 1998) . . . . . . . . . . . . . . . . . 19

*Hemmings v. Tidyman's Inc.*, 285 F.3d 1174 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . 17

*Hewlett-Packard v. Co.*, 358 F.3d 599 (9th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Heyne v. Caruso*, 69 F.3d 1475 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . 10, 11, 12

*Hunter v. Allis-Chalmers Corp., Engine Division*, 797 F.2d 1417
   (7th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*International Brotherhood of Teamsters v. U.S.*,
   431 U.S. 324, 97 S.Ct. 1843, 52 L.Ed.2d 396 (1977) . . . . . . . . . . . . . . . . . . . . . 9, 10

*J.F. Feeser, Inc. v. Serv-A-Portion, Inc.*, 909 F.2d 1524 (3d Cir. 1990) . . . . . . . . . . . . 10

*Jauregui v. City of Glendale*, 852 F.2d 1128 (9th Cir. 1988) . . . . . . . . . . . . . . . . . 14, 17

*Johnson v. Nordstrom, Inc.*, 260 F.3d 727 (7th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . 14

*Kim v. Nash Finch Co.*, 123 F.3d 1046 (8th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . 19

*Lake Nacimiento Ranch Co. v. San Luis Obispo County*, 841 F.2d 872 (9th
   Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Lam v. University of Hawaii*, 40 F.3d 1551 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . 12

*Laxton v. Gap Inc.*, 333 F.3d 572 (5th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Manatt v. Bank of America, NA*, 339 F.3d 792 (9th Cir. 2003) . . . . . . . . . . . . . . . 18, 19

*McAlindin v. County of San Diego*, 192 F.3d 1226 (9th Cir. 2000) . . . . . . . . . . . . . . . 19

*McDonald v. Santa Fe Trail Transportation*, 427 U.S. 273, 96 S. Ct. 2574,
   49 L.Ed.2d 493 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 S. Ct. 1817,

36 L.Ed.2d 668 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*McGinest v. GTE Service Corp.*, 360 F.3d 1103 (9th Cir. 2004) . . . . . . . . . . . . . . . . . . 10

*Miller v. Fairchild Ind.*, 885 F.2d 498 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . 19, 20

*Mondero v. Salt River Project*, 400 F.3d 1207 (9th Cir. 2005) . . . . . . . . . . . . . . . . . . . 11

*Morgan v. National Passenger Railroad Corp.*, 232 F.3d 1008 232 F.3d 1008 (9th Cir. 2000), *affirmed in part and reversed in part*, 536 U.S. 101 (2002) . . . . . . . . . . . . . 11

*Mullen v. Princess Anne Volunteer Fire Fighter Co. Inc.*, 853 F.2d 1130
    (4th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

*Nidds v. Schindler Elevator Corp.*, 113 F.3d 912 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . 14

*O'Neal v. Ferguson Construction Co.*, 237 F.3d 1248 (10th Cir. 2001) . . . . . . . . . . . . 19

*Page v. U.S. Industries, Inc.*, 726 F.2d 1038 (5th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . 17

*Payne v. Northwest Corp.*, 113 F.3d 1078 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . 14, 19

*Porter v. Cal. Department of Corrections*, 383 F.3d 1018 (9th Cir. 2004) . . . . . . . . . . 14

*Ray v. Henderson*, 217 F.2d 1234 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133, 147 L. Ed.
    2d 105, 120 S. Ct. 2097 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Rowe v. General Motors Corp.*, 457 F.2d 348 (5th Cir. 1972) . . . . . . . . . . . . . . . . . . . 17

*Spulak v. K Mart Corp.*, 894 F.2d 1150 (10th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . 11

*Stegall v. Citadel Broadcasting Co.*, 350 F.3d 1061 (9th Cir. 2003) . . . . . . . . . . . . . . . 10

*Stender v. Lucky Stores, Inc.*, 803 F. Supp. 259 (N.D. Cal. 1992) . . . . . . . . . . . . . . . . 12

*Swinton v. Potomac Corp.*, 270 F.3d 794 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . 21

*Texas Department of Community Affairs v. Burdine*, 450 U.S. 248, 67 L. Ed.
    2d 207, 101 S. Ct. 1089 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Turner v. Texas Instruments*, 555 F.2d 1251 (5th Cir. 1977) . . . . . . . . . . . . . . . . . . . . 14

*United States Postal Service Board of Governors v. Aikens*, 460 U.S. 711
    (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*United States v. Jewell*, 532 F.2d 697 (9th Cir. 1976), *cert. denied*, 426

U.S. 951 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Villiarimo v. Aloha*, 281 F.3d 1054 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . 14, 19

*Wallis v. J. R. Simplot Co.*, 26 F.3d 885 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Wells v. New Cherokee Corp.*, 58 F.3d 233 (6th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . 12

*Wilson v. United States*, 162 U.S. 613, 40 L.Ed.1090, 16 S. Ct. 895 (1896)  . . . . . . . . 14

*Wright v. West*, 505 U.S. 277, 120 L. Ed. 2d 225, 112 S. Ct. 2482 (1992) . . . . . . . . . 14

*Yartzoff v. Thomas*, 809 F.2d 1371 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . 19, 20

### STATE CASES

*Trujillo v. North County Transit District*, 63 Cal. App. 4th 280 (1998) . . . . . . . . . . . . 20

### FEDERAL STATUTES

42 U.S.C. Section 1981 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

42 U.S.C. Section 1981 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

42 U.S.C. Section 1981 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

42 U.S.C. Section 1988 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11