1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>          Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>          Defendants. | NO. C05-5434 MJJ (EDL)<br><br>**TABLE OF AUTHORITIES FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT JOE DEELY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:     May 22, 2007**<br>**TIME:     9:00 A.M.**<br>**CTRM.:    11, 19TH FLOOR**<br><br>**TRIAL DATE:    JULY 23, 2007**<br><br>**HON. MARTIN J. JENKINS** |

1143P211PYP

PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT (C05-5434 MJJ (EDL))

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Abdul-Jabbar v. General Motors*, 85 F.3d 407 (9th Cir. 1996) .................... 23

*Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 90 S. Ct. 1598, 26 L.Ed.2d 142 (1970) .................... 22

*Andrews v. Lakeshore Rehabilitation Hospital*, 140 F.3d 1405 (11th Cir. 1998) .................... 14

*Atonio v. Wards Cove Packing Company, Inc.*, 810 F.2d 1477 (9th Cir. 1987) .................... 23, 24

*Bergene v. Salt River Project Agriculture Improvement & Power District*, 272 F.3d 1136 (9th Cir. 2001) .................... 21

*Burlington Northern and Santa Fe Railway Co. v. White*, 548 U.S. ___, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006) .................... 21

*Burns v. McGregor Electronic Industries, Inc.*, 955 F.2d 559 (8th Cir. 1992) ....... 13

*Chavira v. Payless Shoe Source*, 140 F.R.D. 441 (E.D.Cal. 1991) ................ 15

*Coghlan v. America Seafoods Co.*, 413 F.3d 1090 (9th Cir. 2005) ................ 11

*Costa v. Desert Palace, Inc.*, 299 F.3d 838 (9th Cir. 2002), *affirmed by, Desert Palace, Inc., v. Costa*, 539 U.S. 90, 123 S.Ct. 2148, 156 L.Ed.2d 84 (2003) ............ 10

*Coszalter v. City of Salem*, 320 F.3d 968 (9th Cir. 2003) ....................... 22

*Detroit Police Officers Association v. Young*, 608 F.2d 671 (6th Cir. 1979) ........ 13

*Dominguez-Curry v. Nevada Transportation Department*, 424 F.3d 1027 (9th Cir. 2005) .................... 11, 13

*Equal Employment Opportunity Commission v. Crown Zellerbach Corp.*, 720 F.2d 1008 (9th Cir. 1983) .................... 21

*Equal Employment Opportunity Commission v. Wal Mart Stores*, 156 F.3d 989 (9th Cir. 1998) .................... 24

*Emmel v. Coca-Cola Bottling Co. of Chicago*, 95 F.3d 627 (7th Cir. 1996) ......... 24

*Equal Employment Opportunity Commission v. Farmers Brother Company*, 31 F.2d 891 (9th Cir. 1994) .................... 13

*Estes v. Dick Smith Ford, Inc.*, 856 F.2d 1097 (8th Cir. 1988) ................... 12

*Federal Deposit Insurance Corp. v. N.H. Insurance Co.*, 953 F.2d 478 (9th Cir. 1991) .................... 9

*Foley v. University of Houston System*, 324 F.3d 310 (5th Cir. 2003) ............. 14

1143P211PYP

-ii-

PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT (C05-5434 MJJ (EDL))

| | | |
|---|---|---|
| 1 | *Fraser v. Goodale*, 342 F.3d 1032 (9th Cir. 2003) | 10 |
| 2 | *Furnco Construction Corp. v. Waters*, 438 U.S. 567, 57 L.Ed.2d 957, 98 S. Ct. 2943 (1978) | 17 |
| 3 | *Garrett v. City & County of San Francisco*, 818 F.2d 1515 (9th Cir. 1987) | 16 |
| 4 | *Gay v. Waiters' & Dairy Lunchmen's Union*, 694 F.2d 531 (9th Cir. 1982) | 9 |
| 5 | *Godwin v. Hunt Wesson Inc.*, 150 F.3d 1217 (9th Cir. 1998) | 9, 11 |
| 6 | *Gonzales v. Police Department, City of San Jose*, 901 F.2d 758 (9th Cir. 1990) | 16 |
| 7 | *Green v. Armstrong Rubber*, 612 F.2d 967 (5th Cir. 1980) | 16 |
| 8 | *Harvey v. Armour Co.*, 743 F.2d 199 (4th Cir. 1984), *cert. den* | 13 |
| 9 | *Hawkins v. 1115 Legal Serv. Care*, 163 F.3d 684 (2d Cir. 1998) | 14 |
| 10 | *Hemmings v. Tidyman's Inc.*, 285 F.3d 1174 (9th Cir. 2002) | 24 |
| 11 | *Hewlett-Packard v. Co.*, 358 F.3d 599 (9th Cir. 2004) | 9 |
| 12 | *Heyne v. Caruso*, 69 F.3d 1475 (9th Cir. 1995) | 11, 12 |
| 13 | *Hudson v. Moore Business Forms, Inc.*, 609 F. Supp. 467 (D.C. Cal. 1985) | 15 |
| 14 | *Hunter v. Allis-Chalmers Corp., Engine Division*, 797 F.2d 1417 (7th Cir. 1986) | 12 |
| 15 | *International Brotherhood of Teamsters v. U.S.*, 431 U.S. 324, 97 S. Ct. 1843, 52 L.Ed.2d 396 (1977) | 9 |
| 16 | *J.F. Feeser, Inc. v. Serv-A-Portion, Inc.*, 909 F.2d 1524 (3d Cir. 1990) | 10 |
| 17 | *Jauregui v. City of Glendale*, 852 F.2d 1128 (9th Cir. 1988) | 16, 23, 24 |
| 18 | *Kachmar v. SunGard Data System Inc.*, 109F.3d 173 (3rd Cir. 1997) | 22 |
| 19 | *Kaplan v. International Alliance of Theatrical and Stage Employees*, 525 F.2d 1354 (9th Cir. 1975) | 15 |
| 20 | *Kim v. Nash Finch Co.*, 123 F.3d 1046 (8th Cir. 1997) | 15 |
| 21 | *Lake Nacimiento Ranch Co. v. San Luis Obispo County*, 841 F.2d 872 (9th Cir. 1987) | 22 |
| 22 | *Lam v. University of Hawaii*, 40 F.3d 1551 (9th Cir. 1994) | 13 |
| 23 | *Laxton v. Gap Inc.*, 333 F.3d 572 (5th Cir. 2003) | 13 |
| 24 | *Manatt v. Bank of America, NA*, 339 F.3d 792 (9th Cir. 2003) | 14 |
| 25 | *McAlindin v. County of San Diego*, 192 F.3d 1226 (9th Cir. 2000) | 21 |

*McDonald v. Santa Fe Trail Transportation*, 427 U.S. 273, 96 S. Ct. 2574,
49 L. Ed. 2d 493 (1976) .................................................. 16

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 93 S. Ct. 1817, 36 L. Ed.
2d 668 (1973) ........................................................... 9

*McGinest v. GTE Service Corp.*, 360 F.3d 1103 (9th Cir. 2004) ................ 10

*Miller v. Fairchild Ind.*, 885 F.2d 498 (9th Cir. 1989) ...................... 21

*Mondero v. Salt River Project*, 400 F.3d 1207 (9th Cir. 2005) ................ 11

*Morgan v. National Passenger Railroad Corp.*, 232 F.3d 1008 (9th Cir. 2000), *affirmed in part and reversed in part*, 536 U.S. 101 (2002) .......................... 12

*Mullen v. Princess Anne Volunteer Fire Fighter Co. Inc.*, 853 F.2d 1130
(4th Cir. 1988) ..................................................... 10, 12

*O'Neal v. Ferguson Construction Co.*, 237 F.3d 1248 (10th Cir. 2001) ........... 15

*Page v. U.S. Industries, Inc.*, 726 F.2d 1038 (5th Cir. 1984) .................. 23

*Payne v. Northwest Corp.*, 113 F.3d 1078 (9th Cir. 1997) ..................... 21

*Porter v. Cal. Department of Corrections*, 383 F.3d 1018 (9th Cir. 2004) ...... 16, 21

*Ray v. Henderson*, 217 F.2d 1234 (9th Cir. 2000) ............................ 21

*Reeves v. Sanderson Plumbing Products, Inc.*, 530 U.S. 133, 147 L. Ed.
2d 105, 120 S. Ct. 2097 (2000) ........................................... 17

*Rowe v. General Motors Corp.*, 457 F.2d 348 (5th Cir. 1972) .................. 23

*Spulak v. K Mart Corp.*, 894 F.2d 1150 (10th Cir. 1990) ...................... 12

*Stache v. International Union of Bricklayers and Allied Craftsmen*, 852
F.2d 1231 (9th Cir. 1988) ............................................... 15

*Stegall v. Citadel Broadcasting Co.*, 350 F.3d 1061 (9th Cir. 2003) ........... 10

*Stender v. Lucky Stores, Inc.*, 803 F. Supp. 259 (N.D.Cal. 1992) .............. 12

*Texas Department of Community Affairs v. Burdine*, 450 U.S. 248, 67 L. Ed.
2d 207, 101 S. Ct. 1089 (1981) ........................................... 9

*Turner v. Texas Instruments*, 555 F.2d 1251 (5th Cir. 1977) .................. 16

*United States Postal Service Board of Governors v. Aikens*, 460 U.S. 711 (1983) .................................................................. 10

*United States v. Jewell*, 532 F.2d 697 (9th Cir. 1976), *cert. denied*, 426 U.S. 951 (1976) ................................................................. 22

*Villiarimo v. Aloha Island Air, Inc.*, 281 F.3d 1054 (9th Cir. 2002) ................ 21

*Wallis v. J. R. Simplot Co.*, 26 F.3d 885 (9th Cir. 1994) ........................... 9

*Wells v. New Cherokee Corp.*, 58 F.3d 233 (6th Cir. 1995) ...................... 13

*Wilson v. United States*, 162 U.S. 613, 40 L. Ed.1090, 16 S. Ct. 895 (1896) ........ 17

*Wright v. West*, 505 U.S. 277, 120 L. Ed. 2d 225, 112 S. Ct. 2482 (1992) .......... 17

*Wrighten v. Metropolitan Hospital*, 726 F.2d 1346 (9th Cir. 1984) ................ 15

*Yartzoff v. Thomas*, 809 F.2d 1371 (9th Cir. 1989) ............................. 21

### STATE CASES

*Trujillo v. North County Transit District*, 63 Cal. App. 4th 280 (1998) ............ 22

### FEDERAL STATUTES

42 U.S.C. Section 1981 ................................................... 1, 2

42 U.S.C. Section 1988 .................................................... 12