1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA 94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625

5  Attorneys for Plaintiff
   JOHN EARL CAMPBELL
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 JOHN EARL CAMPBELL,                )   NO. C05-5434 MJJ (EDL)
                                      )
14         Plaintiff,                 )
                                      )   **[PROPOSED] ORDER DENYING**
15 v.                                 )   **DEFENDANTS JOSEPH DEELY AND**
                                      )   **NATIONAL RAILROAD PASSENGER**
16 NATIONAL PASSENGER RAILROAD        )   **CORPORATION'S MOTIONS FOR**
   CORPORATION dba AMTRAK, JOE        )   **SUMMARY JUDGMENT AND/OR**
17 DEELY, and DOES 1-15, inclusive,   )   **PARTIAL SUMMARY JUDGMENT**
                                      )
18         Defendants.                )   DATE:      May 22, 2007
                                      )
19

20
           Defendants NATIONAL RAILROAD PASSENGER CORPORATION d/b/a
21
   AMTRAK's ("AMTRAK") and JOHN DEELY's Motions For Summary Judgment or Partial
22
   Summary Judgment came on regularly for hearing on May 22, 2007. Pamela Y. Price of Price And
23
   Associates appeared on behalf of the Plaintiff JOHN EARL CAMPBELL ("Mr. Campbell").
24
   Kathleen Maylin and Cara Ching-Senaha appeared on behalf of Defendants AMTRAK and
25
   JOSEPH DEELY.
26
           The Court having read and considered the motion and the opposition thereto, and
27
   having heard and considered the arguments of counsel, and good cause appearing therefore,
28

**IT IS HEREBY ORDERED** that Defendants' Motions for Summary Judgment and/or Partial Summary Judgment are denied. The Court finds that Plaintiff has presented sufficient evidence to establish that triable issues of fact exist on the following issues:

1. Whether Defendants AMTRAK and JOSEPH DEELY discriminated against Mr. Campbell on the basis of his race in promotional opportunities;

2. Whether Defendants AMTRAK and JOSEPH DEELY discriminated against Mr. Campbell on the basis of his race in disciplinary actions;

3. Whether Defendant AMTRAK and JOSEPH DEELY discriminated against Mr. Campbell on the basis of his race in his termination;

4. Whether Defendant AMTRAK and JOSEPH DEELY retaliated against Mr. Campbell in violation of FEHA and 42 U.S.C. Section 1981 in his termination;

5. Whether Defendants AMTRAK and JOSEPH DEELY have a history, pattern and practice of discrimination against African-Americans on the basis of race in promotions;

6. Whether Defendants AMTRAK and JOSEPH DEELY have a history, pattern and practice of discrimination against African-Americans on the basis of race in discipline; and

7. Whether Defendant AMTRAK and JOSEPH DEELY are liable to Mr. Campbell for punitive damages.

**IT IS SO ORDERED.**

DATED: _____  _____
HON. JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT