UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  **Date: May 1, 2007**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-05-05434 MJJ (EDL)

**Title:**     CAMPBELL v. NATIONAL PASSENGER RAILROAD CORPORATION ET AL

**Attorneys:**   Plaintiff: Pamela Price (phone)     Defendant: Cara Ching-Senaha

**Deputy Clerk:**   Lili M. Harrell     **Court Reporter:** Juanita Gonzales

**PROCEEDINGS:**

**RULINGS:**

Plaintiff's Motions
   - to Compel Further Answers to Interrogatories [28]     Granted in part/Denied in part

   - to Compel Discovery [58]     Granted in part/Denied in part

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X] Court

**Case Continued to:**

Notes:

cc: