1  KATHLEEN MAYLIN (SBN (SBN 155371)
   CARA CHING-SENAHA (SBN 298467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
6  CORPORATION dba AMTRAK and JOE DEELY

7

8                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN EARL CAMPBELL,                        Case No. C05-05434 MJJ
12
                    Plaintiff,                *SUPPLEMENTAL* DECLARATION OF
13                                            CARA CHING-SENAHA IN SUPPORT
         v.                                   OF DEFENDANTS' NATIONAL
14                                            RAILROAD PASSENGER
   NATIONAL RAILROAD PASSENGER                CORPORATION'S AND JOE DEELY'S
15 CORPORATION dba AMTRAK, JOE DEELY,         MOTION FOR SUMMARY
   and DOES 1-15, inclusive,                  JUDGMENT, OR IN THE
16                                            ALTERNATIVE, SUMMARY
                                              ADJUDICATION
17                   Defendants.
                                              Date:        May 22, 2007
18                                            Time:        9:30 a.m.
                                              Courtroom:   11
19                                            Floor:       19
                                              Judge:       The Hon. Martin J. Jenkins
20

21                                            Complaint Filed:   12/30/05
                                              FAC Filed:         2/23/06
22                                            Trial Date:        7/23/2007

23                                            **[Fed.R.Civ.Proc. 56]**

24       I, Cara Ching-Senaha, declare on the basis of personal knowledge:

25       1.    I am an attorney with the law firm of Jackson Lewis LLP, counsel of record for

26 Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and JOE

27 DEELY. I am licensed to practice law in the above-referenced district court. I make the

28 following statements based on personal knowledge.

DECL. OF CARA CHING-SENAHA ISO DEF. NAT'L RAILROAD'S NOTICE OF MOT. & MOT. FOR SUMM. J. AND PARTIAL SUMM. J.

2.    I have reviewed in its entirety the transcript for Mr. John Campbell's deposition, taken February 26, 2007.    Attached hereto as <u>Exhibit A</u> is an additional page from Mr. Campbell's deposition which is referenced in Defendants' Reply Memorandum.

Executed this 8th day of May, 2007 in San Francisco, California.  I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

_Cara Ching-S_
CARA CHING-SENAHA

Case No. C05-05434 MJJ

SUPPLEMENTAL DECL. OF CARA CHING-SENAHA ISO DEF. NAT'L RAILROAD'S  MOT. FOR SUMM. J. AND PARTIAL SUMM J.



1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4    JOHN EARL CAMPBELL,          )
                                  )
5           Plaintiff,            )
                                  )
6    vs.                          )        No. C05-05434 MJJ
                                  )
7    NATIONAL RAILROAD PASSENGER  )
     CORPORATION dba AMTRAK, JOE  )
8    DEELY and DOES 1 through 15  )        ┌─────────────────────┐
     inclusive,                   )        │   CERTIFIED COPY     │
9                                 )        │ J G  Jane GROSSMAN   │
            Defendants.           )        │ R S  REPORTING Services │
10   _____)      └─────────────────────┘

11

12

13

14

15              DEPOSITION OF JOHN EARL CAMPBELL

16                   February 26, 2007

17

18

19

20              Taken by SHARON TRUJILLO

21                   CSR No. 6120

22

23

24          JANE GROSSMAN REPORTING SERVICES
              1939 Harrison Street, Suite 460
25             Oakland, California 94612
                    510.444.4500


              DEPOSITION OF JOHN EARL CAMPBELL

| | | |
|---|---|---|
| 1 | post all open positions? | 12:14:14 |
| 2 | A.    Correct. | |
| 3 | Q.    And did you routinely look at that board? | |
| 4 | A.    Yes. | |
| 5 | Q.    Okay.  Were you -- did you -- well, let me ask | 12:14:19 |
| 6 | this:  Did you ever apply for a position, Mr. Campbell, | |
| 7 | outside of the Oakland site? | |
| 8 | A.    No. | |
| 9 | Q.    Is it fair to say that you weren't interested | |
| 10 | in a position outside of the Oakland site? | 12:14:34 |
| 11 | MS. PRICE:  Objection.  Vague; overbroad; | |
| 12 | vague as to time. | |
| 13 | THE WITNESS:  Correct. | |
| 14 | MS. MAYLIN:  Q.  And why is that? | |
| 15 | A.    My mom was handicapped, and I needed to stay | 12:14:44 |
| 16 | close to home. | |
| 17 | Q.    Okay.  All right.  So your -- the -- on the | |
| 18 | extra boards for approximately a year? | |
| 19 | A.    Yes. | |
| 20 | Q.    Okay.  After that time, how did your position | 12:15:04 |
| 21 | change? | |
| 22 | A.    I had enough seniority to basically hold any | |
| 23 | position I wanted. | |
| 24 | Q.    "Any position" meaning what? | |
| 25 | A.    I -- I could bid on any position out of the | 12:15:17 |

DEPOSITION OF JOHN EARL CAMPBELL

45