KATHLEEN MAYLIN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1-15, inclusive,<br><br>    Defendants. | Case No. C05-05434 MJJ<br><br>*SUPPLEMENTAL* **DECLARATION OF STEVE SHELTON IN SUPPORT OF DEFENDANTS' NATIONAL RAILROAD PASSENGER CORPORATION'S AND JOE DEELY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:    May 22, 2007<br>Time:    9:30 a.m.<br>Ctrm.:   11<br>Judge:  The Hon. Martin K. Jenkins<br><br>Complaint Filed: 12/30/05<br>FAC Filed:      2/23/06<br>Trial:           7/23/2007 |

I, Steve Shelton, hereby declare:

1. I am an employee of NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK. I am employed as District Superintendent in Amtrak's Pacific Division, and have held that position since March 2004.

2. I read the transcript from the formal investigation into the July 24, 2004 incident,

1

in which John Campbell admitted that he knowingly released the air brakes on a locomotive during an active move. Mr. Campbell's conduct on July 24, 2004 was akin to (1) parking an automobile in neutral, (2) turning off the engine, and (3) releasing the parking brake in the wake of a second, oncoming car. Predictably, the locomotive rolled uncontrollably. The locomotive did not stop until Dave West bolted into action and reapplied the brakes. Based on decades of experience, it is my opinion that if it was not for Mr. West's quick response, 125 tons of steel (weight of a single locomotive) would have continued to careen out of control, at grave risk to railroad personnel and equipment.

3. Plaintiff's attempt to liken his disarming of the brakes during an active move to the disarming of brakes of a parked train that is undergoing maintenance is not comparable. The first plainly violates Amtrak's written safety manuals, training that Plaintiff admits he repeatedly underwent, and model safety rules adopted by the national railroad safety agency that identifies unsafe coupling and disregard of air brake rules as leading causes of fatal railroad accident in the United States. The second may or may not violate Amtrak rules, depending on the circumstances.

4. In another faulty comparison, Plaintiff attempts to liken his conduct on July 24, 2004 to improper switching. Switching refers to the process by which different portions of track are aligned together. A switch is a lever points in the direction of adjoining track. Running through or splitting a switch refers to dislodging a switch from its intended route. Switching has nothing to do with air brake safety. It also does not affect an engineer's ability to stop a wayward train.

5. Derailments can arise from a number of different situations. In general, a derailment occurs when any portion of a train or car separates from the track. A derailment is not necessarily the result of negligence or misconduct. For example, derailments can occur when the track is obstructed or the engineer's line of sight is impeded. Even if Plaintiff had included facts about the circumstances of derailments by others, derailments are not synonymous with the cutting out of brakes during an active move.

6. In my present position, I do not make hiring or promotion decisions. When I was previously charged with the authority to do so, I hired or promoted at least four African-American

2

employees to engineer or higher positions that I can remember. These persons included: Riley Friedman, Gina Butler, Naji Girgis and Richard Gaylin Barrow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May 2007 in Oakland, California.

*S E Shelton*

STEVE SHELTON

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\MSJ\Shelton Dec supplemental.doc