1  KATHLEEN MAYLIN (SBN: 155371)
   CARA CHING-SENAHA (SBN: 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
6  CORPORATION dba AMTRAK and JOE DEELY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN EARL CAMPBELL                    Case No. C05-05434 MJJ

12         Plaintiff,                    *SUPPLEMENTAL* DECLARATION OF
                                         SUSAN VENTURELLI IN SUPPORT
13     v.                                OF DEFENDANT'S MOTION FOR
                                         SUMMARY JUDGMENT, OR IN THE
14 NATIONAL RAILROAD PASSENGER           ALTERNATIVE, PARTIAL
   CORPORATION dba AMTRAK, JOE DEELY     SUMMARY JUDGMENT
15 and DOES 1-10 inclusive,
           Defendants.                   DATE:    May 22, 2007
16                                       TIME:    9:30 a.m.
                                         DEPT:    11
17

18

19     I, Susan Venturelli, declare:

20     1.    I am currently employed by NATIONAL RAILROAD PASSENGER

21 CORPORATION dba AMTRAK as the Human Resources Officer in the Pacific Division. In my

22 position, I have personal knowledge of Amtrak personnel. What information is not personally

23 known by me, I can attest to based upon my review of Amtrak's personnel records and systems

24 maintained in the normal course of business.

25     2.    The notion that Amtrak has not promoted or hired a single African-American

26 engineer since 1998 is undisputedly false. In Oakland alone, I know that the following African-

27 American employees have worked as engineer since 1998: Tracy Onic, Debrice Gallo, Diana

28 Booker, Eric Cross, Richard Gaylin Barrow, Naji Girgis and Teria Hunter. There may be

                                         1

*SUPPLEMENTAL* Decl. of Susan Venturelli in Support of Defendant's Mot. Sum. Judg. (Case No. C05-05434 MJJ)

additional African-American engineers with whom I may not be personally aware or whose names I do not immediately recall.

3. In addition, I can personally think of at least four of Amtrak's directors working in Oakland are African-American: Adrienne Taylor; Stanley Hall; Vernae Graham; and Jonathan Hutchison.

4. To my knowledge, there are or were at least eight African-Americans in management positions within the Bay Area: Cynthia Hubbard; Michael Hamilton; Charles Herndon; Predest Richardson; Arthur Whitmore. Michael Dixon, Luerean Van de Streek and Alfonzo Bell.

5. At least four of Amtrak's present or past Corporate Vice Presidents are African-American: Richard Phelps, Vice President, Transportation; Lorraine Green, Vice President, Human Resources; and Gerry Mason-Hall, former Vice President, Diversity. Ms. Mason-Hall's position is being filled on an acting basis by Dawn Marcelle, also African-African.

6. There may be additional African-American managers, directors and officers with whom I may not be personally aware or whose names I do not immediately recall.

Executed this 8th day of May, 2007 in Oakland, California. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

*Susan Venturelli*
SUSAN VENTURELLI

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\MSJ\Venturelli Dec - suppl.doc

2

SUPPLEMENTAL Decl. of Susan Venturelli in Support of Defendant's Mot. Sum. Judg. (Case No. C05-05434 MJJ)