**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | No. C 05-5434 MJJ |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE RESETTING MOTIONS HEARING** |
| NATIONAL RAILROAD PASSENGER CORP., | |
| Defendant(s). | |
| _____/ | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the hearing re: Defendants' Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment, previously set for hearing for May 22, 2007, is VACATED due to the Court's unavailability. The hearing is RESET FOR **Tuesday, June 5, 2007, at 9:30 a.m.,** in Courtroom 11, 19th floor, San Francisco**.**

Dated:   May 16, 2007                     FOR THE COURT,

                                          Richard W. Wieking, Clerk

                                          By:_____
                                          Edward Butler
                                          Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.