Prepared by:
Kathleen Maylin (SBN 155371)
Cara Ching-Senaha (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,

Defendants.

Case No. C05-05434 MJJ (EDL)

**PROPOSED ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE MOTIONS TO COMPEL**

Complaint Filed: 12/30/05
FAC Filed: 2/23/06
Trial: 7/23/2007

Hearing Date: May 1, 2007
Hearing Time: 9:00 a.m.
Dept.: Courtroom E, 15th Floor
Magistrate Judge Elizabeth D. Laporte

[L.R. 7-9(a), (b)]

1

PROPOSED ORDER GRANTING DFDT. AMTRAK'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION Case No. C05-05434 MJJ (EDL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,

Defendants.

Case No. C05-05434 MJJ (EDL)

**ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE MOTIONS TO COMPEL**

Complaint Filed: 12/30/05
FAC Filed: 2/23/06
Trial: 7/23/2007

Hearing Date: May 1, 2007
Hearing Time: 9:00 a.m.
Dept.: Courtroom E, 15th Floor
Magistrate Judge Elizabeth D. Laporte

[L.R. 7-9(a), (b)]

Having reviewed Defendant National Railroad Passenger Corporation's request for leave to file a motion for reconsideration of the court's May 1, 2007 discovery order, the court hereby rules as follows:

2

PROPOSED ORDER GRANTING DFDT. AMTRAK'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION Case No. C05-05434 MJJ (EDL)

Defendant's request for leave is GRANTED. The parties shall adhere to the following briefing schedule:

Defendant shall file within one (1) week of the filing of this order its motion for reconsideration, memorandum of points and authorities, and any other supporting papers;

If Plaintiff opposes Defendant's motion, Plaintiff shall have up to one (1) week after the filing date of Defendant's motion to file any opposing points and authorities;

Defendant shall have three (3) court days following the date of Plaintiff's opposition to file any reply, after which the matter shall be deemed submitted to the court for reconsideration.

IT IS SO ORDERED.

DATED: ______________________ ______________________

Judge of the above-entitled court

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Motion for Reconsideration\proposed order CMC 053107.doc