**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL,

    Plaintiff(s),

  v.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

    Defendant(s).
_____/

No. C 05-5434 MJJ

**CLERK'S NOTICE RESETTING MOTION HEARING**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Motions hearing re: Defendants' Motions for Summary Judgment or in the alternative, Partial Summary Judgment, previously set for hearing for June 5, 2007, is VACATED. The hearing is RESET for **Friday June 15, 2007, at 9:30 a.m.,** in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins.

Dated: June 1, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler
Courtroom Deputy