Kathleen Maylin (SBN 155371)
Cara Ching-Senaha (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>            Defendants. | Case No. C05-05434 MJJ (EDL)<br><br>**NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE MOTIONS TO COMPEL**<br><br>[CONCURRENTLY FILED HEREWITH: SUPPLEMENTAL DECLARATION OF CARA CHING-SENAHA]<br><br>Complaint Filed:  12/30/05<br>FAC Filed:        2/23/06<br>Trial:            7/23/2007<br><br>Hearing Date: May 1, 2007<br>Hearing Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte<br><br>[L.R. 7-9(a), (b)] |

---

1
NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF DEF. AMTRAK'S REQUEST FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION            Case No. C05-05434 MJJ (EDL)

TO PLAINTIFF AND HIS COUNSEL, AND THE ABOVE-ENTITLED COURT:

Notice is hereby given that Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK has filed a supplemental declaration in support of its request for leave to file a motion for this court to reconsider its May 1, 2007 "Order Re Motions to Compel" ("Order").

The supplemental declaration of Cara Ching-Senaha includes a copy of the transcript from the May 1st discovery hearing before Magistrate Judge Elizabeth Laporte, which only today became available.

Respectfully submitted,

Date: June 5, 2007                          JACKSON LEWIS LLP


By:   /s/
Kathleen Maylin
Cara Ching-Senaha
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and
JOE DEELY

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Motion for Reconsideration\Notice of supplemental filing CMC 060507.doc