

Representing Management Exclusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 199 Fremont Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| 10th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| San Francisco, California 94105 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 415 394-9400 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 415 394-9401 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

June 7, 2007

VIA E-FILE

Judge Martin J. Jenkins
U.S. District Court
450 Golden Gate
San Francisco, CA 94102

Re: *John Earl Campbell v. Amtrak, et al.*
U.S. District Court, No. District of California
Case No. C05-05434 MJJ

Dear Judge Jenkins:

Pursuant to my conversation with Judge James' clerk yesterday, we have been advised that the Mandatory Settlement Conference, currently scheduled for June 8, 2007, will be taken off calendar.

Please be advised that the parties will notify Judge James if there is a need to reset the settlement conference hearing.

Thank you for the Court's kind consideration in this matter.

Very truly yours,

JACKSON LEWIS LLP

For Kathy Maylin

KM/lmb
cc: Pamela Price, Esq. (Via Fax)
Counsel for Plaintiff