PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive, <br><br> Defendants. | NO. C05-5434 MJJ (EDL) <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO COMPEL AND IN SUPPORT OF PLAINTIFF'S REQUEST FOR IMPOSITION OF SANCTIONS** <br><br> DATE:   June 15, 2007 <br><br> HON. ELIZABETH D. LAPORTE <br><br> TRIAL DATE:   July 23, 2007 |

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff JOHN EARL CAMPBELL will ask the Court to take judicial notice of the following documents pursuant to Federal Rule of Evidence, Rule 201(d) in its consideration of Defendant's Request for Leave to File Motion for Reconsideration of Order re: Motions to Compel and in support of Plaintiff's Request for Imposition of Sanctions:

1.    Declaration of Paul Ho In Support of Defendants National Railroad Passenger Corporation and Joe Deely's Motion for Summary Judgment Or In the Alternative, Summary Adjudication filed by defense counsel on April 3, 2007 at pp. 3:7-4:14, wherein he discusses in detail Mr. Campbell's 2001 application for an Engineer position in the San Jose Crew Base.

Dated: June 15, 2007                   PRICE AND ASSOCIATES

                                           /s/ *Pamela Y. Price*
                                           PAMELA Y. PRICE, Attorneys for Plaintiff
                                           JOHN EARL CAMPBELL