**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 15, 2007

Case No.   C 05-5434 MJJ          Judge: MARTIN J. JENKINS

Title: JOHN EARL CAMPBELL -v- NATIONAL RAILROAD PASSENGER CORP

Attorneys:  Plf: Pamela Price
            Dft: Kathleen Maylin

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Defendant's Motion for Summary Judgment/Partial Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motion deemed submitted; Court to issue order.  Pretrial memorandum stayed pending order.