```
KATHLEEN MAYLIN (SBN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY


PAMELA Y. PRICE (SBN 107713)
RENEE SANCHEZ (SBN 242122)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
Attorneys for Plaintiff
JOHN EARL CAMPBELL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL ORDER DATES; ORDER**<br><br>**Current Trial Date:** 7/23/2007<br><br>**New Trial Date:** _____ |

    Plaintiff John Earl Campbell and Defendants National Railroad Passenger Corporation (aka "Amtrak") and Joe Deely (collectively referred to herein as "the Parties") hereby stipulate to the following continuances in light of the following circumstances, as follows:

    1.    Trial is presently scheduled in this case for July 23, 2007.

    2.    The Court has scheduled on July 10, 2007 a pre trial conference.

    3.    Under the Court's Pretrial Order, the following items must be filed or exchanged

no later than 20 days prior to the pretrial conference (or on June 20th): (1) pretrial conference statement which includes each party's list of trial witnesses; (2) joint set of agreed-upon jury instructions; (3) set of proposed separate jury instructions; and (4) trial exhibits.

4. Under the Court's Pretrial Order, the following items must be filed or exchanged no later than 10 days prior to the pretrial conference (or on June 29th): (1) set of separate jury instructions objections and stipulations to same; (2) motions in limine; (3) complete set of trial exhibits with stipulations on admissibility, etc.; (4) objections to other evidence; (5) voir dire; and (6) verdict forms.

5. Under the Court's Pretrial Order, the following items must be filed or exchanged no later than 5 days prior to the pretrial conference (or on July 5th): opposing briefs to motions in limine.

6. Under the Court's Pre Trial Order, the parties are required to meet and confer about their exhibits, jury instructions and other evidence between the 20th and 10th court days before the pre-trial conference.

7. The Parties submit and agree that because the Court has not issued its order on Defendants' motions for summary judgment, because counsel for both Plaintiff and Defendants are presently in trial on an unrelated case (also in the Northern District, before the Honorable Susan Illston), *Moyse Howard, Jr. v. National Railroad Passenger Corporation, et al.*, Case No. Case No. C05-04069 SI, the Parties' counsel are unable to meaningfully contribute and participate in preparing the pretrial items listed above that are due under the Court's Pretrial Order and prepare for trial.

8. On June 15, 2007, the Court held oral argument on Defendants' motions for summary judgment, after which the court suspended the pre trial order until issuance of the court's order on Defendants' summary judgment motions.

9. Even assuming *arguendo* the Court allows the Parties and their counsel a few additional days to prepare the items listed above in advance of the current trial date and prepare for trial, there would be insufficient time because the *Howard* trial is ongoing.

10. The Parties further agree that good cause exists on which to continue the trial

date in this case, and that this stipulation is made in good faith.

11.  The Parties estimate the trial will take approximately three (3) to four (4) weeks.

12.  The Parties ask that the Court consider their attorneys' schedules when resetting the trial date, to wit:

   a. Counsel for Plaintiff presently has a trial scheduled in October and November 2008, during which Plaintiff's counsel is unavailable for trial in this case;

   b. Counsel for Defendants have trials and long-standing vacation plans in August (trial), September (vacation), October (vacation) and November (trial) 2008, during which defense counsel are unavailable for trial in this case;

   c. Counsel for Defendants expects to be set for trial in October 2008, during which defense counsel would be unavailable for trial in this case; and

   d. Given the parties' circumstances and schedule, the parties jointly request that trial be reset from July 23, 2007 to after January 28, 2008.

IT IS SO STIPULATED.

Dated: June 26, 2007                    PRICE AND ASSOCIATES


                                        By: /s/
                                           PAMELA Y. PRICE
                                           Attorneys for Plaintiff
                                           JOHN EARL CAMPBELL


Date: June 25, 2007                     JACKSON LEWIS LLP

                                        By: /s/
                                           KATHLEEN MAYLIN
                                           CARA CHING-SENAHA
                                           Attorneys for Defendants
                                           NATIONAL RAILROAD PASSENGER
                                           CORPORATION dba AMTRAK and JOE
                                           DEELY

**ORDER**

Pursuant to the Parties' stipulation, and finding GOOD CAUSE therefore:

1. The current trial date of July 23, 2007 and the pretrial conference date of July 10, 2007 are hereby vacated;

2. The new trial date is: _____;

3. The new pretrial conference is: _____;

4. Items that were originally due 20 days prior to the pretrial conference under the 2006 Pretrial Order shall now be filed or exchanged no later than: _____;

5. Items that were originally due 10 days prior to the pretrial conference under the 2006 Pretrial Order shall now be filed or exchanged no later than: _____;

6. Items that were originally due 5 days prior to the pretrial conference under the 2006 Pretrial Order shall now be filed or exchanged no later than: _____; and

7. All other dates under the Court's 2006 Pretrial Order are hereby vacated.

IT IS SO ORDERED.


DATED: June _____, 2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Stip to continue trial date - FINAL.doc