**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | No. C 05-5434 MJJ |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE VACATING PRETRIAL CONFERENCE AND SETTING STATUS CONFERENCE** |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al., | |
| Defendant(s). | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Pretrial Conference in this matter, previously set for July 10, 2007 at **3:30 p.m**, is VACATED. The Court hereby sets a Status Conference, to discuss the parties' "Stipulation to Continue Trial Date and Pre-Trial Order Dates," (filed 6/26/07), for **July 10, 2007** at **2:00 p.m.**, in Courtroom 11, 19th floor, San Francisco, before the Hon. Martin J. Jenkins.

Dated:   June 29, 2007                               FOR THE COURT,

                                                                       Richard W. Wieking, Clerk

                                                                       By:_____
                                                                       Edward Butler
                                                                       Courtroom Deputy