IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**                     Courtroom Clerk: **Edward Butler**

DATE: **July 10, 2007**                              Court reporter: **Not Reported**

Case Number:   **C 05-5434 MJJ**                     Time in Court: 2:34 –2:40 p.m.

Case Name:    **John Earl Campbell v. National Passenger Railroad Corp.**

COUNSEL FOR PLAINTIFF(S):                            COUNSEL FOR DEFENDANT(S):
**Pamela Price**                                     **Patrick Mullin, Cara Ching-Senaha**


PROCEEDINGS:

(X) Status Conference       ( )P/T Conference        ( ) Case Management Conference

ORDERED AFTER HEARING:
- The Court discusses the parties' joint request by stipulation to continue the pretrial conference and trial dates.
- The dates are continued, and the trial date of 7/23/07 vacated.

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (X)

Referred to Magistrate Judge _____ For: (Settlement Conference) in

CASE CONTINUED TO:   **a.m.**  for

Discovery Cut-Off:              Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:      Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date : **Monday, Jan. 7, 2008** at **9:30 a.m.**

Trial Date:   **Wednesday, January 9, 2008**  at **8:30 a.m.**   Set for **3 weeks** ~~days~~
              Type of Trial:  (**X**)Jury     ( )Court

Notes: The parties can confer and agree on earlier pretrial motion deadlines

cc: