```
KATHLEEN MAYLIN (SBN (SBN 155371)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY


PAMELA Y. PRICE, ESQ. (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN CAMPBELL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>       Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>       Defendants. | Case No. C05-05434 MJJ<br><br>**STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER** |

The PARTIES, by and through their respective counsel, hereby stipulate to the terms contained in the attached protective order in the matter of Howard v. National Railroad Passenger Corporation, et al., which is Exhibit A hereto, which shall apply in fully force and effect to this litigation, with the proviso that documents produced in one or the other case shall not be deemed

---

1
STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER; AND ORDER   Case No. C05-05434 MJJ

produced in the other.  Documents must separately be produced in the case to which the documents pertain.

Dated: ~~July~~ 16, 2007
     NOVEMBER

Respectfully submitted,

PRICE AND ASSOCIATES

By: /s/ Pamela Y. Price
PAMELA Y. PRICE
Attorneys for Plaintiff
JOHN EARL CAMPBELL

Date: July 6, 2007

JACKSON LEWIS LLP

By: /s/
KATHLEEN MAYLIN
CARA CHING-SENAHA
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE
DEELY

## ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated: 12/11/07

HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT