1  PATRICK C. MULLIN (SBN 72041)
   CARA CHING-SENAHA (SBN  209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   Attorneys for Defendants
5  NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK and JOE DEELY
6
7  PAMELA Y. PRICE (SBN 107713)
   PRICE AND ASSOCIATES
8  The Latham Square Building
   1611 Telegraph Avenue, Ste 1450
9  Oakland, CA 94612
   Telephone: (510) 452-0292
10 Facsimile: (510) 452-5625
   Attorneys for Plaintiff
11 JOHN EARL CAMPBELL

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 JOHN EARL CAMPBELL,                    Case No. C05-05434 MJJ

17           Plaintiff,

                                          **STIPULATION TO CONTINUE PRE-**
18     v.                                 **TRIAL ORDER DATES; ORDER**

19 NATIONAL RAILROAD PASSENGER            **Trial Date: 1/9/2008**
   CORPORATION dba AMTRAK, JOE DEELY
20 and DOES 1 through 15 inclusive,

21           Defendants.

22

23        COME NOW Plaintiff John Earl Campbell and Defendants National Railroad Passenger

24 Corporation (aka "Amtrak") and Joe Deely (collectively referred to herein as "the Parties")

25 hereby stipulate to the following continuances in light of the following circumstances, as

26 follows:

27        1.     Trial is presently scheduled in this case for January 9, 2008 at 8:30 a.m. in

28 Department 11.   A pretrial conference is scheduled for January 7, 2008 at 9:30 a.m. in

                                          1                    Case No. C05-05434 MJJ

Department 11.

2.     Under the Court's Pretrial Order dated July 12, 2007 ("Pretrial Order"), the following items must be filed or exchanged no later than 20 calendar days prior to the pretrial conference (or on December 17th): (1) pretrial conference statement which includes each party's list of trial witnesses; (2) joint set of agreed-upon jury instructions; (3) set of proposed separate jury instructions; and (4) trial exhibits.

3.     Under the Court's Pretrial Order, the following items must be filed or exchanged no later than 10 court days prior to the pretrial conference (or on December 20th):  (1) set of separate jury instructions objections and stipulations to same; (2) motions in limine; (3) complete set of trial exhibits with stipulations on admissibility, etc.; (4) objections to other evidence; (5) voir dire; and (6) verdict forms.

4.     Under the Court's Pretrial Order, the following items must be filed or exchanged no later than 10 calendar days prior to the pretrial conference (or on December 28th): Objections to Separately Proposed Jury Instructions

5.     Under the Court's Pretrial Order, the following items must be filed or exchanged no later than 5 court days prior to the pretrial conference (or on December 28th): Oppositions to Motions in Limine.

6.     Under the Court's Pretrial Order, the following items must be filed or exchanged no later than one week prior to Trial (or on December 31st): (1) Copies of Exhibits; and (2) Preliminary Statement and Instructions

7.     The Parties submit and agree that due to their availability and schedules, as well as personal health issues, counsel for Plaintiff and Defendants have been unable to meaningfully meet and confer on and to exchange the pretrial items due by no later than Monday, December 17th; therefore, a continuance of all pretrial dates is appropriate and supported by good cause.

8.     Therefore, the Parties request that the Court amend the Pretrial Order as follows:

a.  With the exception of the pretrial conference scheduled for January 7, 2008 and the trial date on January 9, 2008, all pretrial dates in the Court's Pretrial Order shall be continued seven (7) calendar days, so that:

2

i.    All pretrial filings and exchanges due on or before December 17th shall now be due on or before Monday, December 24th;

ii.   All pretrial filings and exchanges currently due on or before December 20th shall now be due on or before Thursday, December 27th;

iii.  All pretrial filings and exchanges currently due on or before December 28th shall now be due on Friday, January 4, 2008; and

iv.   All pretrial filings and exchanges currently due on or before December 31st shall now be due on Monday, January 7, 2008.

9.    Further, the Parties stipulate and agree that extension of the pretrial dates above will not be offered as justification for any further continuances or extensions of the pretrial conference or date of trial in this case.

IT IS SO STIPULATED.

Dated:  December 17, 2007                    PRICE AND ASSOCIATES


By:_____/s/ Pamela Y. Price_____
*[Counsel stipulated/authorized conformed signature by telephone]*
PAMELA Y. PRICE
Attorneys for Plaintiff
JOHN EARL CAMPBELL

Date:  December 17, 2007                     JACKSON LEWIS LLP


By: _/s/ Cara Ching-Senaha_____
PATRICK C. MULLIN
CARA CHING-SENAHA
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE
DEELY

Case No. C05-05434 MJJ
STIPULATION TO CONTINUE PRETRIAL ORDER DATES; ORDER

1

**ORDER**

2    Pursuant to the Parties' stipulation, and finding GOOD CAUSE therefore:

3         With the exception of the pretrial conference scheduled for January 7, 2008 and the trial

4    date on January 9, 2008, all pretrial dates in the Court's Pretrial Order shall be continued

5    seven (7) calendar days, so that:

6         A.    All pretrial filings and exchanges due on or before December 17th shall now be

7    due on or before 12/24/2007;

8         B.    All pretrial filings and exchanges currently due on or before December 20th shall

9    now be due on or before 12/27/2007;

10        C.    All pretrial filings and exchanges currently due on or before December 28th shall

11   now be due on or before 1/4/2008; and

12        D.    All pretrial filings and exchanges currently due on or before December 31st shall

13   now be due on or before 1/7/2008.

14   IT IS SO ORDERED.

15

16   DATED: December _____, 2007        _____

17                                        HONORABLE MARTIN J. JENKINS
                                          United States District Judge
18

19

20   National Railroad Passenger Corp.\Campbell\Pleadings\20071217 Stipulation to Continue Pretrial Order Dates; Order.doc

21

22

23

24

25

26

27

28

Case No. C05-05434 MJJ

STIPULATION TO CONTINUE PRETRIAL ORDER DATES; ORDER