IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**John Earl Campbell,**

        Plaintiff(s),

  v.

**National Railroad Corporation, et al.,**

        Defendant(s),
                              /

No. C05-5434 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Pretrial Conference set for **Monday**, **January 7, 2008 at 9:30 a.m.** is hereby **VACATED**. The Jury Trial set for **Wednesday**, **January 9, 2008** at **8:30 a.m.** is hereby **VACATED**.

Counsel are instructed to meet and confer to discuss an agreed upon date for the jury trial to start during the first three (3) weeks of April, 2008. Counsel shall submit a stipulation to the court with the agreed upon trail date. The pretrial submission deadlines are to be calculated backwards from the new trial date.

Dated: December 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
     Lashanda Scott
     Courtroom Deputy