PATRICK C. MULLIN (SBN 72041)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 MJJ<br><br>**JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF TRIAL DATE AND PRE-TRIAL ORDER SCHEDULING ORDER; ORDER**<br><br>Last Calendared Trial Date: January 9, 2008 (Trial Date Vacated On 12/22/2007, by Court Order)<br><br>Trial Date Jointly Requested by the Parties: September 8, 2008 |

COME NOW Plaintiff John Earl Campbell and Defendants National Railroad Passenger Corporation (aka "Amtrak") and Joe Deely (collectively referred to herein as "the Parties") to jointly request that the Court reschedule the trial date in this matter to September 8, 2008, in

1         Case No. C05-05434 MJJ
JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF TRIAL DATE AND PRE-TRIAL
SCHEDULING ORDER; ORDER

light of the following circumstances:

1. Trial in this case was scheduled for January 9, 2008 at 8:30 a.m. in Department 11. A pretrial conference was scheduled for January 7, 2008 at 9:30 a.m. in Department 11.

2. On Saturday, December 22, 2007, counsel received an electronic copy of the attached "Clerk's Notice" (see Exhibit A hereto) vacating the pretrial conference and trial date, pending the parties' and counsels' mutual availability to proceed to trial in April 2008.

3. Unfortunately, counsel for Defendants is not available for trial in April 2008. The first date on which counsel for the parties are mutually available for trial in this matter is September 8, 2008, as follows:

   a. Lead trial attorney for Defendants, Patrick C. Mullin, is scheduled for trial beginning on February 19, 2008, in the matter of North American Title Co. v. Liberty Title Co., et al., Superior Court of the State of California, County of Contra Costa, Case No. CIV MSC 06-00187. Trial is scheduled before the Hon. David Flynn of Contra Costa Superior. February 19, 2008 is the second setting for trial. Judge Flynn is the complex litigation judge for Contra Costa County, and the matter has been specially set before him. All parties and counsel in that case were advised that they shall commence trial on February 19th, absent a criminal matter with preference. The case involves allegations of employee "raiding," misappropriation of trade secrets, and various miscellaneous claims. Mr. Mullin represents Liberty Title Company and 14 individuals. Trial is scheduled to last through the middle of May 2008; and

   b. Following the Liberty Title trial, Mr. Mullin has a long-scheduled trip to Italy with his family. His vacation is scheduled from the last week of May through the first two weeks in June 2008. The trip has been ticketed and paid for; and

JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF TRIAL DATE AND PRE-TRIAL SCHEDULING ORDER; ORDER

    c. Co-defense trial counsel, Cara Ching-Senaha, has a long-scheduled vacation to Hawaii and to Japan with her extended family, beginning March 18, 2008 through April 4, 2004. The trip has been ticketed and paid for; and

    d. Ms. Ching-Senaha also has vacation scheduled with her extended family during the latter part of July. Ms. Ching-Senaha's extended family will visit from Hawaii in order to mark the occasion of her son's fifth birthday. Said vacation plans and arrangements were made earlier last year; and

    e. Ms. Ching-Senaha is also scheduled for trial on July 28, 2008, in the matter of <u>Man-Li Huang v. California Pacific Medical Center, Elizabeth Avant, Karmi Oberwager, and Lin Velasquez</u>, Superior Court of the State of California, County of San Francisco, Case No. CGC-06-458776. Ms. Ching-Senaha represents CPMC and all individual defendants. Said trial is expected to last two to three weeks; and

    f. Lead trial attorney for Plaintiff, Pamela Y. Price, is scheduled to commence trial in this Court beginning on June 9, 2008. Trial is anticipated to last through July 11, 2008. That matter is <u>Peoples v. Contra Costa County</u>, United States District Court Case No. C07-0051 MHP; and

    g. Two weeks later, commencing on August 4, 2008, Ms. Price is scheduled to begin trial in the Eastern District Court of California, in the matter of <u>Tatum v. Schwartz, et al.</u>, U.S.D.C. Case No. CV-0600011440 RRB EFB. Trial in that matter is anticipated to continue through August 29, 2008.

4. The Parties estimate trial in this case will last three (3) to four (4) weeks.

5. For these reasons, the parties and their attorneys of record jointly request that trial in this case be scheduled to begin no earlier than September 8, 2008.

6. However, if the Court proposes to reschedule trial to sometime after September 8,

1    2008, the parties hereby provide the Court with their trial calendar for the remainder of 2008:

2    Ms. Price is scheduled to begin trial in this Court on November 17, 2008 in the case of <u>Young</u>

3    <u>v. HUD</u>, U.S.D.C. Case No. C07-2413 JSW.

4    IT IS SO STIPULATED.

                               Respectfully Submitted,

6    Dated: January 18, 2008       PRICE AND ASSOCIATES

                               By: *Pamela Y. Price*
                               PAMELA Y. PRICE
                               Attorneys for Plaintiff
                               JOHN EARL CAMPBELL

                               Respectfully Submitted,

13    Date: January 11, 2008        JACKSON LEWIS LLP

                               By: */s/ Cara Ching-Senaha*
                               PATRICK C. MULLIN
                               CARA CHING-SENAHA
                               Attorneys for Defendants
                               NATIONAL RAILROAD PASSENGER
                               CORPORATION dba AMTRAK and JOE
                               DEELY

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Jt Stipulation and Request Re Rescheduling of Trial Date CMC rev 011608.doc

4                                Case No. C05-05434 MJJ

JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF TRIAL DATE AND PRE-TRIAL SCHEDULING ORDER; ORDER

## ORDER

Pursuant to the Parties' Stipulation and Joint Request, and finding GOOD CAUSE therefore:

The trial in this matter is hereby scheduled on _____, 2008.

IT IS SO ORDERED.

DATED: January _____, 2008

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Jt Stipulation and Request Re Rescheduling of Trial Date CMC rev 011608 (2).doc

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**John Earl Campbell,**

       Plaintiff(s),

v.

**National Railroad Corporation, et al.,**

       Defendant(s),
_____/

No. C05-5434 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Pretrial Conference set for **Monday, January 7, 2008 at 9:30 a.m.** is hereby **VACATED**. The Jury Trial set for **Wednesday, January 9, 2008 at 8:30 a.m.** is hereby **VACATED**.

Counsel are instructed to meet and confer to discuss an agreed upon date for the jury trial to start during the first three (3) weeks of April, 2008. Counsel shall submit a stipulation to the court with the agreed upon trail date. The pretrial submission deadlines are to be calculated backwards from the new trial date.

Dated: December 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
     Lashanda Scott
     Courtroom Deputy