PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN E. CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>  Defendants. | NO. C05-5434 MJJ<br><br>**SUPPLEMENTAL DECLARATION OF PAMELA Y. PRICE IN OPPOSITION TO DEFENDANTS JOSEPH DEELY AND NATIONAL RAILROAD PASSENGER CORPORATION'S MOTIONS FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>DATE:  May 22, 2007<br>TIME:  9:30 a.m.<br>DEPT.: Courtroom 11, 19th Floor<br><br>HON. JUDGE MARTIN J. JENKINS<br><br>DISCOVERY CUT-OFF:  March 23, 2007<br><br>TRIAL DATE:  TBD |

I, PAMELA Y. PRICE, declare that:

1. I am an attorney duly licensed to practice law in the State of California, and the lead attorney of record for Plaintiff JOHN EARL CAMPBELL. I make this Supplemental Declaration on personal knowledge in opposition to Defendants' Motion for Summary Judgment.

2. A complete copy of Exhibit C to my initial Declaration in opposition to

1  Defendants' Motion for Summary Judgment, consisting of pages 4, 24, 33, 34, 35, 36, 37, 38, 39,
2  40, 42, 43, 44, 45, 46, 47, 48, 49, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 69, 70,
3  71, 74, 75, 76, 77, 78, 79, 80, 83, 84, 85, 86, 101, 102, 105, 106, 107, 108, 109, 110, 112, 113,
4  114, 115, 116, 117, 118, 119, 125, 126, 127, 128, 129, 130, 132-134, 140, 144, 150, 151, 152,
5  155, 156, 157, 158, 161, 162, 163, 167, 168, 169, 172, 173, 175, 176, 177, 178, 179, 180, 181,
6  182, 183, 189, 190 and 196, 197, 198, 199, 200, 201 and 206 of Mark Carl Schulties' deposition
7  transcript are attached hereto as Exhibit C. Mr. Schulties' deposition was taken on March 22,
8  2007. The attached pages of the transcript accurately reflects the questions asked and answers
9  given by the witness.

10        I declare under penalty of perjury under the laws of the State of California and the
11  United States that the foregoing is true and correct. If called as a witness, I could and would
12  testify competently to the matters stated herein.
13        Executed this 26th day of March 2008, at Oakland, California.

                                          /s/ *Pamela Y. Price*
                                PAMELA Y. PRICE, Declarant