1           IN THE UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4
JOHN EARL CAMPBELL,
5
                    Plaintiff,
6
vs.                                   No. C05-05434 MJJ
7
NATIONAL RAILROAD PASSENGER
8 CORPORATION, dba AMTRAK;
JOE DEELY,
9
                    Defendants.
10 _____/
11                          **CERTIFIED**
12
13                          **COPY**
14
15
16                        Deposition of
17                    MARK CARL SCHULTHIES
                    _____
18
                      March 22, 2007
19
20
21
22
23
Reported by:
24 MERRY C. GESNER
CSR No. 8819, RMR
25 Job No. 56091

**EXHIBIT C**

1    BE IT REMEMBERED That on Thursday, March 22,

2  2007, commencing at the hour of 10:48 a.m., at 801 K

3  Street, Suite 2300, Sacramento, California, before me,

4  Merry C. Gesner, a Certified Shorthand Reporter in the

5  State of California, personally appeared

6           MARK CARL SCHULTHIES,

7  a witness called by the Defendants National Railroad

8  Passenger Corporation in the above-entitled action,

9  who, having been duly sworn by the Certified Shorthand

10 Reporter to tell the truth, the whole truth, and

11 nothing but the truth, testified under oath as follows:

12              --o0o--

13         EXAMINATION BY MR. JONES

14

15    Q    Good morning, Mr. Schulthies.  Even though

16 we've been chatting this morning, I just want to for

17 the record introduce myself.

18         My name is James Jones, and I'm the attorney

19 representing Amtrak in this case.  It's the case of

20 John Earl Campbell vs. National Railroad Passenger

21 Corporation, doing business as Amtrak.

22         Could you please for the record state your

23 full name and spell your last?

24    A    Mark Carl Schulthies, S-C-H-U-L-T-H-I-E-S.

25    Q    Okay.  What I'd like to do to begin is to run

1  long time, but, you know, the railroad's full of

2  rumors.

3      ·  Q     Okay.

4         A     And I heard that he had gotten terminated,

5  and there was some suspicious circumstances involved.

6  I have no firsthand knowledge of those circumstances.

7         Q     Okay.  Now, while you were employed with

8  Amtrak, is it correct that you were Mr. Campbell's

9  supervisor?

10        A     Yes.

11        Q     And can you tell me during what period of

12  time you recall actually supervising Mr. Campbell?

13        A     From the start of his employment -- I can't

14  remember what year that was -- until 2001.

15        Q     Okay.  And what was your start date with --

16  with Amtrak?

17        A     Two six ninety-two.

18        Q     Okay.  Do you remember an incident in or

19  around September of 1999 where Mr. Campbell sent an

20  e-mail -- and I believe it was to you -- where he was

21  accusing a gentleman by the name of Mike Chappel of

22  racism?

23        A     Yes.

24        Q     Can you tell me what you recall from that

25  incident?

1  instigating, and at the railroad, there's lots of --

2  and it's the human condition -- there's a lot of people

3  that like to, you know, throw gas on the fire, and

4  there's instigation.

5          And I didn't -- you know, I got enough real

6  problems, I don't need to make problems where there

7  aren't any, so I resisted that tendency.

8      Q    Okay.  So you never heard anything of real

9  substance that you --

10     A    No actionable.  Nothing actionable.

11     Q    Okay.  Do you ever remember any other

12 incidents occurring where Mr. Campbell came to you and

13 brought to your attention that he believed someone was

14 treating him improperly based upon his race?

15     A    Yes.

16     Q    Okay.  Can you -- and were there several, or

17 was it just one?

18     A    It was several.

19     Q    Okay.

20     A    And it was mainly the mechanical department.

21 He -- he had a problem with just about everybody in the

22 mechanical department, because I recall -- and I don't

23 recall specifics -- but just about every morning that

24 John would work, the mechanical department -- Lou

25 Bellotti was the facility manager at the time, so it

1  had to emanate from him -- him or one of his

2  representatives would complain about John in the

3  morning when I came to work, and then I would have to

4  go and find out what happened.

5        And I -- I don't remember all the

6  specifics --

7        Q    Sure.

8        A    -- but how it wound up was, is, I did this

9  many, many times.  They would complain about John,

10  repeatedly, and I would find out that John was -- it

11  was make-believe, or there was some other motivation,

12  or it wasn't -- essentially untrue.

13        So I put the mechanical department on notice

14  that I was not going to listen to these repeatedly

15  frivolous complaints about John unless there was

16  something substantive, and to knock it off.

17        Because every morning I'd come to work, and

18  they'd have some little nit-picky thing to complain

19  about John, and when I investigated -- I had several

20  employees like this, black, white, all -- you know,

21  either -- you know.  People that they just singled out

22  to dislike,  so they would just make frivolous comments

23  about, and just -- you know.

24        Anyway, my experience with John was, is, he

25  told the truth.  He was confrontational when --

1    especially when it dealt with safety, and I never found

2    John to be on the wrong side.

3           I usually would always have to side, after I

4    got the facts and separated the facts from all the

5    other stuff, that he was essentially right, and I -- I,

6    as his supervisor, trusted his judgment and trusted his

7    decisions, because I wasn't there at night, but I could

8    pretty much rely that he was going to tell me the

9    truth.  Whether it was good or bad, he would always

10   tell me the truth.

11       Q    Okay.  I want to ask you a little bit of

12   follow-up on the mechanical department.

13          In addition to Mr. Bellotti, do you remember

14   who the other people were who would make complaints

15   about Mr. Campbell?

16       A    Mike Fabian.  Mike Bordenay.  Jerry -- I

17   can't remember Jerry's last name.  I worked with him

18   for years, too.

19       Q    Anything remarkable about them that, you

20   know, you can recall, so we can perhaps identify them?

21   In other words, if he's six foot eight, or if he's, you

22   know, some --

23       A    Yeah, he's huge.

24       Q    Okay.

25       A    Jerry's huge.  He's about a three-hundred-

1   fifty-pound man.

2        Q     That probably narrows it down a little.

3        A     You know, I can't remember his last name.  I

4   don't know why it escapes me.

5        Q     Any particular position he held?

6        A     Yeah.  He was the general foreman.

7        Q     Okay.

8        A     All those guys were general foreman.

9        Q     All right.  Anyone else besides Mike Fabian

10  and, I think --

11       A     Mike Bordenay.  I don't know how to spell his

12  name.

13       Q     Okay.  Anyone else?

14       A     That's the principals.

15       Q     Okay.  Now, I know -- I know I'm trying to

16  get you to dredge up memories from a while ago, but can

17  you remember ever getting any complaint from Lou

18  Bellotti himself, where it became evident to you that

19  Lou's complaint was based somehow on Mr. Campbell's

20  race?

21       A     Yes.

22       Q     What do you recall?

23       A     Well, I had lots of trouble with Lou.  As --

24  he was mechanical, and I was transportation, and he had

25  a different set of priorities than the transportation

1   people did, and we had to work together to get the

2   trains out on time.  That was our common mission.

3           And he liked to point to areas of blame.

4   He'd blame it on -- he would like to assign blame,

5   which would absolve him from trouble.  I think that's

6   common with human beings.  He would try to blame others

7   for different things.

8           And he liked to kind of, like -- well, in --

9   and it's -- it was the plantation mentality.  He -- you

10  know, he kind of acted like he was the lord and master,

11  and everybody beneath him wasn't as competent, and

12  wasn't as good as him and his managers.

13          And then this was prevalent with the

14  mechanical department, and that the people -- and they

15  were generally African Americans -- weren't somehow as

16  intelligent, or -- and they had to be -- they -- when

17  they were left to themselves, they couldn't make their

18  own decisions.  They made poor decisions in these white

19  foremen's absence.

20          And I found that offensive, because I didn't

21  have that problem.  For example --

22          And then the conflict between Lou and John

23  was, is, at night, John Campbell was the foreman.  John

24  Campbell was my representative.  You know.  He was in

25  charge as far as the transportation department was, and

1    he called the shots.   I trusted John, you know, after a

2    period of time.

3              John is physically big, and he is an African

4    American.   Didn't make any difference to me.  He was

5    good.

6              And Lou's attitude towards his own employees

7    would transfer into my -- the people that worked with

8    me in my department, and he just had real trouble --

9    Lou always had trouble with John making decisions.

10             And that's what we paid him for, is, John was

11   very competent.   He could make the decisions.

12             And then the trouble between Lou and I was, I

13   would always support John's positions, and he would try

14   to get me to undermine John.   That was the dynamic that

15   I recall.

16        Q    Okay.   I want to try to zero in on a couple

17   of comments you made, and then -- and then look back to

18   Mr. Bellotti.

19             You made a comment that this attitude that

20   existed in the mechanical department, that -- that

21   others didn't do their jobs as well, was prevalent, and

22   what I'm wondering is, aside from Mr. Campbell, was

23   there anyone else who you thought had become sort of a

24   focus of this blame that was coming from the mechanical

25   department?

1    A    Sure.

2    Q    Who else were they targeting, do you think?

3    A    They targeted the African American

4 electricians.

5    Q    Can you give me any particular names?

6    A    No.   See, they worked for a different

7 department, but -- and then the coach cleaners were

8 predominantly African American, and, you know, they

9 were always faulting the coach cleaners for not doing a

10 good enough job.   Mechanical.   And -- You know.

11         And that's the -- that's the -- the

12 population down in Oakland, it's mostly African

13 American, that's the people that live there, and so

14 most of the people that work there, you know, I'd say

15 about sixty percent, maybe seventy percent, were black.

16         And so the predominant work force in Oakland

17 is black, but they don't hold any positions of

18 authority.   They were never allowed to hold any

19 positions of authority.

20         And John, the problem I had with John is that

21 John was in a position where he really had some, you

22 know, authority at night, and I would support him,

23 because -- you know, and it didn't have anything to do

24 with his race.   He was just good, just like anybody.

25 You know, he was good.

1    And so they didn't -- that -- that was not --

2    and it came down from the top -- came down from our

3    division superintendent.  He had the same attitudes

4    towards, you know, women and black people and Mexican

5    people, and -- you know, that somehow that there was

6    in -- you know, they were all right as workers, but as

7    bosses, they weren't good bosses.

8        Q    Now, you mentioned that was the division

9    superintendent?

10       A    Yeah.

11       Q    And who was that?

12       A    Joe Deely.

13       Q    Okay.  All right.  I don't want to cut you

14   off.  I do want to know what -- you know, what you

15   know, so from what I'm understanding, the mechanical

16   department focused its -- its blaming on electricians,

17   coach cleaners, John Campbell.  Any -- anyone else that

18   you can recall?

19       A    Well, you know, that -- or any Union Pacific

20   Railroad, because they were the contractors for the

21   locomotives, and that was the easy one to blame,

22   because they didn't work for Amtrak.  They were a

23   contractor --

24       Q    Okay.

25       A    -- and, you know, they were generally used as

1    mechanical department people make comments about the

2    car men?

3        A    The car men are part of the mechanical

4    department, and yes, they would.

5        Q    Okay.  And with respect to the people who

6    worked in the commissary, was it predominantly an

7    African American work force?

8        A    Yes.

9        Q    And with respect to the car men, were they

10   predominantly an African American work force?

11       A    That, and Hispanic.

12       Q    Okay.  And then what about the makeup of the

13   mechanical department itself?  Was it largely

14   Caucasian?  Was it largely African American?  What was

15   their make-up?

16       A    The bosses were all white, and the workers

17   were African American and/or Hispanic, with a few

18   females scattered in.

19       Q    Okay.  Now, when you say the bosses were

20   white, who were the bosses?

21       A    Lou Bellotti, Mike Fabian, Mike Bordenay,

22   Jerry -- you know.

23       Q    The big man?

24       A    You know, anybody -- anybody not in the union

25   was -- was white and male.

1    Q    Okay.  Then, when you mentioned that you

2  would commonly hear complaints from the mechanical

3  department about Mr. Campbell, would the complaints

4  come from others who included those of African American

5  race?

6    A    No.

7    Q    Okay.  So the complaints came from the people

8  that you're referring to as the bosses?

9    A    That's right.

10    Q    Okay.  So now if -- if I focus my attention

11  on the people who were making complaints that you

12  believe are in part related to Mr. Campbell's race,

13  would the list be Mr. Chappel, who we've already talked

14  about, Mr. Bellotti, Mr. Fabian, Mr. Bordenay, and this

15  gentleman by the name of Jerry?

16    A    Yes.

17    Q    Okay.  And what about Joe Deely?  Did you

18  ever hear Joe Deely ever make any comments at all about

19  Mr. Campbell that you felt were --

20    A    Yes.

21    Q    -- they were race related?

22    A    Yes.

23        MR. JONES:  Let me -- I'm not -- I -- caution

24  may be the wrong word, but let's be mindful of the fact

25  that you're talking about something that I completely

```
 1   understand is an emotional subject, and I think you've

 2   got information that you feel like you need to share

 3   with us, but what's happening is, you're predicting

 4   where my questions are going, and you're answering

 5   before I even finish.

 6              MR. MOORE:  I don't think so.  I object to

 7   that comment.  The witness is doing quite well in his

 8   answers.

 9              MR. JONES:  Well, I'm not objecting to his

10   answers.

11              I'm just saying, if you could do your best to

12   let me finish my questions before you begin to answer,

13   and if you do jump the gun, we'll just -- you know,

14   it's no big deal, we'll just restate the question.  I

15   just don't want you to have to cover ground twice.  All

16   right?

17              THE WITNESS:  Okay.

18      Q     (By Mr. Jones)  So, Mr. Deely, let's go

19   back to Mr. Deely.  You made a comment that you heard

20   Mr. Deely make statements that in some way related to

21   race when he was talking about Mr. Campbell; is that

22   right?

23      A     Yes.

24      Q     Can you tell me what you remember?

25      A     I remember a conference call, it was via the
```

1    phone, where Mr. Bellotti was complaining about things

2    that happened at night.  Specifically -- and I can't

3    remember you know, the detail -- but the person he was

4    complaining about was John Campbell.

5              Mr. Deely wanted to hear my side of it,

6    because I was responsible for John Campbell.  I forget

7    what I said specific with -- you know, whatever --

8    whatever Lou said, but I remember the one thing that

9    Joe said that I got upset with, is, Joe said, after I

10   had finished talking, "Mark, you understand that it's

11   your responsibility to keep him, John Campbell, in his

12   place."

13             To which I kind of jumped and said, "What

14   place is that, Joe?"

15             And he says, "You know."

16             And I said, "No.  I would like you to tell

17   me.  What place?  Because obviously, we don't

18   understand one another."

19             And he says, "I'm not going to spell it out.

20   Everybody down there understands what I'm saying."

21             And I said, "I'm sorry, but I don't

22   understand."

23             But he never did answer me directly.

24             But you understand -- the feeling was, is

25   that I was supposed to squash him or something.  I

1    don't know.

2         Q    Okay.  Are there any other comments you

3    recall from Mr. Deely that were, you know, in your mind

4    similar to that?

5         A    Yes.

6         Q    Can you tell me what they were?

7         A    People not knowing their place was a common

8    theme.  He said that many times.  And predominantly

9    when it involved African American or female employees.

10   That people didn't know their place, and it was my job

11   to put them in their place.  I think that's about as

12   explicit as he got.

13        Q    Okay.  And -- and these other comments about

14   people not knowing their place were directed at

15   employees other than Mr. Campbell?

16        A    Yes.

17        Q    Okay.  Do you remember anyone in

18   particular --

19        A    Yes.

20        Q    -- who it may have been directed at?

21        A    Yes.

22        Q    Who was it?

23        A    Cynthia Hubbard.

24        Q    Okay.  Is Ms. Hubbard African American?

25        A    She's part.  I think.  I think she's Puerto

1  Rican.  I don't really know.

2      Q    Okay.  Who else?

3      A    That's the one that -- that's the only one

4  that really stands out in my mind.

5      Q    Okay.  Going back to the phone conference

6  where Mr. Deely made a comment about John Campbell not

7  knowing his place, do you remember what incident it was

8  that led to that phone conference?

9      A    Not -- well, not specifically.  I think it

10 involved something with -- with, John had decided to

11 make a move in a certain sequence, and there was some

12 cars on the E clean, and John had made a decision to do

13 them not the way Lou or his representative wanted him

14 to do, because it -- it required a triple or double

15 handling; and then Lou tried to excuse the reason why a

16 train didn't get out on time because John made it --

17 that John wanted to consolidate those switches, making

18 a double move for them.

19          And again, I don't remember the specifics,

20 but I had to -- I had to defend John, because he --

21 actually, that was the right call to make.  It was more

22 efficient, and it was better, and it was safer than

23 what mechan --

24          And mechanical, they have a different -- they

25 have a different set of priorities than transportation.

1    They only look at fixing them and checking things off

2    their list, whereas our job was to get the trains out

3    on time, and so that would often conflict.

4                And John's job was to get the trains out on

5    time, and to work with mechanical and make sure that

6    that happened; and there was always a conflict, because

7    they wanted him to do things the way they wanted him to

8    do things, that weren't necessarily in the best

9    interests of Amtrak; and unlike a lot of people, John

10   would bring it to their attention, and would not back

11   down to any kind of pressure or any kind of

12   intimidation.

13               And John would constantly keep me informed,

14   which helped me manage, and helped me deal with Lou

15   Bellotti when there was problems, and helped me deal

16   with Joe Deely to give him accurate information;

17   because a lot -- you know, people, when they mess up,

18   they don't really want you to know what actually

19   happened.

20               And this would help me do my job better,

21   and keep us in the clear; you know, keep everything

22   straight so that we could address the real problem

23   instead of personalities.

24        Q    Okay.  The conference call with you, Joe

25   Deely, and Mr. Bellotti, was there anyone else on the

1  call?

2      A    I don't know.  Probably there was.  We had a

3  conference call, I think it was at seven thirty or

4  eight -- the times changed -- but it was a daily

5  occurrence.  It was a daily conference call, where we

6  went over performance.

7      Q    Okay.  Would there be any way to pin down in

8  time, either exactly or with an estimate, when that

9  conference call occurred?

10     A    Well, it was before Joe got -- Joe left the

11 first time.  It was before Joe left -- and I don't know

12 what year that was.  I know that he left -- oh, I don't

13 know.  It was before Joe left the first time.

14     Q    Okay.  And that's Joe Deely; correct?

15     A    Yeah.

16     Q    Okay.

17     A    He got fired or quit.  I don't remember

18 which.  There was stories that he got fired, but he

19 left.

20          And it was before he left the first time,

21 because, when he came back the second time, I was

22 already back as an engineer.  I had already resigned

23 and went back as an engineer.

24     Q    Okay.  What about the period of time when

25 you were receiving complaints from the mechanics about

1   able to tell -- John wanted to make sure that I had

2   both sides of the story so I could defend him, which

3   I -- you know, I found myself almost always doing.

4           Not just because of a -- you know, we weren't

5   personal friends then or anything, just on the merits

6   of what was going on.

7           I just, after a period of time, time after

8   time I find that this guy's been telling the truth, and

9   I'm getting stories, I just quit listening to these

10  other people.

11      Q    Okay.  Now, when John came and complained to

12  you about Lou Bellotti and the other folks from the

13  mechanical department, did he ever make complaints that

14  they had made racial statements?

15      A    Yes.

16      Q    Okay.  What do you recall in that regard?

17      A    They had never called him the N-word.  I know

18  it wasn't really overt.

19           But they would say things like "Boy," or,

20  "You don't know your place," or, "You people."

21  Subtle.

22           And John would -- it would upset John, these

23  commentaries.  You know.  This --

24           And then he'd hear -- you know, and he would

25  ask me, you know, specifically, you know, what's going

1    on, and I would have to say I don't know, you know,

2    specifically, because I really didn't know what was in

3    their head.

4              And anyway -- and then he asked me

5    specifically, I think, on several occasions, you know,

6    what regard I held him in.  You know.  You know.  If he

7    was doing a good job, or did he have a problem with --

8    did I have a problem with him.

9              And he -- I remember one time he asked me,

10   you know, "Is it because I'm so big?"  Because he's a

11   big man, and I'm not little either.

12             He says, "I'm big, and I'm black, and I --

13   you know, some people tend to be intimidated.  Do you

14   find me intimidating?"  And I had to tell him no, you

15   know, I didn't.

16             But I told him that somebody could.  You

17   know.  I'm not -- you know, but I told him, I said,

18   "John, I don't find you that way."

19             Because he was worried and concerned that

20   he -- maybe something he was doing was wrong, and I --

21   and I had to tell him no, I didn't really feel that

22   anything he was doing was wrong, he was just being

23   himself.

24             He wasn't abrasive or physically threatening

25   in any way, although he wouldn't take any -- you know,

1  he wouldn't be submissive when he was in the right.  He

2  would not kowtow to anybody.

3      Q    Okay.  Now, you mentioned some statements

4  that were, you know, charged statements:  The word

5  "Boy," the term, "You people," the term, "You don't

6  know your place."

7          Do you remember anything at all about who it

8  was that Mr. Campbell specifically identified making

9  those statements?

10     A    Yes.  It was the two Mikes, predominantly.

11 Mike Fabian and Mike Bordenay.

12     Q    Okay.

13     A    I don't remember -- I just remember the

14 frequency from them was really high.

15         And I had -- I had gone to Lou a couple of

16 times, and I -- and Lou was not sympathetic to what I

17 was saying, and in fact he shut me down and dismissed

18 me, and I thought he was part of it, so I never really

19 addressed him.

20         But it was the two Mikes that were really

21 overt about it.

22     Q    Okay.  Can you distinguish in any way what

23 Mike Fabian may have said from what Mike Bordenay may

24 have said?

25     A    You know, in my mind, you know, like, I refer

1    to them as the two Mikes.  They were one and the same.

2    I mean, these two guys were just about on par with each

3    other, with the number of problems they presented.

4         Q    Okay.

5         A    And they always had interpersonal relation

6    problems with people.

7         Q    Did you -- did you ever talk with Mike Fabian

8    or Mike Bordenay?

9         A    Daily.

10        Q    About the personal problems?

11        A    Daily.

12        Q    And do you remember any -- any response?

13   Let's start with Mike Fabian.  Can you remember any

14   conversation you had with Mike Fabian in particular,

15   over the fact that you felt he was treating people in

16   the workplace inappropriately?

17        A    Well, I remember it was Fabian who told me

18   that I didn't understand, and I asked him why I didn't

19   understand.

20             He said, "You don't work with these people

21   day after day after day like I do."

22             I said, "What do you mean, these people?"

23             He says, "Well, my work force is black.  It's

24   all black, and you got to treat them different than you

25   treat your employees."

1    I said, "Well, fifty percent of my employees

2    are black, too. I don't understand what you're

3    saying."

4    He said, "Well, almost a hundred percent of

5    my employees are black, and," he says, "there's a

6    certain way you got to get performances out of these

7    people, and they don't have the same motivation."

8    And I said, "What are you talking about,

9    Mike?" You know. And he -- you know, he told me I did

10    not understand.

11    And that was -- and that was a common theme,

12    that I -- you know, I couldn't understand because I

13    wasn't dealing with African Americans all the time.

14    And I probably had -- maybe a third to a half

15    of the transportation employees were black, and really

16    there was no difference in what motivated one human

17    being over another human being. Everybody wanted to be

18    treated with respect. Everybody wanted --

19    I didn't really see their point, and I would

20    argue with them at length over how they treated their

21    people, and I didn't like how they treated their

22    people, but I certainly didn't want them treating my

23    people, the people I was in charge of, in the same

24    manner. I took high exception.

25    And it was a daily thing. It was an ongoing

1    dispute or conflict between myself and the mechanical

2    department about their tactics and their treatment of

3    fellow employees.

4         Q    Okay.  That was Mike Fabian; right?

5         A    Fabian.

6         Q    Right.  What about Mike Bordenay?

7         A    Same difference.

8         Q    Can you -- can you recall any particular

9    conversation that you had with him where the subject of

10   race came up --

11        A    Yes.

12        Q    -- in some way?

13             What do you remember?

14        A    He said -- and this is -- this is Bordenay.

15   Bordenay one day tried to convince me that black people

16   weren't as smart as white people, and they weren't

17   capable, and I should always -- you know, I shouldn't

18   always take the side of the employee; that I should

19   give him some credit for knowing how people work.

20   Which, you know, I couldn't do and I wouldn't do, and

21   it made me mad.

22             And in John's situation, you know -- and this

23   is -- this is my understanding -- the problem I could

24   see was that, the problem with John was, John was

25   highly competent, very intelligent; in fact, I would

1    say he was more gifted than the average person, and he

2    was very smart, and he could outthink.  That's why he

3    was always the foreman.  He was very good at how to do

4    things.

5            And he would make these guys look stupid all

6    the time, and they resented it.  They very much

7    resented John being so intelligent.

8            And then they resented me after I would hear

9    the facts of the situation, support John based on the

10   fact that it was a better decision; and they felt that,

11   you know, I was out of touch.  I wasn't on the same

12   team they were.

13       Q    Okay.  Anything else in particular that you

14   can recall Mike Fabian -- go back to Mike Fabian, make

15   sure we've exhausted that -- anything else in

16   particular you can recall Mike Fabian saying that

17   suggested to you that he was racially biased?

18       A    Not specific.

19       Q    How about Mike Bordenay?

20       A    Just the intelligence thing.

21       Q    Okay.  How about Jerry?  We haven't covered

22   the gentleman by the name of Jerry.

23       A    Jerry.  Gosh, and I just about had his name.

24   The last name.

25            He was from the south, and he was a southern

1   boy, transplanted to the West Coast, and I -- and I

2   lived in Kentucky for a little while, and I've

3   traveled, and I understand, and I've seen it my own

4   self that us in California, the people in California,

5   especially Northern California, have a whole different

6   attitude than the deep south -- and I'm talking about

7   Caucasian people -- and he had more of the southern

8   prejudices and biases.  You know.

9        And I was raised -- I was raised here in

10  Northern California with this set of values and this

11  kind of a political and social system, whereas he was

12  raised that blacks lived on one set of the tracks, you

13  know, and whites lived on the other, and he didn't --

14  he had a hard time all the time reconciling how we

15  lived here on the West Coast, and how it really didn't

16  matter, you know, and how money was -- or there was no

17  social strata, and he was all the time making comments

18  about that.

19       Q    Let me stop you for a second, because the

20  tail end of your answer, I think, begins to actually

21  give me at least part of what I'm about to explore with

22  you.

23       You made comments about Jerry and his

24  upbringing and his attitudes.  What was it that you

25  actually saw Jerry do or heard Jerry say that led you

1    to draw these conclusions about him?

2        A    Well, he'd say -- he'd make leading

3    statements.  You know, "Growing up" -- and I forget

4    what place -- he said, "We never would allow something

5    like this to happen"; or, you know, "To my way of

6    thinking, or the way I was raised, you know, we would

7    have never allowed this, we would never allow this";

8    and, "How do these people think that they can talk to

9    us like this," and, you know, things like that.

10       Q    Can you give me any more specifics that would

11   lead you to conclude that those were racially based

12   statements?

13       A    Specifics?

14       Q    Yeah.

15       A    No.

16       Q    Anything at all?

17       A    No.

18       Q    Okay.  I mean, for instance, can you think of

19   an incident that occurred that led him to make a

20   statement such as, "We never would have let these

21   people do that?"

22       A    Yes.

23       Q    Okay.

24       A    And I'm thinking about John Campbell.

25            John would speak right up, and Jerry one time

1    said, "He doesn't wait until he's invited to speak,"

2    which, John took offense to that and said, "Why do I

3    have to be invited to speak?"

4              And Jerry said, "Well, we didn't do that, you

5    know, where I come from," or he made a comment -- he

6    prefaced it by saying, "Where we come from, you know,

7    you're only allowed to speak if you're invited to

8    speak."

9              And that -- to me, that was just -- I

10   remember that because it was -- just, like, kind of

11   blew my mind.  You know, it's -- it's like talking to a

12   child.  You know.  Or something like that.

13             And here was a grown man, and he was the one

14   that was actually doing the work, and he -- and my --

15   in my mind, he was the one that really needed to say

16   something, because he's the one that actually did it.

17   He didn't need his actions -- and he needed to tell us

18   what was going on, instead of being invited.

19             And he -- he wasn't shy at all.  John was not

20   shy.  I don't say he was offensive.  He was -- he would

21   tell you right now, you know, whether it was good or

22   bad, whether you liked it or not, he would tell you

23   actually what happened.

24        Q    Okay.  Can you think of any other -- and I'll

25   do this from time to time.  I don't mean to be trying

1    to badger you, that's not what I'm trying to do; just,

2    when I leave the deposition today, I want to know that

3    I've gotten what you know out of it.

4              Any other incidents or statements that you

5    can recall in the workplace that you thought -- that

6    you observed someone doing something that was racially

7    biased?

8         A    In terms of what?

9         Q    Anything.  I mean, you've talked today about

10   how the mechanical department would make racially

11   biased statements about the car men, about the coach

12   cleaners, the electricians, Mr. Campbell, people that

13   work in the commissary.

14             You've talked about Jerry and his attitudes,

15   Mike Bordenay, Mike Fabian, Lou Bellotti, Joe Deely,

16   and all of those, I think, were connected by a common

17   theme, that there was something racially motivated in

18   the statements or the events.

19             Can you think of anything else that

20   demonstrated in your mind any kind of racial bias?

21        A    Yes, something just popped into my mind.

22        Q    Okay.

23        A    I was in the office, and I -- I shared the

24   office with a guy by the name of Tom Oughton.

25   O-U-G-H-T-O-N.  He was also a service manager.

1    And John had made application for engine

2  service, to become an engineer, and we were holding

3  interviews, and it was our job to get these interviews

4  lined up, and to prescreen applicants for engine

5  service.

6    And I distinctly remember Tom telling me that

7  he did not want John Campbell to be an engineer, and I

8  queried him why, because I felt that he was -- you

9  know.

10    And he said he wasn't intelligent enough,

11  and he said that he didn't know his place, and he was

12  not going to reward an uppity nigger with a better job.

13  Period.

14    And me and him had a big fight over that.  A

15  big fight.

16    Q    Okay.  Now, those are -- those are some

17  pretty bad words.

18    A    Yes.

19    Q    That's something you have a real specific

20  recollection of?

21    A    Yeah.  Because it was so outrageous.

22    Q    Okay.  Now, tell me a little bit about

23  Mr. Oughton.  What was his position?

24    A    He was a service manager at Oakland.

25    Q    Okay.

1    A    Had been, a year before I got there.

2    Q    Okay.  And what was his role in the promotion

3 process?  Other than the prescreening of the

4 applicants, what was his role?

5    A    His role was to sit on the interview, and

6 when we would have engine service interviews, a

7 representative from the union is usually invited; a

8 human relations, or human -- HRD, which is personnel,

9 would sit in; and a supervisor, myself or him, or

10 somebody that was involved in engine service.

11        And we would ask a series of questions,

12 interview, and then we would take a vote, and out of --

13 and we'd score the applicants, and if there was ten

14 positions, we'd talk -- we'd take the top ten

15 applicants by score.

16        So what Tom was going to do was throw John's

17 application in the garbage, and he did so in front of

18 me.  I pulled it out of the garbage, said, "That's not

19 right.  Put it back in the pile."  I took it out, and

20 that's when we had that conversation.

21        Because I did not -- you know, he had done

22 this, and I just -- you know, I just -- he threw his --

23 his application in the garbage, and I said, "What are

24 you doing?"

25        And that's -- that's when our conversation

1  came up.

2      Q    Tell me -- tell me -- so -- in a sense, you

3  know, the rest of the story on that.  I would imagine

4  the interview process continues on, and what I'm

5  wondering is, what was Mr. Oughton's role from that

6  point forward?  Did he interview Mr. Campbell?

7      A    Yes.

8      Q    Tell me how the story develops.

9      A    How the story developed after that incident,

10  after Tom and I had our confrontation, he got advance

11  knowledge of when the interviews were going to be held,

12  and instead of letting me know, so I could be in the

13  interview, he kept that information to himself, and I

14  did not get an opportunity to interview John as the

15  supervisor.  He interviewed him, and I didn't know it

16  until after it was all over.

17      And then it came to my knowledge, because

18  John -- John wanted to know if he made it or he was

19  selected or not, and I told him I did not know.  I

20  didn't even know he was going to be interviewed.

21      He said, "Yeah, I had my interview with Tom

22  Oughton," et cetera, et cetera, and so forth, you know;

23  and -- and I think it was Rich Edson from the union,

24  and I forget the lady's name that was from the

25  personnel department.

1          And I said, "Oh, I didn't know about it," and

2   I asked John, I said, "Well, how do you think it went?"

3          He said, "It wasn't very good."

4          And then I told him -- I told him that, "You

5   know, Tom doesn't like you." I didn't tell him

6   specifics, I didn't tell John specifics, but I said,

7   "You know, John, he doesn't like you."

8          He goes, well, he got that feeling, he says,

9   "but I don't know why." This was John talking. He

10  said, "I don't know why, Mark. What's he got against

11  me?"

12         And I said, "Well, he's got issues." And I

13  wasn't very specific. You know.

14         And he had issues with other people of

15  African American descent. Tom did. And women. And,

16  you know, he had all kinds of problems.

17         He was eventually let go. He took a transfer

18  instead of getting fired, is what happened. They let

19  him go to San Antonio, Texas, and then he wanted to

20  come back and they wouldn't let him come back, so he

21  essentially was eliminated.

22     Q    Okay. In settings like the one you

23  described, the interview that you described, were you

24  normally part of the interviewing team?

25     A    Yes.

1    the primary person.

2        Q    Now, can you -- this particular interview

3    that you're talking about with Mr. Campbell, can you

4    place it in time for me?

5        A    No.  I really can't.  I think it was maybe

6    1999 or ninety-eight.  Something in there.  It was

7    early on.

8        Q    Okay.

9        A    Very early on.

10        And the reason I -- you know, the other --

11    back to the thing that I -- just came to my mind, is,

12    you know, I wouldn't tell John specifics, because in

13    personnel matters you do not talk about what happened

14    in the interview process, because there's -- you know,

15    that's a personnel issue, and so I wasn't at liberty to

16    discuss things with him.

17        But I do know, now that you're asking me

18    under oath what happened, I'm telling you.

19        Q    Sure.  I understand.

20        Do you know, at that point in time, was --

21    was there a rule in place where you had to be on the

22    job for at least a year in order to get promoted to the

23    engineer's position?

24        A    That rule was quite frequently waived at that

25    time, because we were so -- it was waived many times,

1  because we had a lot of younger employees and a lot of

2  older employees, and the older employees would not take

3  promotion, so there was some outstanding candidates

4  that had less than a year that were selected, and it

5  was taken as a case-by-case basis.

6          And I remember talking to John and asking him

7  specifically if he was going to put in, because I felt

8  that he -- he was outstanding in his job already.

9          And another conflict that we had was, those

10 people that were outstanding yard conductors or so

11 forth, there was a tendency to leave them where they

12 were, and not -- and not promote them, because they

13 were skilled at what they were doing already, and they

14 didn't want to displace that.

15         And I thought at the time -- I know better

16 now, but I thought at the time that's why they didn't

17 pick John, because he was such a good foreman that they

18 wanted to leave him where he was; and now I'm

19 convinced, you know, with my confrontation with Tom and

20 with how John had been treated after I'd left, that

21 maybe there was something else going on.  That's just

22 my supposition.

23     Q    Okay.  You mentioned the fact that the one-

24 year rule had been waived frequently.  Can you remember

25 any particular employees for whom it was waived?

1    A    Tony Onisko.

2    Q    Can you spell the last name?

3    A    O-N-I-S-K-O.  He was one of the outstanding

4  people.

5    Q    Okay.

6    A    And I just thought of him immediately,

7  because he was the most outstanding.  I mean, real

8  spectacular person.

9         As an aside, though, he also, when he was a

10  foreman, he also had the same type of problem with

11  mechanical that John did, and the same type of

12  confrontation.

13    Q    Was Mr. Onisko African American?

14    A    No.

15    Q    Any ethnic group that Mr. Onisko identified

16  with, to your knowledge?

17    A    No.

18    Q    Caucasian?

19    A    Caucasian.

20    Q    Okay.

21    A    Very outspoken.

22    Q    Okay.  Anyone else for whom the one-year rule

23  was waived, that you can recall?

24    A    I don't have any specifics off the top of my

25  head.  Just the biggest one, I can remember.

1    American candidates at the time?

2         A    No.  I don't remember that.  I don't recall

3    that.

4         Q    Okay.  Did you become involved in any way,

5    after you learned that you had been excluded from the

6    interview process, to try to get Mr. Campbell's

7    application back on track?

8         A    Sure.

9         Q    What did you do?

10        A    I talked to my boss, Jay Commer, about it.

11        Q    And spell the last name, please.

12        A    C-O-M-M-E-R.

13        Q    First name is Jay?

14        A    Yeah, Jay.  J-A-Y.

15        Q    Okay.

16        A    And his advice to me, which pretty much

17   closed the door, he said, "Let sleeping dogs lie."

18        Q    Okay.  Were there ever any other

19   conversations you had with Mr. Commer about that

20   subject after that time?

21        A    Yes.

22        Q    What was it?

23        A    He cautioned me many times, "You do not want

24   to open the race -- the race box."  And I said -- you

25   know.  And that meant like Pandora's box.  He says,

1    "You want to keep a lid on that as tight as possible."

2          Which, is meaning to me, which, the way I

3    understood it, was -- was not to -- not to bring these

4    problems up to him, because he didn't want to hear it.

5    He didn't want to know anything about it, and if he

6    didn't know anything about it, he wouldn't be

7    responsible for anything.  That's how he dealt with the

8    problem.

9          Q    Okay.  So I just want to make sure I got the

10   reporting relationship from that period of time in

11   place.  Mr. Commer supervised you?

12         A    Yes.

13         Q    And you supervised Mr. Campbell?

14         A    Yes.

15         MR. JONES:  Okay.

16              (A recess was taken at 12:18

17              p.m.; the deposition continued

18              at 12:32 p.m.)

19         MR. JONES:  We're back on the record, and I'm

20   going to have Exhibit No. 1 marked.

21              (Exhibit 1 was marked.)

22         Q    (By Mr. Jones)  Mr. Schulthies, I'm going to

23   just hand you now what's been marked as Exhibit No. 1

24   to your deposition.  I just want to have you take a

25   look at the face page of Exhibit No. 1, and tell me if

1   you recognize that as the subpoena that you received

2   that required your presence here this morning.

3       A    Yes, it is.

4       Q    Okay.  And then, if you turn to the second

5   page, do you see there's a deposition notice?

6       A    Yes.

7       Q    Is that a document you've seen?

8       A    Yes.

9       Q    Okay.  And do you remember about when it was

10  when you got the deposition notice?

11      A    About a month ago.

12      Q    Okay.  All right.  That's all.  Nothing more

13  with Exhibit 1.

14           Now, just before we took a little break, you

15  had made a comment about a statement that was made by

16  your supervisor, where he had stated that, in his view,

17  you shouldn't take the lid off of the race box.  Do you

18  recall that?

19      A    Yes.

20      Q    Do you remember any further conversation

21  about that with him, or -- or did he make that comment,

22  and then that was the end of the conversation?

23      A    No.  He -- I brought it up several more

24  times, and each time I brought it up, the more adamant

25  he got that he did not want to talk about race.  He

1    didn't want to hear any complaints about it, and it was

2    my job to make it go away.

3         Q    Do you remember any particular incident that

4    occurred that led you to go back to your supervisor to

5    bring this subject up again?

6         A    Yes.

7         Q    What was it?

8         A    An engineer, his name was Richard Barrow, a

9    black engineer, passed away, and we loved him.  I loved

10   him, Jay loved him.  He was like family.

11             And shortly after that happened, after the

12   funeral and everything, you know, I kind of pressed Jay

13   to make some of this racial stuff -- because of our

14   mutual feeling about Richard, and about how we felt

15   about him and what kind of a good guy he was, that we

16   could maybe address the race.  You know, I was trying

17   to capitalize on that feeling with him to get him to,

18   you know, open it up again.

19             And he really -- he got mad at me, and asked

20   me -- well, commanded me never to bring race up again

21   in his presence.

22        Q    Okay.

23        A    He said it was just too big of a problem.

24        Q    Did he elaborate on that at all when he

25   commented that it was too big of a problem?  Did he say

```
 1   what he meant?

 2        A    Yeah.  He said it would get him fired and me

 3   fired.

 4        Q    Okay.  Did you ever speak with anyone a level

 5   or so higher than your direct supervisor about the

 6   subject of race in the workplace?

 7        A    Yes.

 8        Q    Who was that?

 9        A    Joe, the next level.  Joe Deely.

10        Q    And that was Joe Deely.  Now, have we already

11   covered the conversations you had with Joe Deely about

12   racial issues, or is this a different set of

13   circumstances that we haven't talked about?

14        A    This is -- this is a different set of

15   circumstances.

16        Q    Okay.  Tell me what you recall discussing

17   with Joe Deely.

18        A    I told him that I had talked to Jay about

19   some of the racial problems that were going on and some

20   of the conversations, not just John Campbell, but there

21   were several other things, and told him that I was

22   really upset about things.

23             And he asked me what Jay said.  I told him,

24   and he said, "That's where it stops."  That we didn't

25   want to open the race situation.
```

1   He said that -- and I didn't feel like it

2   was -- I felt it was disingenuous, but I got that

3   feeling that he sympathized with the way I felt about

4   things, but there was nothing that he would do, and it

5   was in my own self-interest to drop it.

6       Q    Did -- your answer, I think, included your

7   feelings about what he was saying.  Do you remember

8   specifically the words that he was using?

9       A    No.  He didn't really talk.  He acted like he

10  didn't want to be there and have any kind of

11  conversation with me; and if you know Mr. Deely, you

12  know that he's pretty abrupt and short with people, and

13  I knew what I was suggesting was uncomfortable.

14          And he said that, "There's the way things

15  are, and not the way things we'd like to be," and as

16  much as I wanted to change the world, that this --

17  things were just the way things were, and it wasn't my

18  job to, you know, try to change the world, and to just

19  leave matters alone; and if I wanted to continue in

20  employment, that I would leave matters alone.

21      Q    Was the -- now, that -- that statement, "if

22  you want to continue in employment," is that something

23  that you felt, or is that related to words that he

24  used?

25      A    No, that was the specific words.  He said,

1   "If you want to continue as an officer of the

2   corporation, I highly suggest that you leave this

3   alone, Mark, and drop it."

4       Q    Okay.

5       A    He says -- and I remember clearly -- I can

6   remember those words.  And we were in the Sacramento

7   depot when he had that conversation with me.

8       Q    Okay.  Now, was the conversation that you had

9   with Mr. Deely, that you just related, one that also

10  followed Mr. Barrow's death?

11      A    Shortly after that.

12      Q    And was -- was -- was that the motivating

13  event that led you to go to speak to Mr. Deely?

14      A    Well, I'd already spoke to Jay, and Jay, he

15  wouldn't talk, so the next step was to talk to Joe.

16          And I was motivated at that time talking to

17  Joe about Tom Oughton.  I was really having trouble

18  with Tom Oughton.  Extreme difficulty.  He and I

19  were -- and it was widely known that we just fought and

20  fought and fought, and it was getting to the point

21  where I was thinking about quitting over it, and so,

22  before I made up my mind what I was going to do, I went

23  and talked to Joe.

24      Q    You mentioned that you fought a lot with

25  Mr. Oughton.  Over what subjects?

1    view related in some way to racial issues in the

2    workplace?

3          MR. MOORE:  Objection; mischaracterizes the

4    witness's testimony.  He didn't testify he had

5    confrontations with Mr. Oughton.

6          MR. JONES:  You can respond if you understand

7    the question, and if you wouldn't characterize anything

8    as a confrontation, you just let me know.

9          THE WITNESS:  I wouldn't say it was

10   confrontations in an aggressive sense, but we had

11   words, and I expressed myself about his attitude, the

12   way he wanted to run things.  The way he treated

13   African Americans, the way he treated the women.  The

14   way he treated people in general.

15         That it wasn't conducive to business,

16   primarily.  It wasn't businesslike, and this wasn't a

17   personal kingdom, this was a business.  And I happened

18   to love my job, and I -- you know, I wanted to, you

19   know, keep the corporation going, and that he was

20   ruining things.

21      Q    (By Mr. Jones)  Okay.  Anything else you can

22   recall in more detail?

23      A    I mentioned how he treated Cookie.  That was

24   her nickname, Twilba Simpson.

25         I had another clerk, his name was Papa

1    Senaka.  He was a Nigerian, from Nigeria.  He was

2    educated at Oxford.  He was more educated than myself

3    or Tom.

4         Where Tom tried to keep him down and not

5    allow him to do things, I would ask him to write

6    reports for me, and help me to do things that were a

7    little bit outside of his scope as the clerk, because

8    he was so much more talented and educated than I was;

9    and Tom took high exception with that.  He said that

10   was improper.

11        And he didn't have very good English vocally,

12   but, you know, on paper he was --

13        And he -- he and I had a discussion about

14   keeping Papa down, because Papa wanted to transfer, and

15   wanted to, you know, be in management, and I was going

16   to help him, and Tom didn't want to help him, and

17   wanted to make sure that he wasn't promoted.

18   Q    What was it in particular you recall Tom

19   saying about that?

20   A    Well, it was also about him being black, but

21   the fact that he was an African, from Africa, that he

22   was a foreigner and working on a -- he wasn't a

23   citizen, and he didn't feel that -- that those jobs

24   should go to people like that.

25        And that was his -- and like that meant --

1   you know, I don't know what it meant.

2         Q    Okay.  Now, what I want to try to do is see

3   if I -- I'm understanding your answer, because the

4   way -- the way I'm hearing the answer, I'm left

5   wondering, are these your feelings, or are these

6   statements that are actually being made?

7         So can you remember any particular

8   statements?  Just think of, you know, words coming out

9   of Oughton's mouth that you can recall, that led you to

10  believe that he wanted to keep Papa down because he was

11  an African?

12        A    Yes.  He said specifically -- I can just --

13  this just popped into my mind.

14        Papa liked to wear a shirt and a tie, and he

15  would wear a suit to work, and he looked very

16  professional, and I thought that was cool, even though

17  I was not a suit and tie guy.

18        And he ordered Papa not to wear a suit, not

19  to wear a tie, not to look that way, because, "You

20  people shouldn't dress like that."

21        And that's -- and Papa wanted to know what he

22  meant, and he was very upset with him.

23        He said, you know, he says -- he says, "I

24  determine the dress code here, and you will not wear a

25  shirt and tie, because that is not your station in

1    life."

2         Q    Okay.  Now, did you learn about that

3    statement through Papa?

4         A    No.  I was there for that confrontation.

5         Q    Okay.

6         A    And how it -- how it developed was, is that

7    Tom had went to Papa and said something to him that I

8    wasn't privy to, but then Papa got me in my office and

9    said, "Mark, you told me that it was okay and you liked

10   it.  Now here's Tom telling me I can't do it.  What's

11   the deal?"

12             And that's how the conversation came up where

13   I was included.

14        Q    Okay.

15        A    Otherwise, I -- I probably wouldn't have

16   heard about it.

17        Q    Now, when you say you were included, included

18   in what sense?  So then after you and Papa were

19   meeting, was there a meeting where all three --

20        A    All three of us were present.  Papa wanted me

21   to -- to tell Tom that I told him it was okay.

22        Q    Okay.  And did you do that?

23        A    Sure

24        Q    What was Tom's response at that point?

25        A    Tom said that, "You and I don't dress like

1      A      Not off the top of my head.

2      Q      Okay.  So we've talked about the gentleman

3  from the mechanical department, we talked about Joe

4  Deely, Jay Commer, Mr. Oughton.

5            Any -- any other people that you recall

6  having discussions with, where the issue of race in the

7  workplace was -- was the subject?

8      A      Yes.

9      Q      Who?

10      A      I had discussions with John Campbell.  That's

11  who we're here talking about.

12      Q      Okay.

13      A      Specifically, John sought my help.  He asked

14  me, you know, if -- if there was some racism going on,

15  and I told him in the affirmative.  Yeah.  I

16  personally, my personal belief was, yes.

17            And he asked me if I -- if I personally hated

18  him.  You know.  Because he said that, you know, he

19  just felt there was -- management was just down on him;

20  and I said "No, in fact, I like you."  You know.

21            And he said, "Do others feel the same way?"

22            And I think I responded by saying, "John,

23  you're going to have to ask them the way you asked me.

24  I can't really answer for them."

25            But yeah, he was -- several times, you know,

1    he was pretty distraught about how he was being

2    treated.  He sought me out several times.  You know.

3            And he said, "Mark, you treat me decently,

4    and" -- and he said, "but I just keep feeling people

5    hate me, and I don't know what I've done to get people

6    to dislike me so bad."

7        Q    Okay.  Do you remember when it was that he

8    came to you and asked you whether or not you liked him?

9        A    No.  Not -- not specific time frames.  I know

10   that there was a couple of little events that he was

11   involved in.  One was a split switch, that he was on a

12   crew, and the other one was when he was with another

13   crew, and they shoved off the end of the fume track,

14   and there was some trouble that I had to handle with

15   him, and he was involved in it.

16           And then he was worried that he was going to

17   get fired or mistreated, and I assured him, as long as

18   I was around and I had anything to say about it, nobody

19   was going to get mistreated.

20       Q    Okay.

21       A    And the two events that I'm -- I don't -- I

22   don't really remember all of the specifics of it,

23   but --

24       Q    And if you're about to go into the specifics

25   of those events, let's cover them sort of in an orderly

1        After he had had a hard night, we would try

2   to get to the bottom of it, and I was trying to

3   understand what was going on at night, too, because

4   that was my job.  You know.  I didn't want trouble.  I

5   didn't want to get woke up in the middle of the night

6   either.

7        And he was trying to understand why he kept

8   having trouble, because we had another job that worked

9   at night, where there was no problem.

10       Q    Okay.  And with regard to the people that he

11  felt may have disliked him, have you identified those

12  people already?

13       A    Yes.

14       Q    Okay.  So, if you remember now how we kind of

15  got to this point in the deposition, what we were doing

16  is going through that list of people that you had

17  discussions with where the discussion related to the

18  subject of race in the workplace, and we covered the

19  list that we developed earlier, and then we finally got

20  to Mr. Campbell.

21       Are there any other people that you can think

22  of where you had discussions about the subject of race

23  in the workplace?

24       A    Yes.

25       Q    Who?

1      A    Lots of people.

2      Q    Let's do this.  Let's focus on people who

3 either had positions as, you know, lead on a team,

4 managers, or supervisors.  Can you think of others?

5      A    Cynthia Hubbard.  She was -- she was a yard

6 conductor.

7      Q    Okay.  Who else?

8      A    I had questions with the guy that -- his name

9 was Papa Doc, that was his nickname, but his name was

10 Richard Barrow; and then his son, many discussions with

11 Richard about the racism at work.

12           Another gentleman by the name of Kerry Hill,

13 who was an engineer.  Kerry and I had lots and lots of

14 discussions about racism at work.

15           Mel Jackson, who is an experienced conductor

16 that's been around forever.  He's probably the most

17 senior African American at work, and he said he'd seen

18 it all, and he was kind of philosophical.

19           I used to talk to Mel about it, because I

20 told him that I couldn't really understand it, and I

21 would ask his advice all the time, you know, to see --

22 because he seemed to have made peace with the situation

23 at work and been able to work through it.

24           But anyway, there was -- that's the primary

25 people --

1      Q      Okay.

2      A      -- that -- that were contemporaries of John

3    in the transportation part of it.

4      Q      Okay.

5      A      Nate Givens in the mechanical department, he

6    was a foreman in the mechanical department, and I had

7    lots of conversations with Nate, and -- and he is an

8    African American -- because he always felt that Lou and

9    Mike Fabian and Mike Bordenay and Jay and Joe were

10   putting him in a no-win situation, you know, and not --

11           And he was always -- he felt, as a foreman in

12   the coach yard, mechanical, he wasn't given his level

13   of respect that he had earned.  Multiple times Nate had

14   talked to me about that.

15     Q      Anyone else?

16     A      I can't -- I can't think of, you know,

17   specifics, where I had like real poignant

18   conversations.  These people I just mentioned, I had

19   some good heart-to-heart discussions about it.

20     Q      Okay.  Let's go to Cynthia Hubbard, and I

21   want to see if you can recall, in any of your

22   discussions with Cynthia, was there a particular event

23   that you recall occurring that led to a discussion with

24   Cynthia?

25     A      Yes.

1      Q     What do you remember?

2      A     We had a male in express contract that

3  required a special switch engine at night, and I was

4  having real trouble managing everything, because I was

5  all by myself, managing the entire operation, so I

6  designated Cynthia as what they call a yard master,

7  made her a supervisor, and a guy by the name of Ron --

8  I can't think of Ron's last name.  I can't believe I

9  just --

10      Q     That's okay.

11      A     Gruber, Ron Gruber.  He's white, she's -- I

12  think she's Puerto Rican.  I don't know.

13           But they were equal in authority, and I made

14  Ron work nights, and she worked days.

15           And she worked with the same people, and she

16  would come to me and said, you know, "How come Ron has

17  it so much easier and can get along with the bosses,

18  whereas they constantly pooh-pooh all my ideas?  I

19  don't get any support from the bosses.  They constantly

20  challenge everything that I got, and I'm getting picked

21  on here."

22      Q     And who were the bosses?

23      A     The same people we've mentioned.

24      Q     Okay.

25      A     And she wanted to know why she was being

1    treated different.

2        Q    Okay.

3        A    And she did a really good job.  She did an

4    excellent job.  And she eventually was fired because of

5    it, or let go.

6            Right after I -- right after I wasn't there

7    to support her, I had resigned, just, like, within a

8    week or two, they let her go, because -- but Ron

9    continued in his job.

10       Q    Okay.  Were you -- were you involved in

11   any -- in other words, in sort of a firsthand knowledge

12   kind of way, were you involved in any of the events

13   relating to Cynthia Hubbard where she felt she was

14   being criticized unfairly?

15       A    Yes.

16       Q    Were there a couple of them, a whole bunch of

17   them?

18       A    Whole bunch of them.

19       Q    Okay.  Did you draw any conclusions that

20   someone was criticizing her unfairly based upon her

21   race?

22       A    Well, yeah.  Upon her race and the fact that

23   she was a woman.

24            You know, that was another thing that they

25   had to bring up all the time, is that, you know, she

1  was too emotional, she was hormonal; they'd say nasty

2  little stuff like that to discredit her and diminish

3  what she had to say.

4      Q    What about with respect to Mr. Barrow?  Were

5  there -- were there specific events that occurred that

6  led to your conversation with Mr. Barrow about

7  racial --

8      A    Yes.

9      Q    -- subjects?

10         Okay.

11      A    Richard Barrow, we hired his son; in fact, I

12  hired his son as an engineer, and his son got in a

13  little trouble, which was not that big of a deal, and I

14  let him go.  You know, I kind of, you know, said,

15  "Don't do that anymore."  And his name is Richard, too.

16         ·    And Tom Oughton came on and tried to fire

17  Papa Doc's son, and I jumped right in the middle of

18  that.  It was another Tom Oughton thing, where Tom was

19  trying to fire the guy, the kid's son, and I was trying

20  to keep him working.  You know.

21         And Richard -- you know, I can remember the

22  day he came in my office, very upset, you know, and was

23  asking why.  Was it because it -- because of, you know,

24  him being black, them not liking his dad?  You know,

25  what was Tom Oughton's problem with his son?

1    any?

2        A    Yes.

3        Q    Okay.  What I'd like to do is, because with

4    union grievances there will be documents that will

5    reflect what occurred, at least partly --

6        A    Yes.

7        Q    -- what I'm wondering is, maybe, are there

8    others that occurred that there wouldn't necessarily be

9    records of?

10       A    Right.  Well, there's one.  The big one is

11   that he was dating Laurette Lee, who is a white

12   conductor.

13       Q    He, being Richard Barrow?

14       A    Richard Barrow.

15       Q    Senior?

16       A    Senior.

17            And there was all kinds of nasty talk about

18   that, really, and it was upsetting the workplace, that

19   a black man was dating a white woman.  All kinds of

20   stupid stuff like that.

21            And you know, he was sick of it, she was sick

22   of it.  Their private lives were their own private

23   lives.  People were talking about them constantly, and

24   it was upsetting to a lot of different people.

25       Q    Who do you recall making statements about

1    Mr. Barrow and Ms. Lee?

2         A    I never heard anybody personally.  You know,

3    it was all hearsay, innuendo and stuff like that, and

4    whispering.

5              But nobody wanted to seem to -- why Richard

6    approached me was, no manager seemed to want to put

7    their foot down and come out on record and put a stop

8    to it.

9              So I -- I'm thinking -- you know, and this

10   is, you know, years later, I've reflected upon it, and

11   I think the reason he sought me out is, he thought that

12   he could get a fair shake from me, and he thought that

13   I was either reckless enough or not political enough to

14   where I would actually --

15             And I actually did.  I actually, you know,

16   made it well known that, if I ever heard anything about

17   it, if anybody ever made anything, that we would take

18   care of it immediately, and -- whereas the other

19   managers, they didn't want to weigh into it.

20        Q    Okay.  What about with respect to Kerry Hill?

21   Was there any particular event that occurred that led

22   you into a discussion with Ms. Hill over race?

23        A    Well, he's a guy.

24        Q    Okay.

25        A    It's a man.

1          And Kerry is a really, really good friend of

2    mine, and he doesn't work for Amtrak any longer.   He

3    took a job with another company.

4          But he was very sensitive about race, and we

5    shared lots of things in common.   You know.   About --

6    talking about the stuff.

7          Q     Can I ask you, is Mr. Hill African American?

8          A     Yes.

9          Q     Okay.

10         A     Yes.

11         Q     Did he -- did he relate to you any particular

12    events that had occurred to him?

13         A     Yes.

14         Q     Okay.   While he was working at Amtrak?

15         A     Yes.

16         ·Q     Can you tell me what you recall him telling

17    you?

18         A     Well, he was -- he was -- foremost -- and I

19    think this is just off the top of my head again,

20    without taking a lot of thought -- but his main gripe

21    was -- and he did not really fault me for it, but he

22    was constantly pressuring me, or pressing for an

23    answer, which I couldn't give him -- why was I chosen

24    for a supervisor, whereas, you know, there is no -- he

25    was senior to me.

1    He's actually a better engineer, to tell you

2  the truth.  More knowledgeable.  You know, and I worked

3  as his assistant years before.  Why wasn't he selected,

4  and why was I selected to be the boss?

5    And his comment was, "Why does, any time

6  there's a management decision, does the African

7  American get excluded from management?"

8    Because there wasn't any.  There was none.

9  Joe Deely had never promoted an African American and --

10  over the -- those many years.

11  Q    Let me -- if -- you know, let's start with

12  you personally.  In order to get that promotion that

13  you just discussed into the management position, did

14  you have to file an application, bid on a job, anything

15  of that sort?

16  A    No.  He -- Joe Deely asked me --

17  Q    Okay.

18  A    -- to work for him as a manager.

19  Q    Okay.  Do you know if -- I mean, was there

20  a -- sort of a posted position?

21  A    Yes.

22  Q    Do you know if your friend, Mr. Hill,

23  actually applied for the position?

24  A    Yes, I know that he did.

25  Q    Okay.  Was there an interview that had to

1  occur?

2      A    I didn't get one.

3      Q    You didn't get interviewed?

4      A    No.  They just put me right in.  Just stuck

5  me right in.

6      Q    Okay.  Do you know if Mr. Hill was ever

7  interviewed?

8      A    I don't know.

9      Q    Okay.  All right.  What about with respect to

10 Mel Jackson?  Was there a particular event, or --

11         MR. MOORE:  Well, Mel Jackson?  I thought it

12 was Milt Jackson.

13         THE WITNESS:  Mel.  M-E-L.

14         MR. MOORE:  Okay.

15     Q    (By Mr. Jones)  With respect to Mel Jackson,

16 was there a particular event or events that led to your

17 discussion with Mr. Jackson about race?

18     A    Yeah.  Mel Jackson was the conductor on

19 Richard Barrow and Laurette Lee's train.  He was the

20 conductor.  She was the assistant.  Richard was the

21 engineer when this was all hitting.

22         And since Mel was in charge of the train, and

23 he's -- I respect Mel, I went to him, you know, because

24 there was a lot of personalities.  I went to him, and I

25 said, "How is this affecting your train?"

1    Q    Let me stop you for just a brief second.

2  When you're saying "this," are you referring to the

3  fact that there are these sort of inappropriate

4  statements in the workplace about Mr. Barrow and

5  Ms. Lee?

6    A    Yes.

7    Q    Okay.  Continue.

8    A    So, he was a conductor.

9         So I said, "You know, Mel, you know, you're

10 out here every day with these two people and all this

11 controversy.  You know.  Is there something you see

12 that I can do?  Is there -- is there something you know

13 that I don't know?  Is there some advice you could give

14 me?  You know, because you're here.  You're in charge

15 on a day-to-day basis."

16         And so he talked to me.  I can't remember all

17 of what he said.  You know.  I think -- I think the

18 feeling that he left me with is, just do the best you

19 can, and let go of the rest of it.  You know, don't let

20 it canker your soul.  I think that was an actual word

21 he used.  "Don't let this bitterness and evil canker

22 your own soul.  Just do the best you can, and let the

23 rest go."

24    Q    Okay.  Can you think of any other events that

25 occurred in the workplace while you were employed at

1  Amtrak that you believe were examples of mistreatment

2  of an employee based upon their race, that we haven't

3  covered yet?

4     A   Yes.  The thing that -- the main thing -- the

5  thing that disgusted me with Joe Deely, primarily, we

6  always had a Christmas party every year at

7  Christmastime, and we'd get a hotel room, and we'd sell

8  tickets, and all the employees would go, and I would

9  go, too, with my wife.  We had it over in Emeryville.

10  I forget the name of the hotel.

11       But the last -- the last Christmas party I

12  went to -- I think it was 1998 or ninety-nine -- you

13  know, as a supervisor, you were expected to go and put

14  in an appearance; and it was a nice dinner, a nice

15  dinner, and dancing and music.

16       And Jay and Joe did not attend, and it had

17  been like, I think, the fourth year in a row that they

18  had not attended the Christmas party.

19       So I asked Joe shortly after the New Year,

20  you know, I told him, I said, "People have been talking

21  about the fact that you, you know, wouldn't even come

22  to the Christmas party and, you know, socialize in the

23  least bit with, you know, the employees, and, you know,

24  maybe rub elbows and eat dinner with us, and, you know,

25  act like a human being.  You know.  People are really

1   offended by that."

2          And he said, "I am not going to go out and

3   associate with those people" -- and he said "those

4   people" -- "on my own time, and listen to their music."

5          And I said, "Joe, what do you mean by that?"

6          He says, "Well, you know, it's all black,

7   it's an all black party, and they choose the music, and

8   they choose the location, and I'm just not going to

9   their party."

10          And that was the most outrageous thing that

11   he had ever said in my presence, and that's when I knew

12   that it wasn't just talk, and I knew that there was

13   something to what people were saying, because he

14   actually told me, man to man, face to face.

15          And what prompted it was because it was

16   causing so much dissension, you know, that he boycotted

17   the employee party.

18          And he told me he didn't want to go because

19   those people -- the majority of the employees were

20   black, and he wasn't going to go listen to rap music

21   and -- and associate with them on his own time.

22          He said, "At work I have to associate with

23   them, and -- but," he said, "on my own time, I'm not

24   going to."

25      Q    Okay.  I want to again just make sure I'm

1    way in this incident?

2        A    Yeah.   Lou was -- you know, Lou, before he

3    turned Nate loose, should have clued him in on how all

4    that worked.

5        Q    Okay.   But Nate wasn't complaining to you

6    about Mr. Bellotti, was he?

7        A    Yes.

8        Q    Okay.   Explain that part of it to me.

9        A    He was afraid that there were significant

10   portions of information that -- for example, how to

11   work with the switch crew -- that had been omitted

12   purposefully by his supervisors, and that that was a

13   form -- he was being set up to fail, and so he asked me

14   if there was any information I could give him that

15   could help him overcome that absence of information.

16       Q    Okay.   Did -- did you get involved in any

17   kind of investigation to find out if in fact he had

18   been a victim of some kind of a set-up?

19       A    No.   I had enough problems.

20       Q    Understood.   Okay.

21           Then you mentioned during the morning session

22   that, with respect to Mr. Campbell, there were a few

23   disciplinary events that occurred, and I believe you

24   mentioned something about a split switch --

25       A    Right.

1    Q    -- and then something about a fume track.

2    A    Yeah.  They went off the end of the fume

3  track.

4    Q    Okay.  Now, can you explain to me what you

5  mean when you say that there was a disciplinary event

6  with a split switch?

7    A    Well, switches are rail, and they're rigid

8  switches in the coach yard, so if it was aligned

9  against you and you went through it anyway, you would

10  bend the rail up; just, you know, damage the switch and

11  render it unsafe and inoperable; and John Campbell's

12  job, and the whole crew's job, is to make sure that

13  those switches are aligned correctly for the train's

14  movement or the switch engine's movement.

15        The thing I remember about John Campbell

16  was -- is that, I forget what switch it was, but a

17  switch was split, a switch was damaged.  The next

18  morning, I asked him what happened.

19        And my policy was, back then, is that if

20  somebody would just tell the truth and own up to it,

21  then we'd just deal with that person, and we didn't

22  have to go drag the entire crew in and be involved.  If

23  somebody would just own up to the mistake, and they'd

24  take responsibility for what they did, then we didn't

25  have to investigate the whole crew.

1          And then my supervisor at the time was Ben

2   Barnes, and he got wind of it, and he pulled the whole

3   crew out of -- out of service pending an investigation

4   and a drug test.

5          And anyway, in -- two days later, after --

6   after the initial contact, the engineer, which was

7   Denny Carroll, who's a supervisor now at Amtrak, he

8   finally came forward and admitted to me that he had

9   fallen asleep briefly, and -- and ran through the

10  switch, and that it wasn't John's fault, or -- I can't

11  remember who the other person on the crew was.

12          That was it, and I think I just kicked John.

13  I don't think -- I don't think I did anything to John,

14  or there was any action taken against John.

15          The engineer took responsibility for it after

16  he thought about it for a couple of days, instead of

17  you know, telling the truth immediately, and --

18          And I put John right back to service.  I

19  think.  I don't -- and I don't even think I wrote it

20  up.  But that --

21          And then the other time was --

22      Q    Let's -- let's, before we go to that, was the

23  other time the fume track one?

24      A    Yeah.  That was the next event.

25      Q    Let's get to that in a moment.  I want to ask

1  you a few follow-up questions on the split switch.

2         What do you recall about your interaction

3  with Mr. Campbell over the split switch, when you went

4  to talk to him about it?

5         A    I talked to each one as a crew.  They all

6  three of them were there.  And John didn't say

7  anything.  You know.

8         Q    Let me see if I'm understanding.  When you

9  say --

10        A    When I asked him what happened.

11        Q    Were they all there as a group?

12        A    They were all there as a group, and they

13  asked for union representation before they were

14  questioned, so I just stopped the interview, you know,

15  because -- to wait for their representative to get

16  there --

17        And I took them in for a drug test, and then,

18  when -- and then I really never got a chance to

19  interview anybody.

20        But then, before I got -- before I

21  interviewed them, the engineer came forward all by

22  himself, without John or -- I forget who the other guy

23  was -- and said, "Hey, I did it.  You know.  I'll tell

24  you -- I don't need my union guy with me," he says.

25  "I'll just tell you what happened."

1     Q     Okay.  Did it ever become evident to you that

2   Mr. Campbell knew about it, the split switch, but

3   didn't report it?

4          MR. MOORE:  Object to the form of the

5   question.

6          THE WITNESS:  No.

7     Q     (By Mr. Jones)  Okay.  Do you know one way or

8   the other whether or not Mr. Campbell knew about the

9   split switch?

10    A     Yeah, he knew about it.

11    Q     Okay.

12    A     The crew turned themselves in.  I don't know

13  which member of the crew.  They said, "Hey, we damaged

14  a switch.  We had a boo-boo out here."  I mean, we

15  didn't get into the nuts and bolts of it.

16          .     But that -- that triggered a mandatory drug

17  and alcohol test, and I took everybody to the clinic to

18  get --

19          Once they invoke -- once they said they

20  wanted their union representative, I was done with

21  them.  I mean, I wasn't going to ask them any questions

22  without representation.

23          And then, you know, then the other thing is,

24  between the time that they get tested and we get the

25  results back, they're medically disqualified, meaning

1    that they can't work until we find out if they were,

2    you know, not under the influence.

3         And if they -- if they're clean, and they

4    weren't responsible, then the company pays them for the

5    time that they missed while those things are developed.

6         Q    Okay.  When did you first learn about the

7    split switch?

8         A    When I came to work in the morning.

9         Q    Okay.  So is that when they first reported

10   it?

11        A    No, they reported it to the mechanical

12   supervisor immediately.

13        Q    And do you know that because they told you

14   they did so?

15        A    No.  I know that because the mechanical

16   supervisor, whomever that was, called me at home and

17   woke me up.

18        Q    Do you remember who that was?

19        A    No.

20        Q    Do you remember what it was the mechanical

21   supervisor told you?

22        A    Sure.  Said that the switch crew had split a

23   switch.

24             And my job at that time was, you know, if

25   that happened, I was supposed to come down and, you

1      Q    Did he indicate when it was that the crew

2  told him?

3      A    I can't remember that.  He probably did, but

4  I can't remember those kind of details now.

5      Q    Okay.  All right.  Now, you indicated that

6  it's your recollection that Mr. Campbell wasn't

7  disciplined over this event.

8      A    I didn't discipline him, because he wasn't

9  responsible.  Somebody took responsibility.  The only

10  thing I remember about that event is that, when Denny

11  Carroll came forward and said, "Hey, look, I did it,"

12  you know, "I'm the one, nobody else," you know, as soon

13  as I got the drug tests back from John Campbell and

14  whoever the other guy was, I put them right back to

15  work.

16      Q    Okay.

17      A    And I think I paid them, too, for their time

18  off.

19      Q    Okay, then, with regard to this incident,

20  the split switch, was there anything at all that you

21  uncovered that led you to conclude that Mr. Campbell

22  was treated unfairly based upon his race?

23      A    I did not even know he got disciplined for it

24  until much later.  I thought -- I didn't even think we

25  were even -- I thought it was already taken care of,

```
 1   and he wasn't disciplined about it.

 2           I certainly didn't discipline him, and I was

 3   his immediate supervisor, because he wasn't involved.

 4   I -- I did not even count this as a disciplinary event

 5   for John Campbell.

 6       Q    Okay.  So you weren't involved in any

 7   subsequent proceedings that may have led to discipline

 8   on this event?

 9       A    I would have had to have initiated it, and

10   I'm telling you I didn't initiate any discipline.

11       Q    Okay, but my question's a little different.

12   My question is, if there was some subsequent action

13   that -- that resulted in discipline to Mr. Campbell

14   over the split switch, it's not something you were

15   involved with?

16           MR. MOORE:  Objection; assumes facts not in

17   evidence; and speculative.

18           THE WITNESS:  No.

19       Q    (By Mr. Jones)  Did you have any discussions

20   with anyone about any disciplinary process that may

21   have occurred with Mr. Campbell over the split switch,

22   after the point in time where you concluded that you

23   yourself would not initiate discipline?

24       A    No.

25       Q    Now, did -- did this split switch, to your
```

1   recollection, occur in March of 2000?  Would March 24

2   of the year 2000 be the time that this event occurred?

3     A    That could be right.

4     Q    Okay.  Now, the next event that I want to

5   talk to you about is, I think, the one that you were

6   discussing that related to the fume track, and would

7   that be the event that occurred on January 10th, 2002?

8     A    Probably.

9     Q    Okay.  I just want to read something to you,

10   and you tell me --

11     MR. MOORE:  Well, if you're going to read it

12   to him, you need to identify it for the record and

13   enter it in the record.

14     MR. JONES:  I don't necessarily have to --

15     MR. MOORE:  It has to be an exhibit if you're

16   going to read it.

17     MR. JONES:  I am going to read it.

18     MR. MOORE:  You're not going to read it in

19   this deposition.  How are you going to read it when we

20   don't know whether you're reading it right or not?

21     MR. JONES:  You can state your objection.

22     MR. MOORE:  You mean you're going to tell me

23   that you can refer to a document, you don't identify

24   it, and don't make it part of the record?

25       (The reporter asked counsel

1          And it was just only one wheel set of one

2  boxcar out on the pavement.  It wasn't really a big

3  deal at all.

4          Q    Okay.  You mentioned the engineer's name was

5  Billy Burkett; is that right?

6          A    Correct.

7          Q    His race is what?

8          A    White.

9          Q    Okay.  And you said you made a recommendation

10  that he be terminated?  Was that --

11          A    No.  Disqualified from teaching the students.

12          Q    Okay.  I see.

13          A    He had a student with him, and he failed to

14  properly demonstrate how to do that task.

15          Q    Do you know if he was disqualified?

16          A    He was.

17          Q    Okay.  Who had you made the recommendation

18  to?

19          A    Jay Commer.

20          Q    Okay.  And when did your employment with

21  Amtrak end?

22          A    January 10th, 2007.

23          Q    Okay.  Was there anything about the

24  termination of your employment that you believe was in

25  any way related to issues that you had previously

1    other.  I don't know.  Because that was that

2    transitional period.  I don't know where he was

3    exactly, because it's been years ago.

4        Q    Okay.  And then do you have any -- any

5    knowledge one way or the other over -- regarding

6    whether or not Mr. Shelton was either on Mr. Campbell's

7    side in trying to get him promoted, or not?

8        A    I have no idea.

9        Q    Okay.  Now, what about with respect to

10    Mr. Deely?  How is it that you know Mr. Deely was

11    involved in the decisionmaking over the promotions that

12    Mr. Campbell requested?

13        A    Mr. Deely either endorsed or vetoed whatever

14    the interview committee -- he was the last word on

15    whether somebody got hired or fired.  That was where

16    the buck stopped.

17        Q    Okay.  Now, with regard to how the decisions

18    were reached when Mr. Campbell sought promotion to

19    engineer, do you know in particular what Mr. Deely was

20    contributing to that process?

21        A    No.

22        Q    Did Mr. Deely ever talk to you and give you

23    any indication as to how he went about making his

24    decisions regarding Mr. Campbell?

25        A    No.

1    we were looking for.

2        Q    Okay.  Can you -- can you recall any

3    Caucasian employees who got promoted into the position

4    of engineer, who you thought shouldn't have been, due

5    to a safety record that was too egregious?

6        A    Yes.

7        Q    Okay.  Who was that?

8        A    I can't recall.  There were several.

9        Q    Okay.  And what were, if you can recall, what

10   were the safety violations that you saw in their

11   history that led you to believe they should not have

12   been promoted?

13       A    Mainly it was, mistakes were made, and

14   corrective action wasn't taken.  The main name that

15   just jumped into my mind was John Lahadern, who had an

16   attendance --

17       Q    Was that Lahadern?

18       A    Lahadern.  I can't remember how to spell

19   that.  Probably how it sounds.  He was the most

20   egregious one.

21       Q    You said that was an attendance problem?

22       A    Among other things.

23       Q    What else do you -- what do you remember

24   about Mr. Lahadern?

25       A    He was caught sleeping on the job several

1    times.

2    Q    In what sense, sleeping on the job?  First of

3    all, let's ask, what was his position?

4    A    He was a train man.

5    Q    And what was he doing that was a safety

6    violation?

7    A    No safety glasses.  No safety shoes.  All the

8    mistakes that a junior guy can make.  He had -- he had

9    to have been repeatedly instructed.  Hard learner,

10    really difficult to train.

11    Q    Do you remember ever, in Mr. Lahadern's

12    record, anything similar to a boxcar going off of a

13    fume track?

14    A    Yeah.  Rough couplings.  You know.  That

15    happens quite a bit.

16    Q    Well --

17    A    I don't know of any derailment.  I don't know

18    that he put a car on the ground or anything like that.

19    Q    Do you have a specific recollection that

20    there were hard couplings, or you're just assuming

21    there were?

22    A    Assuming.

23    Q    Okay.

24    A    Everybody does when they first begin.

25    Everybody -- it takes a while to develop that skill.

1    Q    Okay.  What about cutting brake cylinders?

2  Do you know if Mr. Lahadern ever cut brake cylinders

3  out of --

4    A    No, I have no firsthand knowledge of that.

5    Q    Okay.  And what about reporting a damaged

6  switch?  Do you know if Mr. Lahadern ever had been

7  disciplined for failing to report a damaged switch?

8    A    I don't know that either.

9    Q    Okay.  So what was it in particular about

10  Mr. Lahadern that you thought should have disqualified

11  him from being promoted to engineer?

12    A    Well, first of all, it was his general

13  attitude and his professionalism, and the fact that I

14  had to repeatedly talk to him.

15         But he was Jay Commer's dad's friend, and I

16  was repeatedly told to let him keep going, let him keep

17  going, let him keep going.

18         In fact, I tried to disqualify him from

19  engine service entirely, and he was promoted anyway,

20  and -- with the result of, about two months later he

21  went through his second red signal, and they ultimately

22  had to terminate him, because he fell asleep.  When he

23  woke up, he looked at the signal, looked at the wrong

24  one, and went through a red signal.

25    Q    Okay.  And got terminated for that?

 1  five-minute break.

 2                    (A recess was taken at 3:30

 3                    p.m.; the deposition continued

 4                    at 3:38 p.m.)

 5           MR. JONES:  Back on the record.

 6      Q    (By Mr. Jones)  All right, so we -- we

 7  covered the employees who you could from memory today,

 8  not having lists available to you, covered the

 9  employees who were Caucasian and promoted to engineer

10  where you had concern; felt that perhaps they should

11  not have been.

12      A    Uh-huh.

13      Q    What I'd like to do now is look at sort of a

14  converse of that, and I know Mr. Campbell may be in

15  this group, but are there any African Americans that

16  you can recall who tried to get promoted to engineer,

17  who didn't make it, who you felt should have?

18      A    John would be the primary one, because he

19  stands out as the most -- you know, he tried the

20  hardest.

21           The only other one I can think of is Frank

22  Caron, and they wouldn't hire him, and he went down to

23  San Jose to PCS, and he was hired down there, because

24  he couldn't get a break at Oakland.

25      Q    Now, is Caron C-A-R-O-N?

1       A     Yeah.

2       Q     African American?

3       A     I think mixed.  You know, I don't know his

4   total ethnicity, but, you know, he's -- I think he's

5   got an African American father and a --              .

6                   (A discussion was had off

7                    the record.)

8       Q     (By Mr. Jones)  Okay.  Now, with respect to

9   Mr. Caron, were you involved in any way --

10      A     Yes.

11      Q     Let me finish my question.  I'm sure you've

12  completely predicted where it was going, but let's make

13  sure we have a clear record.

14          With respect to Mr. Caron, were you involved

15  in any way with the -- in the process that resulted in

16  the decision that Mr. Caron would not be promoted?

17      A     Yes.

18      Q     Okay.  Can you explain to me what your

19  involvement was?

20      A     I voted for him.  I think it was a three-to-

21  two vote against him, and I was in the minority.

22      Q     Who else voted for Mr. Caron?

23      A     The -- the HRD, the personnel person, and

24  myself.

25      Q     And then who voted against Mr. Caron?

1    A    Mr. Shelton, Mr. Edson, and then Jay Commer.

2    Q    And do you remember what the basis was for

3  their votes against him?

4    A    They didn't -- Yeah.  They said that he

5  wasn't smart enough to be an engineer.

6    Q    Did they base that on anything in particular

7  that they revealed to you?

8    A    They said they based it on his answers during

9  the interview.

10    Q    Did they identify in particular any answers

11  to you?

12    A    No.

13    Q    Did you question them all about which answers

14  they felt were deficient?

15    A    Yes.

16    Q    What did you ask them?

17    A    I asked them -- well, I -- it was -- it was

18  obvious that he was nervous, you know, and he was way

19  more articulate when he was calm, and he wanted the job

20  so bad that he kind of stumbled over his words and

21  things, and I asked them to make allowances for that.

22        And they said that being an engineer is a

23  stressful job, and maybe if he's under stress when he's

24  up on the engine, he couldn't handle it, he wasn't

25  smart enough to be able to, if he was stressed, to --

1   but I disagreed.

2        Q    Okay.  Was there anything about anything

3   Mr. Shelton said or did during that interview process

4   that led you to believe that his decision toward

5   Mr. Caron was racially motivated?

6        A    Well, let me just say this.  Steve Shelton

7   will go along with whomever is in power, what their

8   attitude is.  He really doesn't have an opinion, or

9   will not state his own opinion, so whatever the

10  prevailing powerful person in the room -- Steve's not

11  the kind to take a stand on anything, so he didn't ever

12  say anything.  He never stands up and says anything of

13  his own volition.

14       Q    Okay.

15       A    I've never known him to ever do that, in my

16  entire experience with him.

17       Q    What about with respect to Mr. Edson?  Was

18  there anything that Mr. Edson said or did that led you

19  to believe that his decision toward Mr. Caron was

20  racially motivated?

21       A    No.

22       Q    And then with respect to Mr. Commer, Jay

23  Commer, was there anything he said or did in the

24  interview process that led you to conclude that his

25  decision toward Mr. Caron was racially motivated?

1    Q    Okay.  Keeping in mind the safety violations

2    that you were aware of that related to Mr. Campbell, do

3    you know anyone who got promoted to the engineer

4    position who had a similar set of safety violations?

5    A    Yeah.

6    Q    Who?

7    A    I don't know specifically, but there's --

8    there's several that had rookie mistakes like John

9    made.  A couple rookie, or one rookie mistake that I

10   can think of, that really wasn't disqualifying.

11   Q    Okay.  And I think you've given me all of the

12   examples of people whose names you recall where the

13   one-year rule was waived; is that right?

14   A    I don't know all of them --

15   Q    Right.

16   A    -- but I've given you my best recollection.

17   Q    And I think you had one gentleman by the name

18   of Tony --

19   A    Onisko.

20   Q    -- Onisko.  Were there any others that you're

21   aware of?

22   A    Probably, but I don't recall off the top of

23   my head right now.

24   Q    Okay.  And then are you aware of any

25   Caucasian employees who had safety violations that were

1    similar to Mr. Campbell's, including the event that you

2    heard about in July of 2004, who were not terminated?

3        A    Yes.

4        Q    And who would that be?

5        A    My last student before I left Amtrak, Rick --

6    I forget Rick's last name.   Edwards, Rick Edwards.

7        Q    What safety violations with Rick were you

8    aware of?

9        A    He was an electrician, and he was accused of

10   falsifying some testing and not doing his work, and he

11   was promoted anyway.

12       Q    Was that the only issue with Mr. Edwards that

13   you're aware of?

14       A    No.   That's -- that's the most -- Well, yeah.

15   Yeah.   He had all kinds of managerial -- he had

16   problems with management.   But he was promoted away

17   instead of terminated.

18       Q    What position was he promoted to?

19       A    Locomotive engineer.   And he did not have a

20   year's service, even as an electrician with the

21   company.

22       Q    When did that occur?   Do you know?

23       A    Last year sometime.   And I'm so conversant

24   with it because I just was training him in December.

25   It wasn't very long ago that I was training him, and he

1    was hard to train because he didn't have very much

2    experience.

3         Q    Okay.  Who was involved in the decision to

4    promote him?

5         A    He told me Steve Shelton was.  Lou Bellotti.

6         Q    So now when you say locomotive engineer,

7    that's the same position that Mr. Campbell was applying

8    for?

9         A    Yes.

10        Q    Now, you said he was -- he was accused of

11   false testing.  Do you know whether or not the

12   accusation of false testing resulted in an

13   investigation?

14        A    It did.

15        Q    And do you know if it resulted in a

16   determination that the accusation was true?

17        A    It was upheld, yes.

18        Q    Okay.  Do you know what kind of testing it

19   was?

20        A    Sure.

21        Q    What was it?

22        A    It was testing the electrical circuit for the

23   head end power.

24        Q    I'm sorry, could you say what kind of power

25   that was?

1    service.

2        Q    Okay.   Was there any other source of

3    information about the accusation that was made against

4    Mr. Edwards, other than Mr. Edwards himself and Rick

5    O'Shea?

6        A    Pat O'Shea.

7        Q    Pat O'Shea.

8        A    No.

9        MR. JONES:  Okay.  All right.  That's it.

10   Those are -- those are all my questions for the time

11   being.

12       MR. MOORE:  Thank you.

13       I have some questions, sir.

14                    --o0o--

15           EXAMINATION BY MR. MOORE

16

17       Q    With respect to the split switch incident,

18   when did that occur?

19       A    Sometime in the early morning.

20       Q    I mean, what year?

21       A    I think it was, like, ninety-nine or 2000,

22   something like that.

23       Q    Could you tell us -- explain for us, rather,

24   I should ask you -- could you describe the promotional

25   process that existed at Amtrak at the time you were

1  working there?

2          MR. JONES:  Vague and ambiguous; overbroad.

3          MR. MOORE:  You can answer.

4          THE WITNESS:  The selection process was,

5  people that wanted to be locomotive engineers had to

6  be -- the policy back then was, you had to be in train

7  service for a year, but that was always violated, and

8  there had to be a fairly good record.  It didn't have

9  to be perfect, but it had to be a pretty good record.

10 Nothing major on your record, to be considered for

11 engine service.

12          And once you're -- a pool of candidates was

13 put in to personnel and personnel would weed that down

14 to eligible candidates, those eligible candidates were

15 given to an interviewing committee.  The interviewing

16 committee asked them standardized questions.

17          After the interview was concluded, the

18 interviewing committee members would vote, and the

19 majority of those people in favor of a candidate would

20 pass the candidate on to Mr. Deely at that time, who

21 was the division superintendent, and he would accept or

22 reject those candidates from the interviewing officers.

23          And that's how it was done.

24     Q     (By Mr. Moore)  So the final decisionmaking

25 was -- the final decisionmaker with respect to

1   promotions was Mr. Deely?

2       A    Absolutely.

3       Q    All right.  And how was the interview

4   committee selected, if you know?

5       A    One person was from the personnel department,

6   one or two candidates, either the supervisor, immediate

7   supervisor, and another member of management, and a

8   member of the union organization that represented the

9   engineers was invited.  There was between four and five

10  members on the committee.  Sometimes as low as three.

11  But always an odd number.

12      Q    Now, was it your understanding that the

13  process would involve the employee's immediate

14  supervisor being on the committee?

15      A    Yes.

16      Q    And at what period of time was that the

17  process with respect to the formation of the

18  interviewing committee?

19      A    At what time?

20      Q    Yes.  I mean, in terms of years.

21      A    That's standard still today in the personnel

22  procedures manual.  That's -- that's a -- the stated

23  policy in the personnel manual.

24      Q    And during the time from 2000 -- from 1999 up

25  until 2002, now, you were Mr. Campbell's immediate

1      Q    What was his response?

2      A    He said, "Thank you for your time."

3      Q    And that was the end of that?

4      A    Yes.  I was dismissed.

5      Q    Do you know of any other employees who were

6  promoted -- who came before interviewing committees in

7  which their immediate supervisor did not take part?

8           MR. JONES:  Objection; overbroad; lacks

9  foundation.

10          THE WITNESS:  I'm sure there was other

11 instances.  I don't know.

12     Q    (By Mr. Moore)  You indicated earlier in your

13 testimony that, if you were given some names, it might

14 refresh your recollection as to the employees who were

15 promoted to engineer positions but who had safety

16 violations.  Do you recall that?

17     A    Yes.

18     Q    I've been made to understand that the

19 following persons that I'm -- whose names I'm going to

20 call out at this time were promoted in the year 2000,

21 and I ask you to listen and see if it refreshes your

22 recollection as to whether or not any of them had

23 safety violations.

24     A    Okay.

25     Q    E. A. Ohman, O-H-M-A-N?

1    A    Yes, I know her.

2    Q    Do you know whether or not she had safety

3 violations?

4    A    She had a really major one.

5    Q    And what was that?

6    A    She was working for the Union Pacific

7 Railroad, and she went through a red signal, and she

8 occupied main track without authority.

9    Q    What is a red signal?

10    A    Stop signal.

11    Q    And what does that mean, to occupy main track

12 without authority?

13    A    If you occupy a main track without authority,

14 you violate that space, and the implication and the

15 meaning is that, two trains cannot occupy the same

16 space at the same time, so only one train is allowed in

17 that space.

18        So what she did is, she went into an -- onto

19 a track where she did not have authorization.  That

20 could have resulted in a collision, because there might

21 have been another train in there.

22    Q    And the purpose of that rule is to prevent

23 train collisions?

24    A    Yes.

25    Q    S. L. McLauchlin, M-C-L-A-U-C-H-L-I-N?

1          A      The safety concern was, is that he couldn't

2    climb ladders and he couldn't -- and that was the

3    safety consideration, but we felt that it wasn't valid.

4          Q      You would agree that reasonable people may

5    have reached a different conclusion with respect to him

6    because of this ADA problem?

7          A      Yes.

8          Q      J. R. Kyles, K-Y-L-E-S?

9          A      Josh Kyles.

10          Q      And do you know whether or not Mr. Kyles had

11    any major safety violations?

12               MR. JONES:  Lacks foundation.

13               THE WITNESS:  He did.

14               MR. MOORE:  Go right ahead.

15               THE WITNESS:  He did.  He had several hard

16    couplings in the yard that he was involved with when I

17    was a supervisor.

18               I am aware of, and I know Josh real well,

19    because his father and my father are good friends and

20    I've been a friend of his family for a long time, and

21    he had trouble.

22               I don't remember all the specifics, but there

23    were several safety things that he needed help with

24    before he was allowed to be an engineer.

25          Q      (By Mr. Moore)  And you say he'd had two hard

1    couplings?

2       A    At least.

3       Q    Okay.  And you explained to us this morning

4    what a hard coupling is; is that correct?

5       A    That's correct.

6       Q    And when you reference him as having had hard

7    couplings, you're referring to the same type of

8    incident?

9       A    Yeah.  Over four-mile-an-hour couplings.

10      Q    All right.  G. B. Santos, S-A-N-T-O-S?

11      A    Greg Santos.

12      Q    Yes.  Do you know Santos?

13      A    Yes, I do.

14      Q    Did he have any major violations?

15      A    Yes, he --

16           MR. JONES:  Lacks foundation.

17           THE WITNESS:  Yes, he did.

18      Q    (By Mr. Moore)  And what were they?

19      A    He violated restricted speed on the Wisconsin

20   Central Railroad as a conductor before we hired him;

21   however, some time had gone by, and he had taken some

22   corrective action, and we felt sure that -- it was a

23   very serious safety violation, but he had grown from

24   that, and he probably wouldn't repeat it.

25      Q    And what is restricted speed?

1       A    Restricted speed means the speed slow enough
2    to stop half the range of vision.
3           It means that you're in a track where
4    anything could happen, and so you go at a speed not to
5    exceed twenty miles an hour, where you can see what
6    you're doing and you can -- you're at a speed that you
7    can stop at any time you call for a stop.
8           And he was caught doing thirty-five miles an
9    hour, way, way, in excess, and it was on his record
10   when we hired him, but it had been two or three years
11   before, and he'd had a good record ever since.
12      Q    All right.
13      A    And we felt that he had learned his lesson,
14   and we still promoted him anyway.
15      Q    All right.  B. Wilson?
16      A    Brian Wilson.
17      Q    Yes.
18      A    Caucasian.
19      Q    Do you know whether or not he had any major
20   safety violations?
21           MR. JONES:  Objection; lacks foundation.
22           MR. MOORE:  You may answer.
23           THE WITNESS:  He did.
24      Q    (By Mr. Moore)  And what were they?
25      A    He put a car on the ground over on -- in what

1  we call the Oakland terminal, OTR, at the shed.

2      Q    And what do you mean by, "put a car on the

3  ground"?

4      A    He shoved off the end of a track.

5      Q    So the car was completely off the track?

6      A    Just one -- one set of one wheels.  He caught

7  it real quick.

8      Q    And he was promoted?

9      A    Absolutely.

10      Q    Do you know of any other persons -- Strike

11  that.

12      Do you know of any other safety violations

13  that Mr. Wilson may have had?

14      MR. JONES:  Lacks foundation.

15      THE WITNESS:  Yes, but I don't recall the

16  specific type and --

17      Q    (By Mr. Moore)  All right.  I'm going to go

18  to the year 2001, and I have been given the name of J.

19  Waterhouse.  Are you familiar with that name?

20      A    Yeah.  John Waterhouse.  Sure.

21      Q    And he's Caucasian?

22      A    Yes.

23      Q    Do you know whether or not he had any major

24  safety violations?

25      MR. JONES:  Lacks foundation.

1          THE WITNESS:  He had.

2      Q    (By Mr. Moore)  And would you tell us what

3 they were?

4      A    He was working for Union Pacific, and he had

5 a speeding violation that had happened when he was a

6 probationary engineer.

7          However, we hired him, and we -- it was my

8 job to evaluate his performance, and after a certain

9 length of time, after several evaluations, it was clear

10 to me that he was a good engineer, and that he had had

11 an unfortunate incident, you know, in the beginning and

12 he had learned from that, and it made him a better

13 engineer because of it.

14      Q    R. Ward, W-A-R-D?

15      A    Robert Ward.

16          MR. MOORE:  Yes.

17          MR. JONES:  Is the question at this point,

18 does he have any safety violations?

19          MR. MOORE:  That's going to be the question,

20 yes.

21          MR. JONES:  Okay.  I'm --

22          MR. MOORE:  My question is whether he was

23 Caucasian.  That's the next question.

24          THE WITNESS:  Did he have safety violations?

25      Q    (By Mr. Moore)  No.  My next question is, is

1    he Caucasian?

2        A    Yes.

3        Q    And did he have a major safety violation?

4        A    Yes.

5            MR. JONES:  Lacks foundation; move to strike

6    to interpose the objection that it lacks foundation.

7            Could I ask you, just on --

8            MR. MOORE:  No, no.  I'm asking questions

9    now.

10           MR. JONES:  No, no, I'm going to ask him to

11   give me a moment in between the question and answer to

12   give me a space in time to object if I need to.

13           MR. MOORE:  All right.  You can object.  I'm

14   sure you have your opportunity to object.

15       Q    (By Mr. Moore)  Did we have an answer to the

16   question of whether he had major safety violations?

17       A    Yes.

18           MR. JONES:  Same objection.

19       Q    (By Mr. Moore)  Okay.  And what was it?

20       A    He ran through a switch over at Schnitzer

21   Steel, which was the training facility that we were

22   using.

23       Q    And what does that mean, he ran through a

24   switch?

25       A    Same thing that Mr. Campbell was accused of.

1  He went through the switch.  It was bent for -- the

2  other direction, and he went through it and bent the

3  rail up.

4      Q    And what does that mean, when the rail is

5  bent up?

6      A    Well, you know, somebody has to come out and

7  fix it, and it costs money and time.

8           But in that case, the track was very weedy,

9  and there was garbage all over it, and it was

10 nighttime, and I was the person that made the judgment

11 on it that, you know, a new guy, in the middle of the

12 night, had a really, you know, overgrown track.

13          There was extenuating circumstances, and I

14 didn't hold it against him.  It was a good learning

15 experience for Robert.

16     .Q    Okay.  C. M. Skinner, S-K-I-N-N-E-R?

17      A    Chad Skinner.

18      Q    Yes.  Is he Caucasian?

19      A    Yes.

20      Q    And do you know whether or not he had any

21 major safety violations?

22          MR. JONES:  Lacks foundation.

23          MR. MOORE:  You may answer.

24          THE WITNESS:  Yes.

25      Q    (By Mr. Moore)  And what were his violations?

1    A    He had -- I think it was, he forgot to tie

2    the brakes on a cut of cars that he left standing in

3    the coach yard, and he was counseled.

4         And subsequently I investigated that, more

5    than one time over a period of time, and never found

6    him to ever leave brakes off the cars again.

7         And that was a good learning experience,

8    something that he never repeated, and so he qualified

9    for engine service.

10    Q    What is -- what does that mean, forgetting to

11    tie the brakes?

12    A    There's a hand brake on each and every car,

13    and when you leave them alone without being attached to

14    a train, it's got to stay secure in one place, and you

15    need to tie a brake, a manual brake on the car, as well

16    as rely on the automatic brakes.

17         You don't ever rely on the automatic brakes

18    to hold a car.  You make sure it's cinched down with

19    the chain.

20         And whenever you leave a car somewhere, you

21    cinch it down to make sure it's secure and won't roll

22    around.

23    Q    All right.  K. Powell?  Do you -- are you

24    familiar with that name?

25    A    Yes.

1    Q    And is that a male or female?

2    A    Male.

3    Q    And is he Caucasian?

4    A    Caucasian.

5    Q    Do you know whether or not he had any major

6    safety violations?

7    A    Several.

8         MR. JONES:  Objection; lacks foundation.

9    Q    (By Mr. Moore)  And what were they?

10   A    Several.  He ran into another train with

11   his -- with his cut of cars.

12   Q    Was that the only violation?

13   A    I don't know if it was the only one, but it's

14   the one that stands out in my mind.

15   Q    Okay.  So he actually collided with a train?

16   A    Yes, he did.

17        MR. JONES:  Asked and answered.

18   Q    (By Mr. Moore)  Is that correct?

19   A    Yes.

20   Q    And he was promoted to -- to engineer?

21   A    Yes.

22   Q    Do you recognize the name of T. Evans?

23   A    No.

24   Q    W. Giddings, G-I-D-D-I-N-G-S?

25   A    Wayne Giddings, yes.

```
1              FURTHER EXAMINATION BY MR. JONES

2

3       Q    You made a statement in response to a

4  question from Mr. Moore that Mr. Deely was the person

5  who made the final decisions on promotions.

6       A    Yes.

7       Q    How is it you know that Mr. Deely was the

8  person who made the final decision?

9       A    That was policy.  That's the only way people

10 were -- there's the -- a 2000; there's the form that

11 Amtrak uses.  It's a personnel requisition form, and no

12 2000 forms were ever submitted unless they went through

13 Juanita McCumson, who was Deely's secretary.

14           Deely had to see every single personnel

15 action request, and I don't know if John's personally,

16 but every single one had to come through Joe's office

17 before it was handed off and approved.

18           You may sign it, but it had to go to Joe

19 before it was sent to personnel to take any kind of

20 personnel action request, whatever that was, in any

21 department.

22      Q    Okay.  But do you -- do you know what

23 Mr. Deely actually did with these personnel action

24 forms when they came through his office?

25      A    I don't know what he actually did, but what
```

1  he was supposed to do, what I was told he did, was

2  approve or disapprove each and every one.

3      Because I had made some personnel action

4  requests, sent them to him, that he told me not to put

5  through, or to modify in some way, or --

6      Over the years, he was the person that made

7  all personnel decisions in the district, period.

8    Q    Okay.  What I'm trying to find out, though,

9  is your knowledge of what in fact Mr. Deely did.

10 You're telling me that he was the guy who made these

11 final decisions, and I'm trying to find out the basis

12 of your knowledge, and you've told me some of it.

13      My understanding is, personnel action forms

14 went to his office and got funneled at least to --

15 initially to a woman who worked with Mr. Deely; is

16 that right?

17    A    Yes.  Juanita McCumson.  She was his personal

18 secretary.

19    Q    All right.  And she would take those and give

20 them to Mr. Deely?

21    A    Yeah.  She would -- Mr. Deely had to approve

22 each and every personnel action request, or disapprove

23 of it.

24    Q    But do you know if she actually gave them to

25 Mr. Deely?

1    A    Yes.

2    Q    Did you witness any of them?

3    A    No.

4    Q    Did you become aware of them based upon

5  information that others told you about?

6    A    And my own personal investigation.

7    Q    Okay.  When you talk about your own personal

8  investigation, does a hard coupling leave physical

9  evidence?

10    A    Yes.

11    Q    Okay.  And do you remember at about what

12  point in time in Mr. Kyle's career with Amtrak the hard

13  couplings occurred?

14    A    When he was brand new.

15    Q    Okay.  And how long after that was he

16  promoted to engineer, finally?

17    A    Less than a year.

18    Q    Less than a year after the hard couplings?

19    A    Yes.

20    Q    Okay.  And were the hard couplings the only

21  event that you can recall with Mr. Kyles?

22    A    At this point, it's the only ones I can

23  recall.

24    Q    Okay.  With regard to G. B. Santos, you

25  indicated that there was a violation of restricted

1     speed on the Wisconsin Central.

2          A     Southern.

3          Q     The Wisconsin Southern?

4          A     Right.

5          Q     Okay.  And is the Wisconsin Southern a

6     railroad other than Amtrak?

7          A     Yes.

8          Q     Okay.  So you have no firsthand knowledge

9     about that event, do you?

10          A     Just what I read in his personnel file, and

11    what he explained to me during the interview.

12          Q     Okay.  With regard -- and -- oh, was he an

13    engineer already when he came to Amtrak?

14          A     No.

15          Q     Did he have any other major safety violations

16    at Amtrak prior to his promotion to engineer?

17          A     No.

18          Q     Then there was a B. Wilson, who you indicated

19    put a car on the ground in Oakland.  Did you learn

20    about that through -- through your investigation?

21          A     Yes.

22          Q     And was there physical evidence that --

23          A     Sure.

24          Q     And then you spoke to Mr. Wilson?

25          A     Sure.

1      Q      Now, when in his career did that event occur?

2      A      Oh, just a few months before he was

3  considered for engine service.

4      Q      Okay.  And then a few months after he was --

5  well, a few months after this incident in Oakland, was

6  he then promoted?

7      A      Yes.

8      Q      And was that the only major safety violation

9  that you recall with him?

10     A      Yes.

11     Q      With regard to John Waterhouse, you indicated

12 that there was an incident that occurred while he was

13 working for the Union Pacific.

14     A      Yes.

15     Q      So is that something that you learned from

16 Mr. Waterhouse?

17     A      And his personnel record.

18     Q      Okay.  But no firsthand knowledge of the

19 incident?

20     A      No.

21     Q      And when he came to Amtrak, was he already

22 working for Union Pacific as an engineer?

23     A      Yes.

24     Q      Was he hired directly into the engineer's

25 position?

1      A      Yes.

2      Q      You mentioned that an R. Ward --

3      A      Robert Ward.

4      Q      -- Robert Ward ran through a switch at -- I

5  think you said Switzer?

6      A      Schnitzer.

7      Q      -- Schnitzer Steel, and is that something he

8  did while he was with Amtrak?

9      A      Yes.

10     Q      And was he already an engineer?

11     A      No.

12     Q      How long before he was promoted to engineer

13 do you recall that occurring?

14     A      Just a couple of months.

15     Q      You mentioned there was -- backing up to

16 Robert Ward for a second, did you consider Mr. Ward's

17 mistake to be a major violation?

18     A      No.

19     Q      With regard to C. M. Skinner --

20     A      Yes.

21     Q      -- you indicated that he had forgotten to tie

22 brakes; is that right?

23     A      Yes.

24     Q      And is that something that he forgot to do

25 while he was employed with Amtrak?

1    A    Yes.

2    Q    How far in advance of his promotion to

3  engineer did that event occur?

4    A    Just one or two months.

5    Q    And how is it you know about the events with

6  Mr. Skinner?

7    A    I caught him, in an efficiency test.

8    Q    Okay.  So you were observing his work, and

9  you noticed that he hadn't tied the brakes?

10    A    Yes.

11    Q    Okay.  And what about with Mr. -- with

12  Mr. Schnitzer, you actually investigated the bent rail;

13  is that right?

14    A    No.  Not Mr. Schnitzer.  It's Schnitzer

15  Steel.  It's Mr. Ward.

16    Q    Thanks.  Mr. Ward.

17    A    Yes.

18        Mr. Ward, I went over and saw the conditions,

19  and it was so extenuating that it was nothing to talk

20  to him about.  It was hardly his fault.

21    Q    Okay.

22    A    But a more experienced person wouldn't --

23  would have cleared the brush and stuff, and not made

24  those assumptions that a new person would.

25    Q    Okay.  Then was it Mr. Skinner who you had

1  indicated had hit a train?

2      A    No.

3      Q    Who was that?

4      A    That was Kenny Powell.  P-O-W-E-L-L.

5      Q    And did that occur while he was employed with

6  Amtrak?

7      A    Yes.

8      Q    And did it occur before or after he was an

9  engineer?

10     A    Before.

11     Q    How far in advance of his promotion to --

12     A    Maybe six months.  And it was at the Oakland

13 diesel shop.  It was a sideswipe.

14     Q    Can you explain what that all means to me?

15 How do you hit a train in a sideswipe?

16     A    Well, there was a -- there was -- it's called

17 the short -- short way, and there was a train, and it

18 was out to foul.

19         It was coming into the diesel shop, and

20 instead of stopping short and waiting, or making sure

21 that there was an adequate distance for the two pieces

22 of equipment to clear, they scraped sides as they went

23 by each other.

24     Q    Then, with respect to T. Evans, you didn't

25 recall any events?

1          REPORTER'S CERTIFICATE

2          I certify that the witness in the foregoing

3  deposition,

4          MARK CARL SCHULTHIES,

5  was by me duly sworn to tell the truth, the whole truth

6  and nothing but the truth in the within-entitled case;

7  that said deposition was taken at the time and place

8  named herein; that the testimony of said witness was

9  reported by me, a duly certified shorthand reporter and

10  a disinterested person, and was thereafter transcribed

11  under my direction into typewriting.

12          I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the case named in said caption.

16          Dated March 27, 2007.

17

18

19

20          MERRY C. GESNER
            Certified Shorthand Reporter
            State of California
21          Certificate No. 8819

22

23

24

25