PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>Defendants. | NO. C05-5434 CW<br><br>**NOTICE OF UNAVAILABILITY** |

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Attorney Pamela Y. Price of Price And Associates will be unavailable from April 16, 2008 through May 16, 2008.

Dated: April 8, 2008

PRICE AND ASSOCIATES

*/s/ Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for Plaintiff JOHN EARL CAMPBELL

1143P226PYP

NOTICE OF UNAVAILABILITY (C05-5434 CW))