PATRICK C. MULLIN (SBN 72041)
CARA CHING-SENAHA (SBN 298467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>  Defendants. | Case No. C05-05434 MJJ<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO: THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Attorney Patrick C. Mullin of Jackson Lewis LLP, counsel for Defendants, will be unavailable from February 19, 2008 through June 30, 2008.

Date: April 17, 2007                JACKSON LEWIS LLP


By: /s/ Patrick C. Mullin
PATRICK C. MULLIN
CARA CHING-SENAHA
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE
DEELY

Case No. C05-05434 MJJ

Notice of Unavailability