| | |
|---|---|
| 1 | PATRICK C. MULLIN (SBN 72041)<br>CARA CHING-SENAHA (SBN 298467) |
| 2 | JACKSON LEWIS LLP<br>199 Fremont Street, 10th Floor |
| 3 | San Francisco, California 94105<br>Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |
| 5 | Attorneys for Defendants<br>NATIONAL RAILROAD PASSENGER |
| 6 | CORPORATION dba AMTRAK and JOE DEELY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>    Defendants. | Case No. C05-05434 CW<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br><br>Complaint Filed:  12/30/05<br>FAC Filed:          02/23/06 |

TO THE HONORABLE CLAUDIA WILKIN, THE CLERK OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that effective April 22, 2008, Kathleen Maylin (SBN 155371) is no longer associated with the above-entitled case.

PLEASE TAKE FURTHER NOTICE that Patrick Mullin (SBN 72041) hereby appears as lead counsel for Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and JOE DEELY. Cara Ching-Senaha (SBN 298467) remains as second chair for the aforementioned Defendants.

1  All pleadings, correspondence and other case-related information should continue to be
2  served on the following attorneys of record:

3
      Patrick Mullin (State Bar No. 155371)
      Cara Ching-Senaha (SBN  298467)
4       JACKSON LEWIS LLP
      199 Fremont Street, 10th Floor
5       San Francisco, California  94105
      Telephone:   (415) 394-9400
6       Facsimile:    (415) 394-9401
      E-Mail:      Mullinp@jacksonlewis.com
7                        Ching-senahac@jacksonlewis.com

8

9  Date:  April 22, 2008             JACKSON LEWIS LLP

10

11                            By: /s/ Patrick C. Mullin
                              PATRICK C. MULLIN
12                               CARA CHING-SENAHA
                              Attorneys for Defendants
13                               NATIONAL RAILROAD PASSENGER
                              CORPORATION dba AMTRAK and JOE
14                               DEELY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C05-05434 CW

Notice of Change in Counsel