1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL.,

        Plaintiff(s),

  vs.

NATIONAL PASSENGER RAILROAD CORP..

        Defendant(s).
_____/

NO:  C-05-5434 CW (MEJ)

NOTICE AND ORDER SCHEDULING
SETTLEMENT CONFERENCE

PLEASE TAKE NOTICE that this case has been  scheduled for a Settlement Conference before
Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **August 5,
2008,  at 10:00 a.m**. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate
Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall immediately notify the
Court if this matter settles or is dismissed before the settlement conference date.** On the date of
the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security
entrance to notify the Court of their arrival.

      Settlement Conference statements shall be submitted in accordance with Magistrate Judge
James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which
may be obtained from the Northern District of California's website at
http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,
then choose Magistrate Judge James.

      When filing papers that require the Court to take any action (e.g. motions, calendaring issues,
administrative requests or a request to be excused from attendance), the parties shall, in addition to
filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next
court day following the day the papers are filed electronically.  These printed copies shall be marked

1 "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with

2 Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy

3 of any document with the Clerk's Office that has already been filed electronically. **Any proposed**

4 **orders must also be emailed to: mejpo@cand.uscourts.gov**

5        Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

6 questions.

7

8 IT IS SO ORDERED.

9

Dated:  May 6, 2008

10                                    _____

                                     MARIA-ELENA JAMES
11                                   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California