PATRICK C. MULLIN (SBN 72041)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 CW (MEJ)<br><br>**JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE DUE TO COUNSEL UNAVAILABILITY; ORDER** |

COME NOW Plaintiff John Earl Campbell and Defendant National Railroad Passenger Corporation (aka "Amtrak") (collectively referred to herein as "the Parties") to jointly request that the Court reschedule the case management conference presently set in this matter for June 17, 2008 at 2:00 p.m. before the Honorable Claudia Wilken to July 1, 2008 or July 22, 2008 or to the Court's next available date thereafter, in light of the following circumstances:

JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT
CONFERENCE; ORDER

1          1.      Following reassignment of this case to the Honorable Claudia Wilken, the Court

2    scheduled a case management conference for June 17, 2008 at 2:00 p.m.;

3          2.      Unfortunately, defense trial counsel, Patrick C. Mullin, is unavailable to attend a

4    case management conference on June 17, 2008 because he is currently on a long-scheduled trip

5    to Italy with his family which began the last week of May extending through June 23, 2008.  In

6    addition, Mr. Mullin is scheduled to attend a firm meeting out of state from June 26th through

7    June 30th.

8          3.      For these reasons, the parties and their attorneys of record jointly request the case

9    management conference in this case be scheduled to July 1st or July 22nd or to the Court's next

10   date available thereafter.

11   IT IS SO STIPULATED.

12                                              Respectfully Submitted,

13   Dated:  June 4, 2008                        PRICE AND ASSOCIATES

14

15                                              By:_____/s/_____
                                                PAMELA Y. PRICE
16                                              Attorneys for Plaintiff
                                                JOHN EARL CAMPBELL
17

18                                              Respectfully Submitted,

19

20   Date:  June 4, 2008                         JACKSON LEWIS LLP

21

22                                              By:_____/s/_____
                                                PATRICK C. MULLIN
23                                              CARA CHING-SENAHA
                                                Attorneys for Defendants
24                                              NATIONAL RAILROAD PASSENGER
                                                CORPORATION dba AMTRAK and JOE
25                                              DEELY

26

27

28
                                          2                    Case No. C05-05434 CW (MEJ)
     JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT
     CONFERENCE; ORDER

1

2

## <u>ORDER</u>

Pursuant to the Parties' Stipulation and Joint Request, and finding GOOD CAUSE therefore:

3

4

The case management conference in this matter is hereby scheduled from June 17, 2008

5

to _____, 2008.

6

7

IT IS SO ORDERED.

8

9

DATED: June _____, 2008                    _____

10                                                          HONORABLE CLAUDIA WILKEN
                                                             United States District Judge

11

12

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Jt Stipulation and Request Re Rescheduling of CMC  06 04 08.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT
CONFERENCE; ORDER