PATRICK C. MULLIN (SBN 72041)
CARA CHING-SENAHA (SBN 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive,<br><br>Defendants. | Case No. C05-05434 CW (MEJ)<br><br>**JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE DUE TO COUNSEL UNAVAILABILITY; ORDER** |

COME NOW Plaintiff John Earl Campbell and Defendant National Railroad Passenger Corporation (aka "Amtrak") (collectively referred to herein as "the Parties") to jointly request that the Court reschedule the case management conference presently set in this matter for June 17, 2008 at 2:00 p.m. before the Honorable Claudia Wilken to July 1, 2008 or July 22, 2008 or to the Court's next available date thereafter, in light of the following circumstances:

1. Following reassignment of this case to the Honorable Claudia Wilken, the Court scheduled a case management conference for June 17, 2008 at 2:00 p.m.;

2. Unfortunately, defense trial counsel, Patrick C. Mullin, is unavailable to attend a case management conference on June 17, 2008 because he is currently on a long-scheduled trip to Italy with his family which began the last week of May extending through June 23, 2008. In addition, Mr. Mullin is scheduled to attend a firm meeting out of state from June 26th through June 30th.

3. For these reasons, the parties and their attorneys of record jointly request the case management conference in this case be scheduled to July 1st or July 22nd or to the Court's next date available thereafter.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: June 4, 2008          PRICE AND ASSOCIATES


By:        /s/
    PAMELA Y. PRICE
    Attorneys for Plaintiff
    JOHN EARL CAMPBELL


Respectfully Submitted,

Date: June 4, 2008           JACKSON LEWIS LLP


By:        /s/
    PATRICK C. MULLIN
    CARA CHING-SENAHA
    Attorneys for Defendants
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK and JOE
    DEELY

**ORDER**

Pursuant to the Parties' Stipulation and Joint Request, and finding GOOD CAUSE therefore:

The case management conference in this matter is hereby scheduled from June 17, 2008 to ___July 22___, 2008.

IT IS SO ORDERED.

DATED: June __10__, 2008

*Claudia Wilken*
HONORABLE CLAUDIA WILKEN
United States District Judge

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Pleadings\Jt Stipulation and Request Re Rescheduling of CMC 06 04 08.doc

3   Case No. C05-05434 CW (MEJ)
JOINT REQUEST AND STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE; ORDER