PAMELA Y. PRICE, ESQ. (STATE BAR NO.107713)
DANIEL MARTINEZ DE LA VEGA (STATE BAR NO. 255885)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone:(510)452-0292
Facsimile: (510)452-5625

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | NO. C05-5434 CW |
| Plaintiff, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, et al., | |
| Defendants. | |

**TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Attorney Pamela Y. Price of Price And Associates will be unavailable from August 25, 2008, through August 29, 2008, and from September 22, 2008, through September 25, 2008.

Dated: August 20, 2008

PRICE AND ASSOCIATES

/s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for
Plaintiff JOHN EARL CAMPBELL