1 | Patrick C. Mullin (SBN 72041)
2 | Dylan B. Carp (SBN 196846)
  | JACKSON LEWIS LLP
3 | 199 Fremont Street, 10th Floor
  | San Francisco, California  94105
4 | Telephone:  (415) 394-9400
  | Facsimile:  (415) 394-9401

5 | Attorneys for Defendants
  | NATIONAL RAILROAD PASSENGER
6 | CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN EARL CAMPBELL, | Case No. C05-05434 CW |
|---|---|
| Plaintiff, | **STIPULATION REGARDING UNOPPOSED MOTIONS *IN LIMINE* AND ORDER** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive, | Pretrial Conf: January 13, 2009<br>Time: 2:00 p.m.<br>Courtroom: Ctrm 2, 4th Floor, 1301 Clay Street, Oakland |
| Defendants. | Judge: Hon. Claudia Wilken<br>Trial: February 9, 2009 |

1                                                              Case No. C05-05434 CW
STIPULATION REGARDING UNOPPOSED MOTIONS *IN LIMINE* AND [PROPOSED] ORDER

Plaintiff John Earl Campbell and Defendant National Railroad Passenger Corporation ("Amtrak") hereby stipulate that the following motions *in limine* are unopposed and request that the Court sign the proposed order below.

I. Plaintiff's motions.

   A. Motion in Limine to exclude evidence of Plaintiff's prior workers compensation lawsuit and settlement in 1992.

   B. Motion in Limine to exclude reference to Plaintiff's counsel's prior and current representation in cases against Defendant Amtrak, Joe Deely, and Steve Shelton.

   C. Motion in Limine to exclude any discussion of when Plaintiff sought legal counsel and filed this lawsuit.

   D. Motion in Limine to exclude evidence of Plaintiff's use of his savings and insurance payments after his termination from Amtrak.

II. Defendant's motions.

   A. Motion in Limine to exclude any evidence on the subject of the *Morgan v. Amtrak* or *Howard v. Amtrak* actions previously tried in the Northern District of California or the *Campbell v. Amtrak* class action filed in the U. S. District Court for the District of Columbia, as well as any other lawsuit, claim, charges, verdict, settlement, consent decree or legal judgment against or involving Amtrak.

   B. Motion in Limine to exclude evidence or mention of the expenses of litigation and/or attorney's fees incurred and mention of the size, locale, and nature of practice of any party's law firm in this case, as well as the number of attorneys who have worked on this case.

/
/
/
/
/
/
/

C. Motion in Limine to exclude any witness who is not a designated party representative from attending or observing any aspect of the trial prior to their testimony.

Respectfully submitted,

Date: January 6, 2009              JACKSON LEWIS LLP

By: s/Dylan B. Carp
    Patrick C. Mullin
    Dylan B. Carp
    Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK, and
    JOE DEELY

Date: January 6, 2009              PRICE AND ASSOCIATES

By: s/Pamela Y. Price
    Pamela Y. Price
    Attorney for Plaintiff
    JOHN EARL CAMPBELL

**ORDER**

The Court, having reviewed the above Stipulation, GRANTS the unopposed Motions *In Limine* listed above.

It is so ordered.

Dated: January _13, 2009

Hon. Claudia Wilken
U.S. District Court Judge

H:\N\National Railroad Passenger Corp (40707)\Campbell (89560)\Trial Prep\Mtns in Limine\Revised and Final MILs\DBC Revisions\20090105 Stip re MIL.doc

Case No. C05-05434 CW