1    PATRICK C. MULLIN (SBN 72041)
     DYLAN B. CARP (SBN 196846)
2    JACKSON LEWIS LLP
     199 Fremont Street, 10th Floor
3    San Francisco, California 94105
     Telephone: (415) 394-9400
4    Facsimile: (415) 394-9401

5    Attorneys for Defendant
     NATIONAL RAILROAD PASSENGER
6    CORPORATION dba AMTRAK

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN EARL CAMPBELL,                    Case No. C05-05434 CW

12              Plaintiff,                  **APPLICATION AND ORDER FOR
                                            TRIAL EQUIPMENT AND SUPPLIES
13        v.                                TO BE ALLOWED THROUGH
                                            SECURITY**
14   NATIONAL RAILROAD PASSENGER
     CORPORATION dba AMTRAK, JOE DEELY      Date:       January 13, 2009
15   and DOES 1 through 15 inclusive,       Time:       3:00 p.m.
                                            Location:   Ctrm 2, 4th Floor,
16              Defendants.                             1301 Clay Street, Oakland, CA
                                            Judge:      Hon. Claudia Wilken
17

18                                          Complaint Filed:   12/30/05
                                            FAC Filed:         02/23/06
19                                          Trial Date:        02/09/09

20

21          Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK

22   ("Defendant"), hereby requests the Court to issue an Order allowing Defendant to bring through

23   security for the trial of the above action, starting February 9, 2009, before the Honorable Claudia

24   Wilken, the following items:

25          • Computers in the possession of Patrick C. Mullin, Esq., Dylan B. Carp, Esq., and
              James Jordan, Paralegal;
26

27          • Computer speakers;

28          • Laser printer;

                                               1                    Case No. C05-05434 CW

1      •   Laser printer cartridge;

2      •   Reams of paper;

3      •   Overhead Projector;

4      •   Screen;

5      •   Cart for Overhead Projector;

6      •   Portable Easel with Large Paper Pads;

7      •   Extension Cords;

8      •   Stand; and

9      •   Tape.

10

11 Date: January 13, 2009           JACKSON LEWIS LLP

12

13                   By:    _____

14                                 PATRICK C. MULLIN
                                DYLAN B. CARP

15                                 Attorneys for Defendant
                                NATIONAL RAILROAD PASSENGER
                                CORPORATION dba AMTRAK

16

17

18                         ORDER

19     IT IS SO ORDERED.

20 Date:  January __22_, 2009       _____
                                Honorable Claudia Wilken

21

22

23

24

25

26

27

28

Application and Order for Trial Equipment and Supplies to be Allowed through Security