IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EARL CAMPBELL,

    Plaintiff,

  v.

NATIONAL PASSENGER RAILROAD CORPORATION, et al.,

    Defendants.
                                            /

No. C 05-5434 CW

ORDER CONCERNING PRE-TRIAL SUBMISSIONS

    The parties are not in compliance with the Court's orders made during the January 13, 2009 case management conference. The parties must file all outstanding pre-trial submissions by February 4, 2009.

    IT IS SO ORDERED.

Dated: 2/2/09

                                */s/ Claudia Wilken*
                                CLAUDIA WILKEN
                                United States District Judge