PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
DANIEL MARTINEZ DE LA VEGA (STATE BAR NO. 255885)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

KENDRA FOX-DAVIS (STATE BAR NO. (248757)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94015
Telephone: (415) 543-9444

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | ) NO. C05-05434 CW |
| | ) |
| | ) **ORDER PERMITTING PLAINTIFF TO** |
| Plaintiff, | ) **USE CERTAIN EQUIPMENT DURING** |
| | ) **JURY TRIAL AND TO BRING SUCH** |
| v. | ) **EQUIPMENT INTO <u>COURTHOUSE</u>** |
| | ) **<u>ORDER</u>** |
| NATIONAL PASSENGER RAILROAD | ) |
| CORPORATION dba AMTRAK, JOE DEELY, | ) |
| and DOES 1-15, inclusive, | ) |
| | ) HON. CLAUDIA WILKEN |
| Defendants. | ) |
| | ) |

   Being that a jury trial is scheduled to begin in the above-entitled matter on

February 9, 2009, and being that a request has been made by Plaintiff JOHN CAMPBELL to allow

the use of a projector, a table for projection purposes, a projection screen, an easel, a camera, a set

of laptop speakers, two laptops, and a printer during said jury trial,

1

2

          **IT IS HEREBY ORDERED** that the request to use said equipment during the

jury trial is hereby **GRANTED**; and

3

4

          **IT IS FURTHER ORDERED** that said equipment may be brought into the

5

courthouse in preparation for the jury trial, commencing on February 5, 2009, and continuing

6

through the conclusion of the trial.

7

8

                              2/5/09

Dated: _____                    _____

9                                          HON. CLAUDIA WILKEN
                                           UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1143PTP228PYP

ORDER FOR EQUIPMENT (C05-5434 CW)