1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   DANIEL MARTINEZ DE LA VEGA (STATE BAR NO. 255885)
2  PRICE AND ASSOCIATES
   A Professional Law Corporation
3  The Latham Square Building
   1611 Telegraph Avenue, Suite 1450
4  Oakland, CA  94612
   Telephone:  (510) 452-0292
5  Facsimile: (510) 452-5625

6  KENDRA FOX-DAVIS (STATE BAR NO. 248757)
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
7  SAN FRANCISCO BAY AREA
   131 Steuart Street, Suite 400
8  San Francisco, CA 94015
   Telephone: (415) 543-9444
9
   Attorneys for Plaintiff
10 JOHN EARL CAMPBELL

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14
   JOHN EARL CAMPBELL,              )  NO. C05-5434 CW
15                                  )
          Plaintiff,                )  **ORDER GRANTING PLAINTIFF**
16                                  )  **JOHN CAMPBELL'S REQUEST FOR**
   v.                               )  **HOME ADDRESSES**
17                                  )
   NATIONAL PASSENGER RAILROAD      )  DATE:            FEBRUARY 25, 2009
18 CORPORATION dba AMTRAK, JOE      )  TIME:          8:30 A.M.
   DEELY, et al.,                   )  CTRM:          2, 4TH FLOOR
19                                  )
          Defendants.               )  HON. CLAUDIA WILKEN
20                                  )
                                    )  TRIAL DATE:   February 9, 2009
21 _____)

22

23

24

25

26

27

28

1    **IT IS HEREBY ORDERED** that Defendant Amtrak will forward to Plaintiff John

2  Campbell's counsel the home addresses of  Michael Yacovetti and Ryan Petersen forthwith.

3
        2/25/09
   Dated: _____                          _Claudia Wilken_____
4                                                 HON. CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28