UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN EARL CAMPBELL, | ) | NO. C05-5434 CW |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING BRIEFING SCHEDULE** |
| | ) | **FOR POST-TRIAL MOTIONS** |
| v. | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | DATE:   March 26, 2009 |
| CORPORATION dba AMTRAK, | ) | |
| JOE DEELY and DOES 1 through 15 | ) | |
| | ) | HON. CLAUDIA WILKEN |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, having met and conferred by and through their respective counsel, following a conference with the Court on March 24, 2009, in consideration of the Court and counsel's schedules, have stipulated that the briefing schedule for the parties' post-trial motions may be modified:

IT IS HEREBY ORDERED that

    a.    Plaintiff's motions for injunctive relief and pre-judgment interest shall be filed by April 9, 2009, in a brief not exceeding 15 pages.

    b.    Defendants' opposition papers and cross-motions shall be filed by April 23, 2009, in a single brief not exceeding 25 pages.

    c.    Plaintiff's opposition to Defendant's motions and reply brief for Plaintiff's motions, if any, shall be filed by May 7, 2009, in a single brief not exceeding 25 pages.

      d.     Defendants' reply brief for Defendant's motions, if any, shall be filed by May 14, 2009, not exceeding 15 pages.

      e.     All motions shall be heard on June 11, 2009.

Plaintiff's motion for attorneys' fees shall be filed by June 18, 2009.

4/3/09    *[signature: Claudia Wilken]*

Dated: _____    _____

                                HON. CLAUDIA WILKEN

                                U.S. DISTRICT COURT JUDGE