PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN EARL CAMPBELL, | ) | NO. C05-5434 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~[PROPOSED]~~ ORDER** |
| | ) | **REGARDING MODIFICATION TO BRIEFING** |
| v. | ) | **SCHEDULE FOR POST-TRIAL MOTIONS** |
| | ) | |
| NATIONAL PASSENGER RAILROAD | ) | DATE:        May 7, 2009 |
| CORPORATION dba AMTRAK, | ) | |
| JOE DEELY and DOES 1 through 15 | ) | |
| inclusive, | ) | HON. CLAUDIA WILKEN |
| | ) | |
| Defendants. | ) | |
| | ) | |

        The parties, having met and conferred by and through their respective counsel,

hereby stipulate that the briefing schedule for the parties' post-trial motions may be modified as

follows:

        a.      Plaintiff's opposition to Defendant's motions and reply brief for Plaintiff's
                motions, if any, shall be filed by May 14, 2009; and

        b.      Defendants' reply brief for Defendant's motions, if any, shall be filed by
                May 21, 2009.

1143P315PYP

All other provisions of the briefing schedule ordered by the Court on April 3, 2009 (Doc. 242) shall remain the same.

**IT IS SO STIPULATED.**

Dated: May 7, 2009

Respectfully Submitted,

PRICE AND ASSOCIATES

_/s/ Pamela Y. Price_
PAMELA Y. PRICE, Attorneys for Plaintiff
JOHN EARL CAMPBELL

Dated: May 7, 2009

JACKSON LEWIS LLP
By: _/s/ Dylan Carp_

DYLAN CARP, Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the briefing schedule shall be modified as follows:

| Filing Event | Current Date | New Date |
|---|---|---|
| Plaintiff's Opposition and Reply Brief | May 7, 2009 | May 14, 2009 |
| Defendant's Reply Brief | May 14, 2009 | May 21, 2009 |
| Hearing on All Motions | June 11, 2009 | |

5/8/09

Dated: _____

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE