1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   1611 Telegraph Avenue, Suite 1450
3  Oakland, CA  94612
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: pypesq@aol.com
5
   KENDRA FOX-DAVIS (STATE BAR NO. 248757)
6  LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
   SAN FRANCISCO BAY AREA
7  131 Steuart Street, Suite 400
   San Francisco, CA 94015
8  Telephone: (415) 543-9444

9  Attorneys for Plaintiff
   JOHN EARL CAMPBELL
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | NO. C05-5434 CW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ENLARGE DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS** |
| NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK et al., | |
| Defendants. | |

The parties, by and through their respective counsel of record, agree that the deadline for filing Plaintiff's Motion for Attorney Fees, presently set for June 18, 2009, enlarged for a period of two (2) weeks, up to and including July 2, 2009.  Good cause exists for said enlargement because the parties are continuing to meet and confer regarding the Plaintiff's Attorneys Fees and Costs and a decision by the Court on the post-trial motions is still pending.

///

| | | |
|---|---|---|
| 1 | Dated: June 18, 2009 | PRICE AND ASSOCIATES |
| 2 | | |
| 3 | | /s/                                . |
| 4 | | PAMELA Y. PRICE  Attorneys for Plaintiff JOHN EARL CAMPBELL |
| 5 | | |
| 6 | | JACKSON LEWIS LLP |
| 7 | Dated:  June 18, 2009 | |
| 8 | | /s/ |
| 9 | | PATRICK MULLIN, Attorneys for Defendant |
| 10 | | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and |
| 11 | | JOE DEELY |

### **ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline for filing Plaintiff's Motion for Attorney Fees and Costs, presently set for June 18, 2009, enlarged for a period of two (2) weeks, up to and including July 2, 2009.

Dated: 6/22/09

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE