PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

KENDRA FOX-DAVIS (STATE BAR NO. 248757)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94015
Telephone: (415) 543-9444

Attorneys for Plaintiff
JOHN EARL CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL PASSENGER RAILROAD<br>CORPORATION dba AMTRAK et al.,<br><br>  Defendants. | NO. C05-5434 CW<br><br>**STIPULATION AND ORDER TO ENLARGE DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS**<br><br>DATE: 7/16/09 |

The parties, by and through their respective counsel of record, stipulate that the deadline for filing Plaintiff's Motion for Attorney Fees, presently set for July 16, 2009, may be enlarged for a period of two (2) weeks, up to and including July 30, 2009. Good cause exists for said enlargement because the parties are continuing to meet and confer regarding the Plaintiff's Attorneys Fees and Costs and a decision by the Court on the post-trial motions is still pending.

///

| | | |
|---|---|---|
| 1 | Dated: July 16, 2009 | PRICE AND ASSOCIATES |
| 2 | | |
| 3 | | /s/                                . |
| 4 | | PAMELA Y. PRICE  Attorneys for Plaintiff JOHN EARL CAMPBELL |
| 5 | | |
| 6 | | JACKSON LEWIS LLP |
| 7 | Dated:  July 16, 2009 | |
| 8 | | /s/ |
| 9 | | PATRICK MULLIN, Attorneys for Defendant |
| 10 | | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and |
| 11 | | JOE DEELY |

## ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline for filing Plaintiff's Motion for Attorney Fees and Costs, presently set for July 16, 2009, shall be enlarged for a period of two (2) weeks, up to and including July 30, 2009.

7/21/09

Dated: _____                    _____

HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE