Patrick C. Mullin (SBN 72041)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and JOE DEELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, JOE DEELY, and DOES 1-15, inclusive,<br><br>　　　　　Defendants. | Case No. C05-05434 CW<br>**ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEY'S FEES AND COSTS**<br><br>Former Date:　September 3, 2009<br>New Date:　　September 17, 2009<br>Time:　　　　2:00 p.m.<br>Ctrm:　　　　2, 4th Floor<br>Judge:　　　　Hon. Claudia Wilken |

08/12/2009 15:50 IFAX ecopy@jacksonlewis.com → Reception 002/002
Aug. 12. 2009 3:47PM Price And Associates No. 2342 P. 2
Case 4:05-cv-05434-CW Document 279 Filed 08/19/09 Page 2 of 2

Plaintiff John Campbell and Defendant National Passenger Railroad Corporation submit this stipulation to continue the hearing on Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs from September 3, 2009 until **September 17, 2009.**

DATED: August 12, 2009

PRICE AND ASSOCIATES

By: *Pamela Y. Price*

Pamela Y. Price
Grace Chung
Attorneys for Plaintiff
JOHN E. CAMPBELL

Dated: August 11, 2009

JACKSON LEWIS LLP

By: _____

Patrick C. Mullin
Dylan B. Carp
Attorneys for Defendant
NATIONAL PASSENGER
RAILROAD
CORPORATION

**THE HEARING IS VACATED AND THE MOTION WILL BE DECIDED ON THE PAPERS. OPPOSITION IS DUE BY 9/3/09 AND A REPLY BY 9/10/09.**

**IT IS SO ORDERED.**

*IT IS SO ORDERED AS MODIFIED*
*Claudia Wilken*
*Judge Claudia Wilken*

Case No. C05-05434 CW
STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS