PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
JOHN EARL CAMPBELL

KENDRA FOX-DAVIS (STATE BAR NO. 248757)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE
SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94015
Telephone: (415) 543-9444
E-mail: kfoxdavis@lccr.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL CAMPBELL, | NO. C05-5434 CW |
| Plaintiff, | **STIPULATION AND ORDER TO <u>AMEND JUDGMENT</u>** |
| v. | DATE: October 6, 2009 |
| NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, JOE DEELY and DOES 1 through 15 inclusive, | HON. CLAUDIA WILKEN |
| Defendants. | |

The parties, having met and conferred by and through their respective counsel, hereby stipulate that Judgment entered on September 30, 2009 (Doc 297) may be amended and modified as follows:

1. At page 1, line 17, the Defendant's name shall be changed to read "National Railroad Passenger Corporation" and

2. At page 1, lines 16-20, the sum of the Judgment shall be modified to include pre-judgment interest in the amount of $30,057.00, so the Judgment shall be read:

> That Plaintiff John Earl Campbell recover of the Defendant National Railroad Passenger Corporation ("Amtrak") the sum of $297,716.00 in back pay and $120,000.00 in non-economic damages and $30,057.00 in prejudgment interest for a total of $447,773.00 with post-judgment interest thereon as provided by 28 U.S.C. § 1961, and his statutory costs of action.

3. On page 2, line 4, insert "IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall have and take nothing from Defendant Joe Deely, individually, and that Mr. Deely is entitled to statutory costs."

All other provisions of the Judgment filed on September 30, 2009, shall remain the same.

**IT IS SO STIPULATED.**

Dated: October 6, 2009          PRICE AND ASSOCIATES

                                /s/
                                PAMELA Y. PRICE, Attorneys for Plaintiff
                                JOHN EARL CAMPBELL

Dated: October 6, 2009          JACKSON LEWIS LLP

                                By: /s/
                                PATRICK C. MULLIN, Attorneys for Defendant
                                NATIONAL RAILROAD PASSENGER
                                CORPORATION dba AMTRAK

**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS SO ORDERED.**

Dated: 10/9/09                  _Claudia Wilken_
                                HON. CLAUDIA WILKEN
                                U.S. DISTRICT COURT JUDGE